Law Offices of Charles D. Franken
Bank of America Professional Center
8181 West Broward Boulevard
Suite 360
Plantation, Florida 33324
Tel (954) 476-7200
Fax (954) 424-0297


By: _____
CHARLES D. FRANKEN
FLORIDA BAR NO.: 224251

Dockets.Justia.com

PLAINTIFF LIST OF EXHIBITS FILED WITH INITIAL COMPLAINT

1) LES DANE CONTRACT WITH PLAINTIFF CDI 12-31-1993

2) POWER OF ATTORNEY LOIS DANE WITH PLAINTIFF CDF 2-11-1994

3) HUBBARD COMMUNICATIONS OFFICE INFORMATION

4) CHURCH OF SCIENTOLOGY WHAT JUDGES AND OTHERS HAVE SAID ABOUT SCIENTOLOGY

5) GOOGLE SEARCH LETTERESE

6) DENTALTOWN 2005 POSTINGS

7) AFFIDAVITS FILED IN LETTERESE V. WISE

8) VILLAGE VOICE NEWS 7-9-2008 ABOUT SCIENTOLOGY CRUSHING DEFEAT

9) DR. DOUGLAS NESS CONTRACT WITH PLAINTIFF CDF

10) DR. MARC SCHWARTZ CONTRACT WITH PLAINTIFF CDF

11) DR. SCOTT BRODY CONTRACT WITH PLAINTIFF CDF

12) DEFENDANT AMERICAN ARBITRATION LETTER ON NESS

13) JUDGE PATTI HENNING PARTIAL FINAL JUDGMENT DATED 10-16-07

14) February 27, 2004 Standstill Alleged Agreement

15) FORENSIC PROBABILITY ANALYSIS CONCERNING THE SCIENTOLOGY-INCITED CONSPIRACY AGAINST PLA-CDI

V3465 D380
Page 1

# AGREEMENT

This agreement, made and entered into as of this ___3/___ day of December, 1993, by and between PETER LETTERESE & ASSOCIATES, INC., a Florida corporation, having its principal place of business at 5000 S.W. 148TH AVENUE, FORT LAUDERDALE, FL, 33330, to be referred to in this agreement as "PLA," and MRS. LOIS B. DANE, whose address is 6992 MAYBANK HIGHWAY, WADMALAW ISLAND, SC, 29487, to be referred to in this agreement as "LBD."

Since, LBD states that she is the owner of the rights to, titles to and interests in the copyrights of the materials described in Section 1 below, that have been registered in any part of the world.

Since, LBD states that she is the owner of the rights to, titles to and interests in the copyrights of the materials described in Section 1 below, for every part of the world where that have not been registered and/or published.

Since, PLA desires to become licensed to make exclusive use of all of LBD's rights, titles and interests.

Now, because of the above, for consideration (the exchange of something valuable ) and with the exchanging of promises and guarantees, all of which are described below, the parties agree as follows:


PL                          LBD

V3465 D380


Esles 1

V3465 D380
Page 2

**Note:** This document is being written as nearly as possible in plain English.  There will be very few references to legal terms, but the agreement should be understood to carry the full weight and meaning that the appropriate legal terms would give it.  Any terms that might be misunderstood by a non-lawyer will be defined in a section directly following this note.

**DEFINITIONS:** These are included to avoid any misunderstanding between LBD and

PLA of the terms used in this document.

**Artificial person:**  A corporation is considered by the law to be an artificial person.

**Assignment:**  The legal transfer of some property, right, etc.

**Assign:**  To transfer or hand over (some property, right, etc.) legally.

**Breach:**  Exists where one party to a contract fails to carry out a term, promise, or condition of the contract.

**Challenge to the copyright:**  To question formally the legality of the copyright or legal qualifications of the copyright holder.

**Compensated usage:**  A use for which money, products or services have been received in exchange.

**Copyright:**  The right to copy a piece of original work by an author or artist.

**Cure:**  Used with the terms breach or default as in "cure the breach" or "cure the default."  This means to correct whatever it was that breached the contract or whatever was considered a default of the contract.  Usually, "cure" is used to indicate that the party that breached or defaulted on the contract  has corrected the problem within the time

PL                                    LBD

Dane/PL&A, Inc.
Agreement
Page 3

limits of the contract. Generally, a "cure" would continue a contract that would

otherwise be terminated, because of this, if the time limit of the contract has run out,

the correction of the problem will not, usually, be considered a "cure" since the

contract will have already been terminated for other reasons.

**Default:** To fail to do something or appear somewhere when due.

**Exclusive license:** Permission to do or use something and the promise not to give anybody

else permission to do or use it in the same way.

**Execution:** The signing of a document. A document is executed when the party who is to

be bound by the document has signed the document. That means that if A and B draw

up a contract and A *executes* it but B does not, B can hold A to the letter of the

contract if B has an *executed* copy of the contract (if A never turns over the *executed*

copy to B, then B has no proof that A ever *executed* the contract). A, though cannot

hold B to the contract because B has not *executed* the contract.

**Guarantee:** A promise to replace, repair or return the money for an item purchased if it is

not just the way the seller represented it to be.

**Inability:** To be totally unable, at any cost, to deliver what was promised.

**Infringement:** An invasion of the rights being licensed in this agreement.

**Interests:** Any share or part in properties, businesses, actions or activities owned by a

person.

**License:** Fact or condition of being permitted to do something.

**Mark:** The sign, writing or ticket put upon goods to distinguish them from others, usually

appearing as a "trade-mark."

PL                              LBD

**Publication in original form:** The publication of a book as a book. The publishing of an article as and article. The conversion of a book into a workbook is not publication in original form. The legal term for "publication in original form" is "primary publication."

**Receiver:** A person appointed by law to take charge of the property of another.

**Registered:** Entered or recorded in some official register, record or list of similar items.

**Rights:** Claims, titles or privileges that are lawful.

**Royalties:** A share of the income or profits paid to the owner of a copyright for the use of that copyright.

**Service mark:** The mark or symbol used by a business or organization to distinguish its services from the services of others.

**Sublicense:** Where one who has received a license to a copyright gives a part of those rights to a third party.

**Successor:** One who takes the place that another has left. Usually it is following a death. For corporations it is usually when one corporation assumes the rights and burdens of another corporation.

**Terminate:** Bring to an end, put an end to, conclude.

**Title:** A legal right to the possession of property. A copyright is considered to be property.

**Trademark:** The mark, picture, name, word, symbol, etc. owned and used by a manufacturer or merchant to distinguish his goods from the goods of others.

**Trustees:** A person or group who are appointed to manage the affairs of another individual, business, etc.

PL              LBD

Unregistered: Not entered or recorded in some official register, record or list of similar

items.

Warranty: A promise or pledge that something is what it is claimed to be.

Worldwide: Spread throughout the world.

## SECTION 1: SUBJECT OF THE AGREEMENT

1.    The subject matter of this agreement is the complete body of literary and other

work created by the author, Les Dane, during his lifetime which are owned by LBD. This

includes all published, recorded, written, filmed, taped, transcribed, oral, notated, outline,

stenographic, etc. work produced by Mr. Dane throughout the course of his life with the

exception of those rights licensed to Prentice Hall, Inc. And, in the event that any such

rights so licensed to Prentice Hall, Inc. shall revert to LBD, or are the subject of copyright

renewal, or otherwise become available, those rights will be included in and as part of the

subject matter of this agreement.

## SECTION 2: LBD'S WARRANTY OF TITLE

1.    LBD states and swears that she is the sole owner of the registered and

unregistered copyrights to Les Dane's total lifetime output as described in Section 1 above in

the United States and throughout the world.

2.    LBD also states and swears that she and her children, Lois Dane Richter,

Leslie Achilles Dane Jr., Elizabeth Dane Shook, John Bentz Dane, Jennifer Michelle Dane,

PL                                LBD

and Malcolm Ezra Dane, have the right to file for any renewal of the copyrights that may be necessary during the course of this agreement in the United States and throughout the world.

3.    LBD shall furnish PLA with proof of the renewal of the copyrights or proof of the date by which the renewal must be filed.

4.    LBD also states and swears that she has the full right to enter into this agreement.

## SECTION 3: SCOPE OF THE LICENSE

1.    This agreement is specifically for the granting of a license to PLA for the use of the material in Section 1.

2.    This license is to be an exclusive license for the use of the Section 1 material throughout the world, in all languages, for the life of the copyright and the renewal copyrights..

3.    The interest contained within this license specifically excludes the rights being licensed to Prentice Hall, Inc. and not being available to PLA through LBD.

4.    The geographic area of the license is for worldwide rights not to be limited by any geographic, political or other boundary.

5.    The license specifically includes, but is not limited to, the right to:

    i.    The exclusive license, during the life of the copyright and the renewal copyrights, to all rights of every nature, throughout the world, whether now existing or hereafter developed in EFFECTIVE SALES CLOSING TECHNIQUES to the extent the undersigned own or control the

PL                          LBD

V3465 D380
Page 7

editions, translations, audio and electronic, and the right to the use of

the name and likeness of Les Dane in connection with seminars,

lectures and other applications.

ii.   The full and exclusive rights to STRIKE IT RICH SALES

PROSPECTING that would include:

(1)   Publishing in hard and soft cover,

(2)   Workbooks and any other derivative works,

(3)   Full electronic rights for all platforms including interactive

technology,

(4)   Full audio rights for all formats including interactive technology,

(5)   Full video rights for all formats including interactive technology,

(6)   Full use of the name and image of Les Dane as the author,

(7)   Full performance rights including seminars and lectures.

iii.   The full and exclusive rights to LES DANE'S MASTER SALES

GUIDE that would include:

(1)   Publishing in hard and soft cover,

(2)   Workbooks and any other derivative works,

(3)   Full electronic rights for all platforms including interactive

technology,

(4)   Full audio rights for all formats including interactive technology,

(5)   Full video rights for all formats including interactive technology,

(6)   Full use of the name and image of Les Dane as the author,

PL                 LBD

(7)    Full performance rights including seminars and lectures.

iv.    The full and exclusive rights to AMATEURS DON'T MAKE A DIME
SELLING HARDGOODS: 14 STEPS TO BIG MONEY SUCCESS that
would include:

(1)    Publishing in hard and soft cover,

(2)    Workbooks and any other derivative works,

(3)    Full electronic rights for all platforms including interactive
technology,

(4)    Full audio rights for all formats including interactive technology,

(5)    Full video rights for all formats including interactive technology,

(6)    Full use of the name and image of Les Dane as the author,

(7)    Full performance rights including seminars and lectures.

v.    LBD grants to PLA the right to be the exclusive world-wide
representative of LBD and/or the estate of Les Dane for all rights to the
works of Les Dane owned by LBD and/or the estate of Les Dane now
and in the future. This grant of rights includes the full power to act in
LBD and/or the Estate's behalf regarding the works of Les Dane, in
copyright, in renewal copyright and in all contracts including but not
limited to the Prentice Hall, Inc. contract.

vi.    The full and exclusive rights to any and all other works of Les Dane
now owned by LBD and/or the estate and any and all works of Les

PL    LBD

Dane that may be discovered in the future that are not covered by the above grants.

vii.. Included in the rights being granted is the right to translate any and all of the works from the English original into any and all languages. It is understood that this right includes the right to publish that translation in any and all countries of the world.

6. PLA also obtains the right to sublicense the above rights.

## SECTION 4: TRANSFER OF INFORMATION

1. Upon the execution of the agreement, LBD shall furnish PLA with the materials described in Section 1. The materials need not be the original manuscripts, notes, etc. but must be exact duplicates of the originals. Photocopies and clear copies of tapes will be acceptable.

2. If there is a lack of clarity in any of the copied material, LBD shall furnish PLA with the original for a period long enough to allow the creation of a clear copy. Once the illegible or undeciferable section is clarified, the original shall be returned to LBD by PLA.

## SECTION 5: TRADEMARKS AND SERVICE MARKS

1. The license also includes the right to use the name and image of Les Dane in any and all promotional materials, packaging, advertising and marketing campaigns for the products and services listed earlier in this paragraph.

PL                      LBD

2.    Both LBD and PLA understand that although the surname of "Dane" itself cannot be trademarked unless it has come to have a unique secondary meaning, the full name of "Les Dane" can be trademarked.

3.    This license is to include the right to use the name and image of Les Dane in the trademarks and service marks of PLA so as to promote the products and services that directly use Les Dane's works. Examples of such usage are: Les Dane Sales Seminars, Les Dane Sales Workshops, The Les Dane Method, Les Dane Video Workshops, etc.

4.    PLA will be solely responsible for the costs of such trademarking and service marking.

5.    PLA will be responsible for the defense of such trademarks and service marks.

6.    LBD will not license or allow any other person or firm to trademark the name or image of Les Dane. The pursuit of any violators of the trademarks or service marks will be conducted by PLA with the complete cooperation of LBD as is outlined in Section 9: Litigation, below. It should be noted here that LBD is not liable for the costs of such litigation but only for help with information, testimony, etc.

# SECTION 6: THE EXCHANGE FOR THE LICENSE (CONSIDERATION)

1.    At the time of signing this agreement, PLA shall pay to LBD the sum of ONE dollar ($1.00). This payment is not to be refunded for any reason other than LBD's inability to grant the rights described in this agreement. This payment is not to be credited against any future royalties. This payment is to be understood to be a full payment for the exclusive use of the materials described above.

PL                          LBD

2(a).    PLA shall make royalty payments to LBD.  These payments will be two and one half percent (2½%) of the received, seminar and consultancy generated, gross income and ten percent (10%) of the gross income received from any other compensated use of the licensed materials.  This would include but not be limited to all of the uses listed in Section 3 Paragraph 5 above.

(b).    These payments shall be made on a weekly basis for those weeks in which there is compensated usage.  At LBD's request a weekly notice of the compensated usage will be furnished by PLA to LBD.  A "week" being defined as from 2:00pm Thursday to 2:00pm of the following Thursday.  The payment and/or the notice is to be mailed by first class United States mail on the Wednesday following the week-ending Thursday.  The payments and/or notice are to be mailed to the address of LBD listed above.

(c).    PLA shall also include in the income used to calculate the royalty payments all income received from any subsidiaries or sublicensees of the Section 1 material.

## SECTION 7:  BOOKKEEPING AND RECORDS

1.    PLA shall keep and shall require its subsidiaries and sublicensees to keep books and records that contain a complete and accurate record of all the data necessary to compute the royalties payable under this agreement.

2.    These books shall be available for inspection upon prior written notice of not less than five (5) business days at PLA's regular place of business during PLA's regular business hours.  The expenses of such a trip shall be borne by LBD.  LBD will be allowed to

PL    LBD

copy the information in the books and records solely to ensure that proper royalties have been paid.

3.    If PLA is given written notice more than five (5) business days in advance, LBD will be allowed to have the Section 7 Paragraph 2 inspection done by a Certified Public Accountant of LBD's choosing. The costs of the accountant, any travel, etc. are to be paid by LBD.

## SECTION 8:  COPYRIGHT RENEWAL

1.    LBD shall be responsible for maintaining the copyrights or renewal copyrights on the materials in Section 1 in a current state. To accomplish this, PLA as agent for LBD shall retain an attorney specializing in copyright law.

## SECTION 9:  LITIGATION

1.    PLA shall have the right, at its own expense, to enforce the copyrights or renewal copyrights against any person, natural or artificial, who infringes upon any of the licensed copyrights or renewal copyrights. If PLA takes such action, it must consult with LBD to determine strategy, tactics, timing and the compensation to be sought. If there is a challenge to the copyrights or renewal copyrights and if PLA chooses to pursue the challenge, LBD is not committed to bear any cost of the litigation but may do so if she desires. But, LBD is committed to help with facts, documents, testimony and information as needed. Any compensation won shall have the expenses of fighting the challenge deducted and the balance

PL               LBD

shall be apportioned as though it were "any other compensated use" income in Section 6 Paragraph 2(a).

2.    PLA shall also have the right, at PLA's expense, to defend (including, at its discretion, the taking of appeals) any action, suit or proceeding instituted against PLA based on any claim that any licensed product or service or its manufacture or sale constitutes an infringement of any copyrights or renewal copyrights of the United States or of another country. LBD shall actively cooperate with and assist PLA in the defense of any such action, suit or proceedings and shall have the right to be represented by counsel at LBD's expense. LBD is not committed to bear any cost of the litigation but may do so if she desires. But, LBD is committed to help with facts, documents, testimony and information as needed.

3.    In the event PLA elects not to proceed to restrain infringement of a copyright or renewal copyright included within the licensed copyrights or renewal copyrights within six (6) months after PLA has received written notification from LBD of such infringement, LBD may, at her own expense, start an action to restrain such infringement. The proceeds from such a suit, action or proceeding shall not be considered income under Section 6 Paragraph 2(a) and PLA shall have no claim against such proceeds.

# SECTION 10: WARRANTIES EXPRESSLY NOT GIVEN

1.    Nothing contained in this document shall be construed by LBD or PLA as a guarantee or warranty on the part of the LBD or PLA with respect to the results to be obtained by the use of the copyrights or renewal copyrights licensed in this document.

PL                                LBD

2.    Nothing contained in this document shall be construed by LBD or PLA as a guarantee or warranty on the part of the LBD or PLA that anything made, used or sold under the license in this document will be free from infringement of the copyrights or renewal copyrights by third parties.

V3465 D380
Page 14

## SECTION 11:  NOTICE

1.    For notice to be effective it must be in writing and sent by United States mail, certified, return receipt requested, postage prepaid, to the address stated above for the recipient.

2.    Either party may notify the other, in the manner above set forth, of any other address to which notices may be addressed to it under this agreement.

## SECTION 12: TERMINATION

1.    If PLA becomes bankrupt and/or if the business of PLA is placed in the hands of a receiver or trustee, whether by the voluntary act of the PLA or otherwise, this agreement shall immediately terminate.

2.    Upon any breach of this agreement or default on the terms of this agreement by PLA, LBD will have the option to terminate this agreement after having given ninety (90) days notice in writing as described in Section 11 Paragraph 1 above.  LBD may terminate this agreement at the end of those ninety (90) days if and only if PLA has not cured the breach or default of the agreement.

PL                          LBD

3.    PLA's failure to pay royalties as described in Section 6 Paragraphs 2(a-c) shall be considered a default and in such a situation the cancelling of the license will not end LBD's claim to the royalties owed.

4.    PLA may terminate the license upon six (6) months notice according to Section 11 Paragraph 1.

5.    After the agreement is terminated, all income from sublicensees in effect at the time of termination but continuing after termination, earned after the date of termination, shall continue to be paid as provided by this agreement.

## SECTION 13:  TERM OF THE LICENSE

1.    The license that is the subject of this agreement shall be for the life of the copyrights and renewal copyrights, as long as PLA pays a minimum of one thousand dollars ($1,000.00) in royalty payments, as covered by this agreement, per calendar year.

## SECTION 14:  THE TERM OF THE AGREEMENT

1.    The term of the agreement is the same as the term of the license. That term is for the life of the copyrights and renewal copyrights, as long as PLA pays a minimum of one thousand dollars ($1,000.00) in royalty payments, as covered by this agreement, per calendar year.

## SECTION 15:  MISCELLANEOUS PROVISIONS

1.    The rights granted under this agreement shall be enforceable upon LBD, her

PL                                    LBD

successors in the ownership of the copyrights and anyone the copyrights may be assigned to. The rights granted under this agreement shall come into force upon PLA, its successors in the ownership of the whole business or any assignees of the ownership of the whole business who may acquire this license as part of the transfer of the part of PLA's entire business to which this agreement relates.  Prompt notification of any such assignment shall be given to the other party to this agreement according to Section 11 Paragraph 1 above.

2.    No amendment or modification of this agreement shall be binding unless it is in writing and signed by both parties or their properly authorized officer or representative.

3.    This agreement, to the extent that it does not fall under the COPYRIGHT ACT OF 1976 (17 United States Code Annotated, Sections 101-810), shall be construed according to the laws of the State of Florida and is subject to the applicable tax laws of the United States and any political subdivision of the United States.


### SECTION 16:  MEDIATION OF DISPUTES

1.    All disputes that are not resolvable by the parties shall be submitted to non-binding mediation by a mediator who is agreed upon by both LBD and PLA.


PL          LBD

V3465 D380                          Agreement
Page 17                             Page 17

## SECTION 17: EXECUTION OF THE AGREEMENT

To show their agreement, the parties to this agreement have placed their original

signatures below and have caused this agreement to be fully executed as of the day and year

first written above.

_30 Dec '93_
**Date**

_Lois B. Dane_
Mrs. Lois B. Dane

_3 Jan 94_
**Date**

_Peter Letterese_
Peter Letterese, Chief Executive Officer
Peter Letterese & Associates, Inc.

Ratified and agreed with respect to all Les Dane copyrights renewed and to be renewed:

_Lois Dane Richter_
Lois Dane Richter                  Dated _12-30_____, 19_93_

_Leslie Achilles Dane Jr._
Leslie Achilles Dane Jr.           Dated _12·30_____, 19_93_

_Elizabeth Dane Shook_
Elizabeth Dane Shook               Dated _17 Dec_____, 19_3_

_John B. Dane_
John Bentz Dane                    Dated _12-30_____, 19_93_

_Jennifer Michelle Dane_
Jennifer Michelle Dane             Dated _12-31_____, 19_93_

_Malcolm Ezra Dane_
Malcolm Ezra Dane                  Dated _12-31_____, 19_93_

# POWER OF ATTORNEY

## Lois B. Dane/Peter Letterese

**Note:** This power of attorney is being written as nearly as possible in plain English. There will be very few references to legal terms, but this power of attorney should be understood to carry the full weight and meaning that the appropriate legal terms would give it. Any terms that might be misunderstood by a non-lawyer will be defined in a section directly following this note.

**DEFINITIONS:** These are included to avoid any misunderstanding, by the signors, of the terms used in this power of attorney.

**Attorney-in-Fact:** A person (not necessarily an attorney) who is granted the power to act in the name and in the place of the person granting the power.

**Exploitation:** To employ to the greatest possible advantage.

**Good Faith:** A total absence of any intention to seek an unfair advantage or to defraud another person.

**Life (of an agreement or right):** That period of time after an agreement has been signed and before it has terminated.

**Remains in force:** Has not been terminated. An agreement that remains in force is one that has been signed and has not been terminated.

**Terminated:** Concluded, ended.

I, LOIS B. DANE, am a legal resident of the street address, city, and state which appears under my name where I signed it below. As part of the agreement of December 31, 1993, I agreed that for the benefits I or my family will receive from that agreement I would sign this power of attorney. With this power of attorney I appoint Peter Letterese, or a person he designates, as my attorney-in-fact. As my attorney-in-fact, Peter Letterese, or the person he designates, is to act, in his own name and in my name, on my behalf and in my place, to exclusively manage, control, and conduct all business, of whatever kind, related to or affecting my rightful portion of the copyright, literary and trademark rights of the late Leslie Achilles Dane (credited as author under the name Les Dane), to the extent I might have any rights, interest or control now or in the future, for as long as the agreement of December 31, 1993 remains in force. Included in this power of attorney is all interest in the works of Les Dane inherited or to be inherited by me from Leslie Achilles Dane, including, but not limited to, all titles listed and described in the agreement of December 31, 1993. This power of attorney transfers to Peter Letterese, or the person he designates, all rights, interest or control I may have in connection with such rights for the life of the December 31, 1993 agreement.

I grant to my attorney-in-fact full and exclusive power and authority to perform every act that is necessary and proper in the exercise of the copyrights and trademarks of Les Dane to the extent of any rights, interest or control, that I may have, as fully as I might do so or could do so myself if I were personally present, approved and confirmed all that my attorney-in-fact shall lawfully do or cause to be done by virtue of this power of attorney, so long as the December 31, 1993 agreement remains in force.

Power of Attorney

- 3 -



Lois B. Dane/Peter Letterese

To elaborate, the rights, powers, and authority of my attorney-in-fact under this power of attorney are coupled with an interest, that interest is described in the agreement of December 31, 1993 and this power of attorney remains in effect only as long as the interest it is coupled with has not terminated.    The rights, powers, and authority of my attorney-in-fact under this power of attorney shall be irrevocable and perpetual for the life of the December 31, 1993 agreement.  They shall include, but are not limited to, the following:

1.    Exploitation of the works of Les Dane in all media, formats and uses;

2.    Control and management of all copyright renewals and extensions;

3.    The power and authority, for as long as the December 31, 1993 agreement remains in effect, to negotiate, arrange, sign, acknowledge, agree to and physically deliver all contracts for the sale, leasing, licensing, sublicensing or other disposition of any literary or other works owned or controlled by me, and of any subsidiary rights within those works, including but not limited to, electronic rights, television rights, motion picture rights and the rights to all processes invented from this moment forward, on such terms and conditions as my attorney-in-fact shall consider to be proper with respect to any one or more of such works,  in the United States and in all countries throughout the world, for any period.

I do make and declare this power of attorney to be irrevocable and exclusive unless specifically revoked or limited in whole or in part by mutual agreement between myself and my appointed attorney-in-fact or unless revoked by termination of the agreement of December 31, 1993.  By doing this I renounce all right for myself to perform any of the acts or exercise any of the rights described and explained in this power of attorney and I

Power of Attorney

- 4 -

renounce all right to unilaterally revoke this Power of Attorney for the duration
agreement of December 31, 1993.

I further declare that this power of attorney shall remain in force, as long as the
agreement of December 31, 1993 remains in force, should I suffer a mentally disabling injury
or illness, or in the event of my unforeseen death, with the mutually acknowledged
understanding that Peter Letterese, or the person he designates as my attorney-in-fact, shall act
in good faith on behalf of the best interests of my heirs as fully as I might or could do if
personally present. Peter Letterese or the person he designates may at all times act
completely and arbitrarily within his own discretion without resort to any consent or
confirmation and without apparent conflict of interest.

I authorize and expect Peter Letterese to file this power of attorney in the
United States Copyright Office so as to confirm the authority and control irrevocably invested
in Peter Letterese or the person he designates.

# ASSIGNMENT OF COPYRIGHT

KNOW ALL MEN that we, PRENTICE-HALL CAREER & PERSON DEVELOPMENT (hereinafter called the "Assignor") in consideration of value received from PETER LETTERESE & ASSOCIATES, INC. (hereinafter called the "Assignee"), hereby assigns to the Assignee all our rights, title and interest and copyright thereof, and in all renewals and extensions that may be secured under the laws, now or hereafter, in force and effect, in the United States ond in any other country or countries in and to SUREFIRE SALES CLOSING TECHNIQUES by Les Dane, originally published as BIG LEAGUE SALES CLOSING TECHNIQUES, also informally known as Effective Sales Closing Techniques and registered in the United States Copyright Office under PARKER PUBLISHING COMPANY.

IN WITNESS WHEREOF, GRACIELA LI has executed this statement on the 12th day of July, 1994.

PRENTICE-HALL CAREER AND PERSONAL DEVELOPMENT,
a division of Prentice-Hall, Inc.

By _____

_____
GRACIELA LI
(Print name of signatory)

_____
PUBLISHER
(Position of signatory)

Power of Attorney

- 5 -

Lois B, Dane/Peter Letterese

IN CONFIRMATION OF THIS POWER OF ATTORNEY. we sign our names this _____ _11th_ day of ~~January,~~ _February_ 1994.

PETER LETTERESE

(Signature)

Address:

5000 S.W. 148th Avenue

Fort Lauderdale, FL 33330

STATE OF FLORIDA
COUNTY OF BROWARD

On the _11th_ day of ~~January,~~ _February_ 1994, before me personally came

PETER LETTERESE

to me known and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

Notary Public
CHRISTINE LYONS

NOTARY PUBLIC STATE OF FLORIDA
BY COMMISSION EXPIRES MAR. 26, 1996.
BONDED THRU NOTARY PUBLIC UNDERWRITERS

LOIS B. DANE

(Signature)

Address:

6992 Maybank Highway

Wadmalaw Island, SC 29487

STATE OF SOUTH CAROLINA
COUNTY OF Charleston

On the _31st_ day of January, 1994, before me personally came

LOIS B. DANE

to me known and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged that s/he executed the same.

Notary Public

# HUBBARD COMMUNICATIONS OFFICE
## Saint Hill Manor, East Grinstead, Sussex

## HCO BULLETIN OF 10 SEPTEMBER 1983

Remimeo
HCOs
E/O Hats
MAA Hats
Tech/Qual
All Staff
PTS/SP Course

# PTSness AND DISCONNECTION

*Refs:*

| | |
|---|---|
| Tape: 6505C18 | "Organization and Ethics" |
| Tape: 6506C08 | "Handling the PTS" |
| HCO PL   23 Dec.  65RA | SUPPRESSIVE ACTS, |
| Rev. 10.9.83 | SUPPRESSION OF |
| | SCIENTOLOGY AND SCIENTOLOGISTS |
| Tape: 6608C02 | "Suppressives and GAEs" |
| Tape: 6608C25 | "The Antisocial Personality" |
| HCOB   27 Sept. 66 | THE ANTISOCIAL PERSONALITY |
| | THE ANTI–SCIENTOLOGIST |
| HCOB   24 Apr.  72 I | C/S Series 79 |
| | PTS INTERVIEWS |
| HCO PL   3 May  72R | Exec Series 12 |
| Rev. 18.12.77 | ETHICS AND EXECUTIVES |
| HCOB   10 Aug.  73 | PTS HANDLING |
| HCOB   29 Dec.  78 | THE SUPPRESSED PERSON |
| | RUNDOWN |
| HCOB   31 Dec.  78 II | OUTLINE OF PTS HANDLING |
| HCOB   31 Dec.  78 III | EDUCATING THE PTS |
| | THE FIRST STEP TOWARD |
| | HANDLING: PTS C/S–1 |
| HCO PL   20 Oct.  81R | PTS TYPE A HANDLING |
| Rev. 10.9.83 | |
| HCOB   8 Mar.  83 | HANDLING PTS SITUATIONS |

*Exhibit 3*

The basic principle of handle or disconnect exists in any group and ours is no different.

It is much like trying to deal with a criminal. If he will not handle, the society resorts to the only other solution: It "disconnects" the criminal from the society. In other words, they remove the guy from society and put him in a prison because he won't HANDLE his problem or otherwise cease to commit criminal acts against others.

Earlier, disconnection as a condition was cancelled. It had been abused by a few individuals who'd failed to handle situations which could have been handled and who lazily or criminally disconnected, thereby creating situations even worse than the original because it was the wrong action.

Secondly, there were those who could survive only by living on our lines—they wanted to continue to be connected to Scientologists (see the HCOBs on the characteristics of an SP). Thus, they screamed to high heaven if anyone dared to apply the tech of "handle or disconnect."

This put Scientologists at a disadvantage.

Therefore, the tech of disconnection is hereby restored to use, in the hands of those persons thoroughly and standardly trained in PTS/SP tech.

# WHEN DISCONNECTION IS USED

An Ethics Officer can encounter a situation where someone is factually connected to a suppressive person, in present time. This is a person whose normal operating basis is one of making others smaller, less able, less powerful. He does not want anyone to get better, at all.

In truth, an SP is absolutely, completely terrified of anyone becoming more powerful.

To fail or refuse to disconnect from a suppressive person not only denies the PTS case gain, it is also *supportive* of the suppressive—in itself a Suppressive Act. And it must be so labeled. (Ref: HCO PL 23 Dec. 65RA, SUPPRESSIVE ACTS, SUPPRESSION OF SCIENTOLOGY AND SCIENTOLOGISTS)

L. RON HUBBARD
Founder

# The Church Of Scientology

## What Judges and others have said about Scientology!

1. "Scientology is evil; its techniques are evil; its practice is a serious threat to the community, medically, morally, and socially; and its adherents are sadly deluded and often mentally ill... (Scientology is) the world's largest organization of unqualified persons engaged in the practice of dangerous techniques which masquerade as mental therapy." (Justice Anderson, Supreme Court of Victoria, Australia)
2. "The government is satisfied that
Scientology is socially harmful. It alienates members of families from each other and attributes squalid and disgraceful motives to all who oppose it; its authoritarian principles and practice are a potential menace to the personality and well being of those so deluded as to become followers; above all, its methods can be a serious danger to the health of those who submit to them... There is no power under existing law to prohibit the practice of Scientology; but the government has concluded that it is so objectionable that it would be right to take all steps within its power to curb its growth." (Kenneth Robinson, British Minister of Health )
3. "The crime committed by these defendants is of a breath and scope previously unheard of. No building, office, desk, or file was safe from their snooping and prying.
No individual or organization was free from their despicable conspiratorial minds. The tools of their trade were miniature transmitters, lock picks, secret codes, forged credentials and any other device they found necessary to carry out their conspiratorial schemes." -Federal prosecutor's memorandum to the judge urging stiff jail sentences for 9 top leaders of Scientology who had pleaded guilty to criminal charges" "Scientology is both immoral and socially obnoxious...It is corrupt sinister and dangerous. It is corrupt because it is based on lies and deceit and has its real objective money and power for Mr. Hubbard... It is sinister because it indulges in infamous practices both to its adherents who do not toe the line unquestionably and to those who criticize it or oppose it. It is dangerous because it is out to capture people and to indoctrinate and brainwash them so they become the unquestioning captives and tools of the cult, withdrawn from ordinary thought, living, and relationships with others." (Justice Latey, ruling in the High Court of London)
4. "[The court record is] replete with evidence [that Scientology] is nothing in reality but a vast enterprise to extract the maximum amount of money from its adepts by pseudo scientific theories... and to exercise a kind of blackmail against persons who do not wish to continue with their sect.... The organization clearly is schizophrenic and paranoid. and this bizarre combination seems to be a reflection of its founder, L.Ron Hubbard." (Judge Breckenridge, Los Angeles Superior Court)
5. "In January 1980, fearing a raid by law enforcement agencies, Hubbard's representatives ordered the shredding of all documents showing that Hubbard controlled Scientology organizations, finances, personnel, or the property at Gilman Hot Springs. In a two week period, approximately one million pages were shredded pursuant to this order." (California appellate court, 2nd. district, 3rd. division, July 29, 1991, B025970 & B038975, Super. Ct. No. C 420153 )
6. "It is common knowledge among senior executives of the organization and it is the policy of CSC that members of the Boards of Directors are mere figureheads, without authority or control, not for internal corporate reasons, but rather to vest control in Mr. Hubbard. I have personal knowledge that in order to carry out this
corporate fraud. organizational executives have engaged in the various unethical practices including backdating phony Board minutes and forging signatures." (Affidavit of Gerry Armstrong, former member)
7. "When a person is subjected to coercive persuasion [as in Scientology] without his knowledge or consent ...[he may] develop serious and sometimes irreversible physical and psychiatric disorders, up to

and including

schizophrenia, self-mutilation, and suicide." (California Supreme Court, United States v. Lee [455 U.S. 252,257,258 (1982)*/)

8. "The dispute in this case surrounds Lerma's acquisition and publication on the Internet of texts that the Church of Scientology considers sacred and protects heavily from unauthorized disclosure. Founded by L. Ron Hubbard, the Scientology religion attempts to explain the origin of negative spiritual forces in the world and advances techniques for improving one's own spiritual well-being. Scientologists believe that most

human problems can be traced to lingering spirits of an extraterrestrial people massacred by their ruler, Xenu, over 75 million years ago. These spirits attach themselves by "clusters" to individuals in the contemporary world, causing spiritual harm and negatively influencing the lives of their hosts ". USDJ Judge Leonie Brinkema 4 Oct 96 Memorandum Opinion, RTC vs Lerma ("...capable of such danger that the public interest demands that people should know what is going on" LORD DENNING)

9. "It is an organization with medical, social and ethical practices that are dangerous and harmful," "It claims to act freely so as to draw members who subsequently undergo ...
brainwashing by dictated ways of thinking that limit reaction capabilities." (Judge Constandia Angelaki wrote in her [December 1996] ruling.)

10. "[The court record is] replete with evidence [that Scientology] is nothing in reality but a vast enterprise to extract the maximum amount of money from its adepts by pseudo scientific theories... and to exercise a kind of blackmail against persons who do not wish to continue with their sect. [...]In addition to violating and abusing its own members civil rights, the organization over the years with its 'Fair Game' doctrine has harassed and abused those persons not in [Scientology] whom it perceives as enemies. The organization clearly is schizophrenic and paranoid, and this bizarre combination seems to be a reflection of its founder [L. Ron Hubbard]. The evidence portrays a man who has been virtually a pathological liar when it comes to his history, background and achievements. The writings and documents in evidence additionally reflect his egoism, greed, avarice, lust for power, and vindictiveness and aggressiveness against persons perceived by him to be disloyal or hostile." (Judge Paul G. Breckenridge, Jr., 6/20/84; Scientology v. Armstrong, affirmed on appeal 232 Cal.App.3rd 1060, 283 Cal.Rptr. 917.)

11. "It is an organization with medical, social and ethical practices that are dangerous and harmful [...]In some countries, this organization presents itself as religion (CHURCH OF SCIENTOLOGY in Greece however as Centre of Applied Philosophy - KEPHE). There is no, as results from foreign Court decisions and Press articles, a presentation of Scientology in the world with uniform directions and similar goals. It sometimes appears under the cover of religious movement in order to receive constitutional protection and enjoy the advantages of 'religion' such as tax and currency easing." ... "The 'Centre of Applied Philosophy' operates under the cover of philosophic Association, it does not have religious character (as its BoD President stated in the 8.6.95 document to the Holy Synod of the [Orthodox] Church of Greece, signed by the then BoD President, mentioning that it is not a religion. However, since 1995 it arbitrarily and in a way contrary to the public morals, started declaring that it is a religion, in order to present itself persecuted because of its members' religious beliefs". (Judge Constandia Angelaki, December 1996, Greece, Attiki Prefecture vs KEPHE (Scientology in Greece) No. 7380/1996; Verdict dissolves the organization)

12. " The members are praised, in writing, for conducting unethical or criminal actions. [...]The most important, however, is that the Center is maintaining a Department of Special Affairs and Office of Special Affairs, which conduct monitoring of people and report their movements to unidentified centers abroad." (Judge Ioannis Angelis, Oct 1995, re: Raid on Scientology center (KEFE) in Greece)

13. "She is especially praised because she managed to bring to KEFE the KIP Report... and

consequently offered to the International Administration a vital product, which considerably contributes in handling the suppressive elements in Greece and abroad." (Document dated Feb 23, 1993 seized in raid upon Dept. of Special Affairs Office in Greece in 1995, KIP is the Greek Intelligence service, Investigation of espionage is ongoing.)

14. "L. Ron Hubbard, the founder of Scientology, has been quoted as looking upon law as a tool to [h]arass and discourage rather than to win. The law can be used very easily to harrass and enough harrassment on somebody who is simply on the thin edge anyway, well knowing that he is not authorized, will generally be sufficient to cause his professional decease. If possible, of course, ruin him utterly." (Judge Brinkema, U.S. Eastern Virginia District Court, 11/28/95, No. 95-1107-A (RTC [Scientology shell corp.] v. Lerma, Digital..., Washington Post, et. al.))

15. "The invidiousness of the alleged conspiracy is best reflected in the fact that plaintiff was sued 21 times over the course of a 17- month period in jurisdictions ranging from New York to California.... we hold that plaintiff has sufficiently alleged the elements of the tort of malicious prosecution and, for purposes of this case, the tort of civil conspiracy to commit malicious prosecution." (Chief Justice Freeman, Illinois Supreme Court, 9/18/97, No. 80868; Cult Awareness Network v. Church of Scientology, et. al.)

16. "In reality the church is a hugely profitable global racket that survives by intimidating members and critics in a Mafia-like manner. [...] Eleven top Scientologists, including Hubbard's wife, were sent to prison in the early 1980s for infiltrating, burglarizing and wiretapping more than 100 private and government agencies in attempts to block their investigations. [...]Scientology has brought hundreds of suits against its perceived enemies and today pays an estimated $20 million annually to more than 100 lawyers." ... "One legal goal of Scientology is to bankrupt the opposition or bury it under paper. The church has 71 active lawsuits against the IRS alone. [...]'In my opinion the church has one of the most effective intelligence operations in the U.S., rivaling even that of the FBI,' (Ted Gunderson, a former head of the FBI's Los Angeles office.)

17. Foreign governments have been moving even more vigorously against the organization. In Canada the church and nine of its members will be tried in June on charges of stealing government documents.... Since 1986 authorities in France, Spain and Italy have raided more than 50 Scientology centers. Pending charges against more than 100 of its overseas church members include fraud, extortion, capital flight, coercion, illegally practicing medicine and taking advantage of mentally incapacitated people. In Germany last month, leading politicians accused the cult of trying to infiltrate a major party as well as launching an immense recruitment drive in the east." (Richard Behar, TIME Magazine article "Scientology: The Thriving Cult of Greed and Power", May 6, 1991; cases above all resulted in convictions; TIME was sued for slander by Scientology over this article, TIME prevailed)

18. "Convictions, seized church documents and defectors affidavits demonstrate that Scientologists have already indulged in burglary, kidnapping, false imprisonment, espionage, blackmail, and conspiracies to steal government documents and to obstruct justice." (READER'S DIGEST, May 1980, SCIENTOLOGY: Anatomy of a Malignant Cult)

19. "He is a fraud and has always been a fraud." ... "My father has always used the confidential information extracted from people during [confessionals] to intimidate, threaten and coerce them to do what he wanted, which often meant getting them to give him money. My father routinely used false threats and [information from confessionals] particularly about crimes people had committed to extort money from them." ... "My father has always held out Scientology and auditing to be based purely on science and not-on religious 'belief or faith. We regularly promised and distributed publications with 'scientific guarantees'. This was and has always been common practice. My father and I created a 'religious front' only for tax purposes and legal protection 'from fraud Claims'. We almost always told nearly everyone

that Scientology was really science, not a religion, but that the religious front was created to deal with the government." (Ronald DeWolf a.k.a. L. Ron Hubbard, Jr.; son of L. Ron Hubbard, Affidavit in Schaick v. Church of Scientology, US District Court Mass., No. 79-2491)

20. "Mr. Hubbard showed up for the divorce proceedings in Port Orchard, Wash.; he had another woman with him that he was supposed to have married during 1946." ... "Mrs. Ochs produced two old newspaper article which gave an account of the divorce proceedings of the second wife. The articles in 'The Mirror' Los Angeles, Calif. paper dated April 23. 1951 page 12, and the 'Los Angeles Times' April 24, 1951 related how Mrs. Sarah Northrup Hubbard, from a Pasadena family, was kidnapped, had her child (Alexis Valery - 13 month old daughter) taken from her by Hubbard and was asking for a divorce." (FBI report of interview with Margaret Ochs (1st wife of L. Ron Hubbard), Inspector W. Beale Grove, Philadelphia District, 2/20/63; Official documents prove that L. Ron Hubbard was in fact guilty of bigamy)

21. "[L. Ron] Hubbard once spoke about his strategies for 'handling' his enemies. The best way was to, literally, drive them crazy, to use all one's resources to find their weaknesses and hit them hardest where it hurt the most. He said there were few men in history who mastered the techniques to do so successfully. He intimated he was one. [...] A Hubbard bulletin of 5 November 1967, 'Critics of Scientology', states, '...Never discuss Scientology with the critic. Just discuss his or her crimes, known and unknown. And act completely confident that those crimes exist....'

22. Hubbard policy of 25 February 1966, 'Attacks on Scientology,' ...states, Scientology must respond to attacks by '...attacking the attackers only. NEVER agree to an investigation of Scientology. ONLY agree to an investigation of the attackers. This is the correct procedure: (1) Spot who is attacking us. (2) Start investigating them promptly for FELONIES or worse using our own professionals, not outside agencies ... (4) Start feeding lurid, blood, sex, crime, actual evidence on the attackers to the press. Don't ever tamely submit to an investigation of us. Make it tough, rough on attackers all the way....'

23. [...]Because of the continued refusal to cooperate, Lyn [Froyland] was rapidly assigned to the RPF's RPF. This was several steps down from the RPF, in the boiler room under the Ft. Harrison hotel building. It was a dark, filthy, smelly place where the huge boilers roared and clanked day and night and where the rats lived. Lyn was chained to a pipe down there for weeks, under guard. She was taken meals and allowed toilet breaks, but no other hygiene. I tried desperately to get her to repent and get out of the hole, but she would not. The longer she stayed in the hole, the less she spoke and the more unwilling, sullen, filthy and feral looking she became." (Hana "Eltringham" Whitfield, 4/4/94, Declaration in Church of Scientology v. Fishman & Geertz, No. CV 91-6426, US Central California District Court)

24. "On May 19.1973, a New York journalist, Paulette Cooper, was indicted before a federal grand jury on charges of sending bomb threats to the Church of Scientology. In October 1973, in a legal move born of despair, Ms Cooper agreed to take a truth serum test to prove her innocence. It worked and the state shelved the charges. Four years later Ms Cooper was telephoned at her Manhattan apartment by the FBI. They had seized documents from the Church of Scientology and had learned that she had been framed by the sect over the bomb threats and had been the victim of a carefully planned operation aimed at driving her insane or having her gaoled." ... "Ms Cooper qualified as a target of Scientology's dirty tricks operations because she had been an uncompromising critic of Scientology since December 1969, when her first article on the followers of L. Ron Hubbard was published by a British women's magazine. The holder of a master's degree in psychology, Ms Cooper had written a book about the sect, The Scandal of Scientology, published in 1971." ... "The seized Scientology documents show that in the course of their campaign of vilification against Ms Cooper the scientologists: 1. Framed her on the bomb-threat charges, stealing stationery

from her apartment to forge the threatening letter. 2. Sued her 14 times, at one stage themselves importing copies of her book to the UK to take advantage of Britain's notoriously tough libel laws. 3. Put her name on pornographic mailing lists. 4. Stole a legal note from her lawyer to gain an advantage in litigation. 5. Made spurious allegations to the internal revenue service about her father's tax affairs. 6. Sent agents to befriend her, date her and spy on her. 7. Wrote graffiti in public places giving her telephone number and address. " (John Forte, former British Vice-Consul in Corfu in book "The Commodore and the Colonels")

25. "For most of the mission holders, it was their first glimpse of David Miscavige. Security guards never left his side during the evening. Apart from introducing each speaker, he had little to say to the audience. He merely warned them what would happen to anyone who turned against Scientology." ... 'That person's future is black. It is so black I can't even describe it right now. I can't even even find the words to describe how black that person's future is . . . I mean it is really black.' ... "Within a few days, some of them found out exactly what he meant. Eighteen were taken out to the Scientology prison camp at Happy Valley where they joined David Mayo, who had been there since the summer. They were kept for several months before being released." (Transcript of 1982 "Mission Holder Conference" entered as evidence in July 1984 child custody case before Justice Latey, Family Division, High Court, London; David Miscavige is the leader of Scientology since the death of L. Ron Hubbard)

26. "For 25 years, IRS agents had branded Scientology a commercial enterprise and refused to give it the tax exemption granted to churches. The refusals had been upheld in every court.... "Scientology's attorneys hired private investigators to dig into the private lives of IRS officials and to conduct surveillance operations to uncover potential vulnerabilities." [...] in October 1993... the IRS announced that it was issuing 30 exemption letters covering about 150 Scientology churches, missions and corporations." ... "'It was a very surprising decision,' said Lawrence B. Gibbs, the IRS commissioner from 1986 to 1989 and Goldberg's predecessor. 'When you have as much litigation over as much time, with the general uniformity of results that the service had with Scientology, it is surprising to have the ultimate decision be favorable. It was even more surprising that the service made the decision without full disclosure, in light of the prior background.'" ... "At one time, the church and its members had more than 50 lawsuits pending against the IRS and its officials." (Douglas Frantz, St. Petersburg Times, 3/9/97, "Details of Church's IRS Battle Emerge")

27. "I also witnessed a fourteen year old boy being locked up in the chain locker of the ship, where he was made to spend the night. The chain locker is a small dark space where the chain to the anchor to the ship is stored when the ship is not at anchor. I witnessed this happening several times to people" ... "Hubbard claimed that the RPF was an act of benevolence on his part to 'rehabilitate' psychotic criminals. Actually, in my opinion and experience, the RPF was a prison camp." (Document written by Monica Pignotti, 9/26/89) "The four-year-old boy could no longer cry. He had been nearly 40 hours in the chain locker of the flagship Apollo and his entire body was aching from his efforts to chip off rust. His knees and hands were raw with cuts and bruises. His voice was raspy from crying, and he was desperately afraid. He was constantly making resolutions to never, never again eat the Commodores telexes--the most recent crime of which he had been accused." ... "Little Tony had entered the chain locker through the tiny manhole that led to it. The metallic sound as the lid slammed shut sounded final somehow. The space was cramped for even his small body, and he was enveloped by darkness. It was wet in there and very, very scary. The chains of the ship's anchor took on the dimensions of a monster. At one point a rat scuttled by him squealing. He was sure he was going to die." [...] Tonja Burden claims that she saw people placed in the chain lockers on a number of occasions at the direct orders of Hubbard. Tonja wrote, in a legal affidavit, years after leaving the Sea Org: 'I saw one boy held in there

for thirty nights crying and begging to be released. He was only allowed out to clean the bilges, where the sewerage and refuse of the ship collected.'

28. [...]Ron Jr. states in a sworn affidavit: 'I have personal knowledge that my father regularly used illegal drugs including amphetamines, barbituates and hallucinogens. He regularly used cocaine, peyote, and mescaline." ... "According to statements made by attorney Michael Flynn, Hubbard, until at least February of 1980, filled out fraudulent 'doctor's' prescriptions for a large array of medical drugs for himself". "Sara Hubbard explained that Hubbard was 'self-medicated,' but that during the five years they were married, she knew of no instances when he used 'street drugs'." "Armstrong, told me, among other things, of a letter from Hubbard to his third wife Mary Sue when Hubbard was in Las Palmas during 1967 at the inception of the Sea Org. This letter is now in the custody of the court. In it Hubbard tells his wife: 'I'm drinking lots of rum and popping pinks and greys.'" "John McMasters told me that on the flagship Apollo in the late sixties, he witnessed Hubbard's drug supply. 'It was the largest drug chest I had ever seen. He had everything!'" ... "It was shown in the Armstrong trial in Los Angeles in 1984 that Hubbard even had blank prescription slips from the U.S. Navy, one of which had a prescription for phenobarbital (a barbituate and hypnotic) written in Hubbard's handwriting." ... "Also, in the Armstrong trial where the "Affirmations" [handwritten essays by Hubbard] were introduced, a letter by Hubbard to his first wife was revealed, the last sentence of which declared: 'I do love you, even if I used to be an opium addict.'" (Bent Corydon, former Mission owner, in his book "Messiah or Madman?")

29. "Scientology is being planned on a religious organization basis throughout the world. This will not upset in any way the usual activities of any organization. It is entirely a matter for accountants and solicitors." - L.Ron Hubbard, 1970

30. "I'd like to start a religion. That's where the money is." -L. Ron Hubbard to Lloyd Eshbach, in 1949; quoted by Eshbach in Over My Shoulder.

# Go to church of Scientology EXPOSED website

(The interactive Bible is not affiliated with the church of Scientology)



Go To Start: WWW.BIBLE.CA



**LEGAL SPRING**

**"Why Shop or Review Legal Ser**

FAQ | OUR ADVANTAGE | PRIVAC

Google [                    ]

## ONLINE REVIEWS

Legal Newsgroups / misc.legal / 1/28/2005

### BUSINESS Solutions

Doing Business As

Incorporation

LLC

Copyright

Trademark

Patent

### FAMILY Solutions

Last Will and Testament

Living Will

Name Change

Prenuptial

### Legal Newsgroups

Legal Newsgroups

Product Directory

### BY Category

Legal Sites

Forms and Contracts

### Resources

Links Directory

Add Your Link Now!

Google™ [                    ]    Se

○ Web  ◉ www.legalspring.com

## Attorney seeking witnesses in Letterese Galileo Dental cor

Ads by Google  View ads about: [            ] »

smileydds@lycos.com

**Pepper Spray Stun Devices**
Personal/home defense. Great Prices Pepper
Spray, Spycam, Buy Wholesale

**Public Birth Records**
Obtain Birth Records Online. Search by
Name, Age, Address, and more

Ads by Google

Please forward this notice to any dentist or other person that may have had business dealings with Peter or Barbara (aka Fawcett) Letterese and/or Tom Karas and/or Tom Gamboa. They run the Galileo Dental consulting business along with an extremely over-priced self defense course called SAVE International.
NOTICE
SEARCH FOR WITNESSES
My name is Robert B. Amidon. I am a lawyer in California and I represent Richard H. Baldwin, DMD in a law suit he filed against Peter Letterese and Associates. This suit alleges (among other things) that Mr. Letterese and his company have violated California laws on deceptive business practices. Dr. Baldwin's suit includes class action claims.
In connection with Dr. Baldwin's suit, I am seeking information from anyone (especially dentists) who has participated in any of Mr. Letterese's programs (Galileo Mentoring, SAVE, etc.). I am interested talking to dentists who were satisfied with these programs, as well as those who were not satisfied with these programs.
I will keep any information confidential, unless you agree to have this information made public.
I can be contacted at:
Robert B. Amidon, A Law Corporation
2550 N. Hollywood Way, Suite 502
Burbank, California 91505-1055
(818) 558-4444 (phone)
(818) 558-4435 (fax)
amidonlaw@aol.com

*Ed 5*

ok2smile@canada.com

**Chat Rooms - Free**
Chat with Hot & Sexy Singles in Your ZIP
Code - Chat Instantly!

**10 Rules for Stomach Fat**
Drop 9 lbs every 11 days Sticking With the
10 Rules. 50% Off Now !

Ads by Google

Dear fellow dentists and others affected by Letterese,
The intent of this notice is to inform you of certain facts so you can
make up your own mind concerning the Dental consulting services of
Peter Letterese and SAVE International self defense training courses .
I have firsthand knowledge and experience dealing with Peter Letterese
and many other dentists across the US and Canada that have used his
services and bought into investing hundreds of thousands of dollars in
the Galileo and SAVE Training concept, all with disastrous financial
results. Where has all this money gone?
Before signing up with Peter Letterese did anyone perform any due
diligence, court checks for previous litigation or simply ask some of
the following questions? I did not and have paid dearly for my mistake!
How many Galileo consulting contracts has he sold and how many Dentists
have requested their money back or never completed his program?
How many SAVE Training contracts had he sold in the past and how long
has he been selling this business concept? Has he signed up one
corporate sponsor that has paid him or his company for these services?
Has anyone ever completed all levels of SAVE Training, who are they,
where are they and can we talk to them?
What happened to Col. Robert Leonhard and the Leadership Training
program that Peter Letterese was selling FOR $65,000?
Is there any previous or current litigation regarding his consulting
company Galileo, Mentoring Inc. or SAVE International Training?
How financial stable is Peter Letterese and his Company?
Does Peter or his company have any Federal and/or State Tax Liens?
How many dentists have asked for their money back and were any
successful at getting his "cash refund money back guarantee" without
going through costly litigation or arbitration?
Regarding the SAVE program, has Peter Letterese every been convicted of
a crime against a child? The answer to this question is YES!
I found a lot more information on Peter Letterese and his business at
the following website:
http://dentistryalert.f2g.net/index.html
All the materials can be independently verified and are public record.

blkbelt@veryspeedy.net

**Doing Business In Guam**
Register Foreign Corporations Full Business
Services

**Self Defense Products**
Self Defense Products for Everyone Everyday
Family Protection

Ads by Google

ere is more info on the same guy!
Newsgroups: misc.news.internet.discuss
From: blkb...@veryspeedy.net - Find messages by this author
Date: 3 Feb 2005 19:08:42 -0800
Local: Thurs, Feb 3 2005 7:08 pm
Subject: Beware of free self defense program SAVE International by
Peter Letterese
Notice to parents...
A free self defense program called SAVE International is being offered
around the United States. This program is owned and operated by a man
named Peter Letterese who is a CONVICTED CHILD ABUSER and alleged CON
MAN.

Peter Letterese and Associates and his company SAVE International target young womens groups like the Girl Scouts of America, middle and high schools, and small neighborhood church organizations.

The money to run this operation comes from dozens of dentist who are claiming they have been defrauded or scammed by Peter Letterese. Former Kansas City Royals baseball coach Tom Gamboa is the national spokesperson for SAVE International. I do not know if Mr. Gamboa is aware of the alleged frauds or the conviction for child abuse of Mr. Letterese, but Mr. Gamboa is actively pushing to get this program into the professional sports market and dozens of schools and the Girl Scouts of America.

Here is the police report concerning Peter Letterese' attack on a 6 year old boy. For more details to a search on the web and newsgroups to find out more and you decide if you want your children involved with this man and his company.

Go to Http://dentistryalert.f2g.net

there you will find much more information on this man and his business. See for yourself!

I found the full police report on Peter Letterese' child abuse charges. For more information on child abusers and child sex offenders go to; http://www.sexcriminals.com/

For more information on Miami-Dade Sheriff criminal and sex offenders check out:

http://www.mdpd.com/bolo/default.htm

PETER LETTERESE ? ARREST REPORT

Aggravated Child Abuse

Case#:96-08-46797

Time & Date reported: 18:30, 08-14-96

Arrest#: 96-1419

SUSPECT: Peter D. Letterese

5000 SW 148 Ave.

Ft. Lauderdale, FL

431-2200

Report of Pembroke Pine Police Detective Earl Feugill:

While conducting surveillance at the above location for illegal dumpers, the above vehicle driven by the defendant was observed entering the above construction site with the victim (blank) sitting in the right front passenger seat.

It should be noted that to enter said construction site, there is also a metal sign that states ?this area is a designated construction site, and anyone trespassing on this property shall, upon conviction be guilty of a felony?. The metal sign that states was posted on the steel gate on the eastside of the gated entrance. Upon observing the above vehicle enter the site, said vehicle was monitored for approx twenty five minutes while the defendant was observed what appeared to be yelling at the juvenile while continuously pointing his finger at said juvenile. It should be noted that this detective was approx: one hundred yards from the suspect vehicle on foot behind a wooded area east of the defendants location within the site as not to be seen by anyone entering the site.

With the use of 10X50 binoculars the vehicle was observed until the defendant struck the juvenile in the face with his right hand with a backwards blow. This detective then entered his vehicle and drove to the defendant?s location. After identifying myself as a police officer the defendant was asked to step from his vehicle and provide this detective with his drivers license.

The defendant was then read his Miranda warnings from a printed card at which time he was asked what his purpose for being within the construction site was. The defendant advised that he was having a discipline problem with his child and had brought the child to the site (which is littered with various garbage and rubble) to discuss said problem. Upon observing the juvenile said juvenile was visibly trembling and bleeding from the nose, and from behind his left ear. The juveniles T-shirt also had blood on same on the left shoulder area

which was from the wound behind the juvenile?s ear. It should also be noted that the juvenile?s left hand had two wounds on his little finger and on his index finger. This detective then observed that the defendant had a black in color nylon case which was carried on his belt on the right side. The defendant was then asked if he was carrying a firearm at which time he said he was. A CCF. license was then produced by the defendant at which time the firearm was taken from the defendant and placed in this detectives vehicle for officer safety (380 automatic Walter PPK/S serial # S135953). The defendant was then asked why the juvenile was bleeding in several places and appeared to be trembling. The defendant then advised that he had lost his temper when disciplining the juvenile because the juvenile while eating his evening meal had thrown up on purpose to aggravate his mother. After backup units arrived this detective spoke with the juvenile away from the defendant who is not the juveniles biological father. The juvenile advised this detective that when he was eating his evening meal, he could not finish same because he was full. The defendant who was in the temporary custody of the juvenile then threatened the juvenile that if he did not finish his meal he would be sorry. The juvenile then advised that he tried to finish his meal but got sick. The defendant then drove the juvenile to the dump/construction site to show the juvenile where he would live if he continued to be bad, as the juvenile advised.

The six year old was then asked where the cuts on his nose came from along with the cuts behind his left ear had come from. The juvenile advised that he had been bad and the defendant bit him in the nose, and had picked him up by the ears from behind and dropped him to the ground after lifting him off the ground by same. It should be noted that the juvenile continued to blame himself for the punishment he had received. The juvenile also advised that he had been told by the defendant not to tell anyone that he had been punished. When questioned the defendant advised that he told the child that he would kill him if he told anyone about the punishment. Said juvenile stated that he had also been hit with a brown belt because he had again been bad and he needed to be punished. A check of the juvenile?s back revealed many small welts and abrasion that were very fresh. The juvenile advised that he had been punished at the defendant?s home in Fort Lauderdale before he had been taken to the construction site. While at the defendant?s home just prior to being taken to the construction site, the juvenile had been repeatedly picked up by the ears from behind until his feet were off the ground then dropped. The defendant had also bitten the juvenile in the nose at the defendant?s home along with being bitten in the hand which caused the observed cuts. Due to these crimes having been committed in B.S.O?s jurisdiction detective Lori Moore #2246 was contacted by detective Michaud and asked to res

techsell@ix.netcom.com

To Whom It May Concern: Be Advised - Attorney Robert Amidon is a covert-surrogate
attorney for The Church of Scientology. He represented them in a case in the past
wherein a brain-damaged young man asked them back for $1.3 million they had solicited from him (Los Angeles News Story attached).
Attached you will find additional adobe pdf files that outline first Amidon's legal connections to the Church but also "the real reason"

for his looking desperately for a plausible "someone" to use to sue our
organizations. Only a lawsuit can be made public.
Arbitrations are private and confidential by nature.
Amidon isn't seeking justice but instead hopes
to accomplish character assassination.
His actions are transparent.
But Amidon's connections to Scientology go further.
His Marketing actions on behalf of the Church
are also documented from the Internet in the
first attached file.
His "lawsuit" on behalf of Baldwin is suspiciously
and hideously date-coincident with the second of the
attached cases as it moved toward the third case
(now filed and commenced in Federal Court).
The Church of Scientology has been charged in this Federal lawsuit with
violating the Federal Copyright laws
with regard to the published works of Les Dane. Mr. Dane's works are
books about
selling, closing sales ... which this Church wishes to go on using, but
apparently from all the
evidence we can gather, without any willingness to pay the usual
royalties for
such use which it has enjoyed royalty-free, for over 34 years,
long before our becoming the custodial agents for these materials.
Five years of "negotiating"
efforts on our part have produced what is apparently a zero willingness
on their part to
globally resolve this dispute by any means other than the "tactics of
character assassination",
which you see demonstrated above. Sadly, we find ourselves NOT to be
the
first such targets.
It is an interesting and somewhat ironic observation that Scientology
has for years declared
that just this kind of attack has been leveled against them by those
with nefarious
purposes. Ironic indeed.
Amidon's effort is on behalf of Scientology. Amidon's "client" is
contractually
bound to arbitrate any dispute with Galileo=AE Systems International.
He refuses
to arbitrate as it would not serve Attorney Amidon's purpose to try to
discredit
the actions of the corporations he has been defaming. A libel suit is
being prepared
as this notice is being written. Amidon's client expressed no need to
resolve anything
between himself and Galileo=AE Systems International until Amidon
apparently solicited him
to do so. When this solicitation is confirmed with evidence we are
expecting momentarily, it will be a
violation of the professional ethics code supported by The California
Bar Association.
Evidence concerning a colleague of Amidon's, one attorney Norman Taylor
(himself a publicly identified
Scientologist), already exists in our possession; wherein Taylor, whom
Amidon has admitted is a
colleague, has been caught red-handed unethically soliciting
"plaintiffs" to attempt to discredit
the organizations under attack by the lot of them.
SAVE!=99 International offers its 3-Hour Personal Security Presence=99
Training for $495 per
adult, satisfaction guaranteed. It has been reported by many who have
taken it, to be

more effective at teaching them to be safe in real-world crisis situations than
years of more traditional self-defense training they had personally gone through prior,
any and all of which costs thousands of dollars to go through. It has been reported by
retired Army and Marine veterans as more useful than Special Forces training,
(which was never designed for use by civilians, having other military purposes),
when applied in the streets and neighborhoods of the United States.
That makes SAVE!=99 Training THE LEAST EXPENSIVE, EFFECTIVE Personal Security Training
program in the country and perhaps the world. SAVE!=99's Personal Security Presence=99 Training
also comes with one-year follow-up consulting, online, at no charge.
For over a year, S.A.V.E!=99 International has commenced a campaign to train 50,000 young women ages 10-17 around the
United States (each accompanied by a parent or legal guardian) ABSOLUTELY FOR FREE.
And a second program, equally FREE to High school and Little League Athletes teaches young men and women
how to avoid violence in sports-related circumstances.
These may be reviewed at www.save-training.com.
We invite you to visit www.savetraining.com for information regarding how this
priceless training (in either format) for your children and other loved ones can be done
in your area - AT NO CHARGE WHATSOEVER.
Robert Amidon certainly and The Church of Scientology (apparently) are opposed to the existence
of these programs and both have fought furiously to try to stop them from occurring.
Scientology operatives have failed to stop young women from being protected and trained with
one of their parents to avoid, deter and terminate legally, ethically and morally) rape attempts,
abduction attempts, etc.
Their reason for doing so is that these programs do not fit the fictional "profile" of
Galileo=AE Systems International and S.A.V.E!=99 International, whom they are attacking
for nothing more than private, commercial purposes.
Amidon's single client, Baldwin, NEVER HAD ANY CONTACT WITH, NEVER MADE ANY PAYMENT TO, NOR RECEIVED ANY TRAINING WHATSOEVER FROM SAVE!tm INTERNATIONAL - NOT AT ANY TIME, EVER.
If you know of any further provable connections between Scientology and Attorney Amidon, Attorney Taylor
their private investigator, Eugene Ingram (who is himself quite an eyeful online,
with respect to his own lengthy and recidivist criminal past and his continued
connections to Scientology), please let us know at info@savetraining.com.
We will publish it here for those who may care.
We invite you to visit www.savetraining.com for information regarding how S.A.V.E!=99's
priceless security training (in either format) for your children and other loved ones can be done
in your area - AT NO CHARGE WHATSOEVER.
Thank you for your kind attention to these matters ....
The Board of Directors of Galileo=AE Systems International and S=2EA.V.E!=99 International
http://www.techsell.com/amidon.pdf

http://www.techsell.com/draftcomplaint1.pdf
http://www.techsell.com/draftcomplaint2.pdf

Report this post for offensive content

site map | disclaimer | privacy

**All Rights Reserved, Legal Spring, Inc. 2004**



PDF created with pdfFactory trial version www.pdffactory.com

re: Joint Defamation Document - Edwards&Agell--LawFirm--Ness--Ingram--Amidon ... david p: see the names circled below

**Jim/David P. ::** You will see that Ingram-Amidon-Ness-Scientology-Edwards&Angell, in addition to setting up through Scientology's Private Investigator (now dead) Thomas Griffin of Ft. Lauderdale (we know this from testimony in Federal Court from Griffin's lawyer - we have the transcript) a website with the sole purpose of defaming me/PL&A, Inc., also went onto this primary Detnist's website, accused us of a crime we never committed and from there began the process of soliciting Schwartz, Brody, et al (and attempted to solicit all my other clients) TO DESTROY US "LITIGATIONALLY". See circled areas below. David Hoffman provided me with these pages which he submitted in the Federal Copyright case.

**PLEASE READ ALL CIRCLED & BOXED AREAS.**

-----Original Message-----
From: Ingramdetectives@aol.com
Sent: Friday, July 16, 2004, 2:03 AM
Subject: re: new Massachusetts Denisits re Letterese

Dear Group:

Again, I'm looking for some assistance re Peter Letterese:

A New York attorney has been located who is willing to assist dentist(s) in either New York or Massachusetts who feel they have been defrauded by Letterese. If you, or if you know any anyone who falls into this category, please contact them/me ASAP.

---

Dentaltown Message Board

[ Logged in as: gareat | Logout ]

» Main » [ ] » Miscellaneous Stuff »

Pages: 1 of 2: [1] 2 »

Galileo FRAUDING Dentists

Posted: 7/19/2004 6:07:17 AM #Post 1 of 7

copernicus
Official Townie

Total Posts: 18
Last Post: 1/4/2005
Member Since: 12/3/2002
Location: Frochton's, Pi snul

Subscribe to this author

Home | Magazine | Dentaltown Plus | Forums | Classifieds | Online Gaming | ICE | Links | Store | Login | My Account | Help

Growing daily, 51600 members
Welcome to our newest member: davidkofhman

Private Messages: [0]

We have a total of 1851 tree online and posted, including 308 employees and opportunists

2007 16:49AM P1   FROM : LAW OFFICE

Eihl 6

PDF created with pdfFactory trial version www.pdffactory.com

In addition, do you recognize the names of any of the below NY dentists who may have been enrolled in any of Letterese's programs?

Laurie Litwin
38 Gramarcy Park N
New York, NY 10010
212-475-8038

Hoi Berman
141 Franklin Place
Woodmere, NY 11598
516-374-2883

Abe Bronner
622 Avenue U
Brooklyn, NY 11223
718-382-0707

Lee Alan
3044 Amboy Rd
519-483-3100

Peter Rumack
14116 Jewel Ave
Flushing, NY 11367
718-268-2552

Amidon subsequently has aDMITTED INGTRAM
"WORKS FOR HIM". INGRAM IF LOOKED UP ONLINE
UNDER "SCIENTOLOGY INGRAM

Thanks again for any help you can provide.

Sincerely yours,

Gene Ingram

PDF created with pdfFactory trial version www.pdffactory.com

Dentaltown Message Board

| Nicolaus Copernicus | | Revisions : 0 | Posted : 7/19/2004 6:30:17 AM | IP: Removed | Report this post |

These are 72 replies to this message. There are 50 replies on this page.

| Posted: 7/19/2004 8:45:20 AM | Post 2 of 73 | | | | |

These guys called me at no one Saturday. I told them I was not interested.

| date_c_cat Official Townie | | | | | |
| Total Posts: 101 Last Post: 8/11/2006 Member Since: 3/23/2004 Townie Choice Award Voter | | | | | |

| | Revisions : 0 | Posted: 7/19/2004 8:45:20 AM | IP: 138.192.110.48 | Report this post |

| Subscribe to this author | | | | |

| Posted: 8/12/2004 5:33:0? PM | Post 3 of 73 | | | |

Dear Dentists,

http://www.dentaltown.com/idealhb/view.asp?topicID=35936&forumID=79&contID=&search=1&searchstring=&sessio

129 of 262

PDF created with pdfFactory trial version www.pdffactory.com

copernicus
Official Townie

Total Posts: 18
Last Post: 1/4/2005
Member Since: 12/?/2007
Location: Frombork, Poland

Subscribe to this author

Attached to this message is a California Civil Code law titled SELLER ASSISTED MARKETING PLAN ACT, which I just learned about. This law appears to cover exactly what Letterese did to most, if not all, of you and probably gives any of Letterese's California victims the right to bring suit against him in California. However, this law only pertains to California victims, so out-of-state dentists cannot use this section to bring suit unless they were in California at the time they enrolled in Galileo.

However, it is likely other states have similar statutes. I stongly suggest you see if your state does and if so bring it to the attention of your attorney.

**If you know of any California dentists that have been conned by Letterese, it is very important that you forward them this email. This is very important.**

Norm Taylor, an attorney in Glendale, California, has been contacted and is currently conducting an investigation into Letterese's activities as they relate to this law. He needs to speak with any California dentists ripped off by Letterese who are interested in bringing suit to recover their money. He also needs to review any contracts they had with Letterese. He will do this for free.

Once he evaluates each dentist's situation and concludes a lawsuit should be filed, Norm has agreed to represent any California dentist conned by Letterese on a contigency basis, including fees and costs. Thus, no out-of-pocket expenses will be required to prosecute the case as they will be paid out of any recovery. In the event there is no recovery, the dentist will still not be required to pay any costs. They can simply walk away.

In the event Letterese turns around and tries to bring legal action against any of the plaintiff dentists, as many of you have told me he might, Norm told me that under California law, Letterese's legal action must be in the form of a "compulsory cross-complaint in the same suit." Because of this, Norm has agreed that the original contingency agreement will stay in place and there will be no money required to pay for attorney fees or costs to defend. Norm can explain all of this in detail

Norm is a very successful attorney and his office specializes in representing all types of consumers. He's probably the most experienced attorney in California regarding lawsuits against automobile manufactures for defective products. He has literally "written the book" on this topic. He is a very tenacious and agressive attorney, and a real nice guy, who will not back down from Letterese.

Please give him a call at your earliest opportunity. Be sure and tell the receptionist you are a dentist and that the matter deals with Peter Letterese.

Norm can be reached as follows:

Norman Taylor Esq.

**Norm Taylor has appeared in the past on Scientology's website as a known, prosyletizing-online Scientologist. He falsified the relevance of the named Calif. SELLER ASSISTED MARKETING ACT to PL&A (it doesn't, by statute apply to us IN ANY WAY); and even if it had, we didn't ever violate its elements = Double Lie!**

425 West Broadway, Suite 220
Glendale, California 91204
818-244-3905 Office
818-244-6052 Facsimile
Norm@NormanTaylor.com

Nicolaus Copernicus

Revisions : 0 | Attached file CALIFORNIA2CDFS1.pdf | Posted: 8/12/2004 5:03:31 PM | IP: 66.5.72.156

Posted: 8/12/2004 5:13:17 PM

Chip Payet
Moderator

Total Posts: 10734
Last Post: 5/11/2005
Member Since: 10/30/2001
Location: Charlotte, NC
Townie Choice Award Voter

Subscribe to this author

Post of 73

Who is Peter Lettorese? And what did he do?

"That which we persist in doing becomes easier – not that the nature of the task has changed, but our ability increased." Emerson

Officially made the 500,000th DentalTown Post!

Charles D. Payet
Office: 704 364-7059
Email: Payetdds@bellsouth.net

Vegas 2005 was UNBELIEVABLE!!! Can't wait to bring the whole team to Vegas 2006.

4th Annual Townie Meeting
Mar. 30-Apr. 1, 2006
www.towniemeeting.com

**Eugene Ingram's and Norm Taylor's**

**INTERNET POSTINGS VIA INGRAM CAUSED DENTISTS TO BECOME INSTANTLY SUSDPICIOUS OF ME - AND BEGAN THE DESTRUCTION OF OUR INCOME FLOW - AND THE DESTRUCTION OF THE ROYALTY FLOW TO PL&A's CLIENT ::: LES DANE'S 80-YEAR-OLD WIDOW WHO DIED AMIDST ALL OF THIS, per her daughter from Chronic Depression complications, not inconsiderably linked to this attack on her income.**

FROM : LAW OFFICE

12:50AM P5

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

Revisions: 0 | Posted: 12/2/2004 5:16:17 PM | IP: 68.12.150.4 | Report abuse

| Posted: 12/1/2004 8:37:40 PM | Post 5 of 73 |

Total Posts: 18
Last Post: 12/2/2005
Member Since: 12/2/2005
Location: Fairbank, Poland

Subscribe to this author

**If anyone has been frauded by Peter Letterese of Galileo consulting take heart. There are several doctors who are taking this scum bag to court for all of the things that he has done to dentists and the dental profession. Please read the attached email message and contact some of the people listed if you have been a victim of Letterese or Galileo. Warn all of your friends to stay away from this man and his company. He is bad news.**

**Thank you!**

Dr. C.

Thanks for responding with your below email:

Attached to this email are several documents; some you have, but may have misplaced, and others that are new to you.

First, can you forward me the Canadian Dental Association Journal containing the article, "Caution to Readers," about which you wrote? Or can you direct me as to the easiest way for me to locate it online? I'm very pleased to see that you've not given up your battle against Letterese.

Do you know if it's possible for dentists in the USA to use their Dental Association Journals to do the same? Maybe you can forward the current article to the others on our list and they can do the same with their dental associations.

Second, regarding dentists who "would love to participate in the cases," I just spoke on the phone with Flora Riess in Anchorage, Alaska. Flora is married to Doug Ness DDS. They recently retained attorneys Antonette Theodossakos and Gary Woodfield to represent them as plaintiffs against Peter Letterese in almost $300,000 they spent on Gal.bo and SAVE Training, etc. Gary is a former federal prosecutor who recently represented dentist Blanche Grube in a successful lawsuit against Letterese and is up-to-speed re Letterese's background, tactics, etc. He is being assisted in Ness's matter by attorney Autohette "Theodossakos. Gary and Antohette are with the West Palm Beach law firm of Edwards & Angell, LLP. The firm is large and has very talented, experienced attorneys and has offices in several states. Please see their website www.EdwardsAngell.com for more info. (FYI this is the same firm where attorney Jaime Quick used to work. She is now working for Jim Quick's law firm.)

PDF created with pdfFactory trial version www.pdffactory.com



California attorney Robert Amidon is currently representing California dentist Richard Baldwin as a plaintiff in a California law suit against Lettense. That case is attached to this email. Bob Amidon is an aggressive and well experienced attorney who will not let Lettense get away with anything and will definitely not be bullied by him. If you know of any CALIFORNIA dentists who believe they were defrauded by Lettense, please have them contact Robert Amidon. Perhaps they can become co-plaintiffs in our own ongoing suit and share costs.

All other dentists OUTSIDE of California who believe they've been defrauded by Lettense should first get in contact with Flora and Doug Ness. They are very upset with Lettense and are going to push their suit against him as far as necessary! Dentists should first phone Flora - you'll see why when you talk to her. She knows all about Lettense and NEVER takes any of his crap! The dentists should compare notes with Flora and then she will put them in touch with her attorneys, Amontvette Theodossios and Gary Woodfield, at Edwards and Angell. Once the attorneys review each dentists dealings with Lettense it is very possible they might be able to become co-plaintiffs with Doug and Flora and be able to share costs...

And of course, I'll speak to anyone who wishes to talk with me.

Below is contact information for everyone mentioned above.

Please stay in touch and don't forget to furnish me with the "Caution to Readers" article.

Thanks again for all your assistance re Lettense. Don't forget to download the attachments to this email.

Best wishes,

Gene Ingram

ROBERT AMIDON, ESQ (Attorney representing Richard Baldwin, DDS — California)
2550 North Hollywood Way, Suite 502
Burbank, California 91504
818-955-4444  x11 Telephone
818-955-4444  x10 Secretary
818-955-4435  Facsimile
AmidonLaw@aol.com

FLORA NESS & DR DOUGLAS NESS
HOME:

www.dentaltown.com/idealbbView.asp?TopicID=13936&forumID=79&catID=&searchI&searching...

Ness defamation ...

FROM :LAW OFFICE          FAX NO. :661 775 9423          Apr. 10 2007 10:51AM  P8

Dentalfown Message Board

**Ness's give their "home address" ??????!!!!!**

Ness defamation ...

**Edwards & Angell – represent "Ness", because Letterese is so bad!**

1531 Hillside Drive
Anchorage, Alaska 9950
907-346-4801 Home
907-346-4802 Home Fax
907-830-2391 Flora's cell
907-360-2690 Doug's cell
Flora's email: YoYo749@aol.com
Doug's email: DRNessAK@aol.com

NESS'S DENTAL OFFICE:
Aesthetic Dental Arts
1400 W. Benson Boulevard, Suite 150
Anchorage, Alaska 99503
907-273-4537  Office Phone
907-273-4538  Office Fax

EDWARDS & ANGELL, LLP (Law firm representing Flora and Doug Ness, DDS – Alaska)
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-833-7700  Law firm
561-655-8719  Fax
www.EdwardsAngell.com

ANTOINETTE THEODOSSAKOS, Esq (Attorney representing Flora and Doug Ness, DDS)
Edwards & Angell, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-820-0280  Direct to Antoinette
561-655-8719  Fax
ATheodossakos@EdwardsAngell.com

GARY A WOODFIELD, ESQ (Attorney representing Flora and Doug Ness, DDS – Al
Edwards & Angell, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-820-0217 Direct to Gary
531-655-8719 Fax
GWoodfield@EdwardsAngell.com

In a message dated 12/12/2004 4:59:48 AM Pacific Standard Time, Dr C writes:

PDF created with pdfFactory trial version www.pdffactory.com

Page 4

Gene;

Would love the details of both cases, and I'm certain there are some of us that would love to participate in the cases!

I have contacted our Canadian Dental Association, and in their Journal this month these is a "Caution to Reeder's" that I've helped them prepare. It warns about the generic modus operandi of PLA and asks previous victims to contact them. I'll let you know how this progresses too!

Dr C

----- Original Message -----

**From:** IngramDetectives@aol.com

**To:** XXXXXXXXXXXXXXX

**Sent:** Wednesday, December 01, 2004 12:31 AM

**Subject: Re:** Recent cases vs Peter Letterese

B,

It was so nice to receive your below email. How are you? Business good?

Richard Baldwin is a dentist in Orange County, California. He's represented by an aggressive attorney with offices in Burbank, named Bob Amidon. Amidon is not taking one iota of Percy's crap and would probably love to represent anyone who has a case to be brought against Letterese. If you know of any California dentists screwed by Letterase, please let them know about Amidon. However, I don't believe Amidon can represent dentists outside of California unless something "legally" re Letterase occurred inside California. I will run this question by Amidon tomorrow and get back to you.

http://www.dentaltown.com/idealbb/view.asp?topicID=39936&forumID=79&tablname=forum1&amm...

Dentaltown Message Board



However, there is a Florida law firm currently representing an out-of-state dentist who is now preparing a massive fraud lawsuit to be filed in Florida against PL re Galileo and Save Training. Once it gets filed (and maybe sooner) I'll forward it to you and the rest of the group. This would probably be the best suit for any dentist who feels they've been defrauded by Letterese to become co-plaintiffs. I'll let you know ASAP.

Best wishes,

Gene

*Eugene M. Ingram*
*Private Investigator*
*Ingram Investigations*
*California License Number PI-9287*
*5854 Freeman Avenue*
*La Crescenta, California 91214-1521*
*813-249-7474 Telephone*
*813-249-2412 Facsimile*
*IngramDetectives@aol.com*

*******************************

This message and any attachments contained in this communication are protected by the attorney-client and/or the attorney/work product privilege. It is intended only to the use of the addressee, and the privileges are not waived by virtue of this having been sent by e-mail. Any unauthorized access, use, copying or republication is strictly prohibited. If you are not the intended recipient, please notify us immediately at IngramDetectives@aol.com and destroy this communication and all copies thereof, including all attachments. We cannot accept any responsibility for the accuracy or completeness of this message as it has been transmitted over a public network/ISP. If you suspect that this message or attachment(s) may have been intercepted, manipulated or amended, please contact us. THANK YOU.

In a message dated 11/30/2004 6:58:41 PM Pacific Standard Time, B writes:

Hi Gene, and everyone else. Obviously, I am gratified to read these cases, and thank

PDF created with pdfFactory trial version www.pdffactory.com
136 of 262

Page 11 of 104

Dentaltown Message Board



God that I'm a dentist and not a lawyer...The only problem is that PL's scum who only understands money, and that a $0.00 judgement against him is laughable. "He constant dissembling when confronted with a loss is typical"we came to a meeting of the minds, and I will draw my complaint". This fact is that Brett Nooata had to retain counsel, that this counsel cost a not in considerable amount of money(as Loyce among others knows), and that unless PL is forced to fork it over, he doesn't care at all about harassing the next folks in the next group he can scam. Why should he when several hours of haranguing could be good for $185,000? Or even $55,000?

was more interested in Richard Baldwin's suit, which rather than a TRC, or PRO, asks for significant(to me, or d probably we all) sums of money. It seems to be worded as a class action, and has room in CA for the complaint for additional plaintiffs. I have no idea how this would work in a case filed in CA for the rest of us not in CA. If this could go to completion, and Richard gets money back, obviously he will be enjoined from specking about it, as is typical of any corporate malfeasance, and is certainly true of Dur true Leader. So, I guess my question is, Gerte, do we all get in touch with Richards attorney?

hope IG was thankful for all: I know that it has taken me several years to not think about this disgusting situation all the time. I was wormed by going through these suits,

m

*Eugene M. Ingram*
*Private Investigator*
*Ingram Investigations*
*California License Number PI-9387*
*3854 Freeman Avenue*
*La Crascenta, California 91214-1521*
*318-249-7474 Telephone*
*318-249-2412 Facsimile*
*IngramDetectives@aol.com*

This message and any attachments contained in this communication are protected by the attorney-client and/or the attorney/work product privilege. It is intended only for the use of the addressee, and the privileges are not waived by virtue of this having been sent by e-mail. Any unauthorized access, use, copying or republication is strictly prohibited. If you are not the intended recipient, please notify us immediately at IngramDetectives@aol.com and destroy this communication and all copies thereof, including all

http://www.dentaltown.com/dentaltown/viewpost?topicID=3591&ForumID=79&catID=79&catID=Research=1&searchstring=&sessionID=f35....   5/11/2005

FROM :LAW OFFICE

FAX NO. :661 775 9423

Apr. 10 2037 10:53AM P12

Page 12 of 104

Dentaltown Message Board

attachments. We cannot accept any responsibility for the accuracy or completeness of this message as it has been transmitted over a public network/ISP. If you suspect that the message or attachment(s) may have been intercepted, manipulated or amended, please contact us. THANK YOU.

Nickolaus Copernicus

| Revisions : 0 | Posted: 12/1/2004 at 07:40 PN | IP: 61.161.132.82 | Report this post |

**Posted: 12/5/2004 10:46:29 PM**

carmiler
Official Townie

Total Posts: 23
Last Post: 1/29/2004
Member Since: 5/23/2004

Subscribe to this author

Post 6 of 73

Does anyone know what Latterese does with all this money that he is getting from dentists? He must be stashing it somewhere.

| Revisions : 0 | Posted: 12/5/2004 10:46:29 PM | IP: 55.151.225.92 | Report this post |

**Posted: 12/6/2004 6:48:23 PM**

carmiler
Official Townie

Total Posts: 23
Last Post: 1/28/2005
Member Since: 5/23/2004

Subscribe to this author

Post 7 of 73

The following notice appeared in the November issue of the Journal of the Canadian Dental Association.

CDA-ADC Journal - Volume 70, Issue 10

"Caution to readers"

"It has come to CDA's attention that some Genedier dentists have been very disappointed in their dealings with a particular practice management firm based in the United States."

"According to reports from a CDA member, this company initially contacts dentists by telephone, asking them to take part in a general dentistry survey. If the dentist participates, the company offers the responsibility the change to purchase its consulting program. The company boasts it can produce extraordinary increases in a practice's profits once the techniques of the program have been fully implemented."

"If a dentist shows even a remote interest in purchasing the program, high-pressure sales tactics are employed to try to extract large up-front fees from the dentist. The risks attached to signing on for the program seem minimal, as the program offers a money back guarantee if the practice fails to achieve predefined measurable goals."

"However, dentists who have sought to use this money back clause have been met with aggressive verbal and legal threats from the practice management firm."

www.dentaltown.com/fileatbb/view.asp?toypcID=35936&forumID=79&cellID=&search=1&scarchstring=&sessionID=]35... 5/11/2005

PDF created with pdfFactory trial version www.pdffactory.com
138 of 262

Denialtown Message Board

"If the above scenario sounds familiar, CDA would like to hear your story. Please be assured that any information or evidence you disclose will be handled on a confidential basis."

"Contact CDA Publications"
"tel. 1-800-267-6354, ext. 2771"
"email: publications@cda-adc.ca"

This sounds very much like Peter Letterese's operation. It was apparently written by one of his former clients who is extremely upset.

Revisions : 0  |  Posted: 12/9/2004 6:45:29 PM  |  IP: 65.151.237.48  |  Report this post

---

Posted: 12/7/2004 12:02:48 PM

cartwriter
Official Townie

Total Posts: 23
Last Post: 1/29/2005
Member Since: 5/27/2004

Subscribe to this author

Post 8 of 73

The following is a recent lawsuit that was filed by a dentist in California against Peter Letterese and his companies. This is interesting information concerning the Galileo and SAVE programs that Letterese sells to dentists.



Robert B. Avidon, Esquire (State Bar No. 133865)
ROBERT B. AMIDON, A LAW CORPORATION
2550 No. Hollywood Way, Suite 502
Burbank, California 91505-1065
(818) 558-4444

Attorneys for Plaintiff
RONALD BALDWIN, D.M.D.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

RICHARD BALDWIN, D.M.D.,

Plaintiff,

vs.

PETER LETTERESE, PETER I. LETTERESE & ASSOCIATES, INC.; GALILEO SYSTEMS INTERNATIONAL, NORTH AMERICAN MENTOR, INC., INTEGRITY EXCHANGE GROUP, INC., an individual, and DOES 1 through 100,

http://www.denialtown.com/iconhbs/view_user?forumID=359365&forumID=79&catID=&search=1&searchstring=&searchonID=35...  5/11/2005

This post by the Ness' (sponsored by Eugene Ingram - a known operative for the last 30 years for *The Church of Scientology*) to an "attack PL&A website" was made on December 1, 2004 was done by the Ness'. THIS IS A 100% BREACH OF THEIR CONTRACT WITH US. This is what the Ness' did in derogation of their contractual obligation in an effort to intimidate us into paying their "claim" absent the contractually-required arbitration, and is the reason for our $4 million counterclaim that will attach to their arbitration request.

ROBERT AMIDON, ESQ (Attorney representing Richard Baldwin, DDS - California)
2850 North Hollywood Way, Suite 602
Burbank, California 91604

FLORA NESS & DR DOUGLAS NESS
Hillside Drive
Anchorage, Alaska



This post by the Ness (sponsored by Eugene Ingram - a known operative for the last 30 yr for The Church of Scientology) to an "attack-PLSA website" in December 1, 2004 was done by the Ness. THIS IS A 100% BREACH OF THEIR CONTRACT WITH US. This is what the Ness did in derogation of their contractual obligation in an effort to intimidate us into paying that "claim" absent the contractually-required arbitration, and is the reason for our $4 million counterclaim that will attach to their arbitration request.

907-345-xxxx Noms
907-346-4902 Noms fax
907-830-2361 Flora's cell
907-350-2502 Doug's cell
Flora's email: YoYo746@aol.com
Doug's email: DRNessAK@aol.com

MERSY'S DENTAL OFFICE:
Aesthetic Dental Arts
1400 W. Benson Boulevard, Suite 155
Anchorage, Alaska 99503
907-276-4637  Office Phone
907-276-4938  Office Fax

EDWARDS & ANGELL, LLP (Law firm representing Flora and Doug Ness, DDS – Alaska)
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-650-7700 Law firm
561-655-8719 Fax
www.EdwardsAngell.com

ANTOINETTE THEODOSSAKOS, ESQ (Attorney representing Flora and Doug Ness, DDS)
Edwards & Angell, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-820-0260 Direct to Antoinette
561-655-8719 Fax
AtheodosSakos@EdwardsAngell.com

GARY A. WOODFIELD, ESQ (Attorney representing Flora and Doug Ness, DDS – Alaska)
Edwards & Angell, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
561-820.0217 Direct to Gary

MAR. 21. 2005° 4:05PM

Date: 2/17/2005 Time: 3:26:36 PM

831-655.3719 Fax
GWoodfield@EdwardsAngell.com

In a message dated 12/1/2004 4:59:58 AM Pacific Standard Time, Dr C writes:

Gene;

Would love the details of both cases, and I'm certain there are some of us that would love to participate in the cases!

I have contacted our Condition (Dental) Association, and in their Journal this month these are a "Caution to Readers" that I've helped them prepare. It warns about this particular modus operandi of PLA and asks previous victims to contact them. I'll let you know how this progresses too!

Dr C

----- Original Message -----
From: [email]
To: XXXXXXXXXXXXX
Sent: Wednesday, December 01, 2004 12:51 AM
Subject: Re: Recent cases vs. Peter Letterese



It was so nice to receive your below email. How are you? Business good?

Richard Baldwin is a dentist in Orange County, California. I am represented by an aggressive attorney who refers in Burbank, named Bob Avalon. Avalon is not taking one iota of Pedley's crap and would probably love to represent anyone who has a case that was brought against Lateeze. If you know of any California dentists screwed by Lateeze, please let them know about Avalon. However, I don't believe Avalon can represent dentists outside of California unless something "legally" to Lateeze occurred inside California. I will run this question by Avalon tomorrow and get back to you.

However, there is a Florida law also currently representing an out-of-state dentist who is now preparing a massive fraud lawsuit to be used in Florida against PL as Galileo and Steve Training. Once I quite filed (and maybe sooner) I'll forward it to you, and the rest of the group. This would probably be the best suit for any dentist who feels they've been defrauded by Lateeze to become co-plaintiffs. I'll let you know ASAP.

Best wishes,

Gene

Eugene M. Ingram
Private Investigator
Ingram Investigations
California License Number PI-8582
NNA Investigations

To: Whom It May Concern ..... Please see below, in just this one timeline, seven (7) references to Eugene Ingram (the "PI" attacking PLAJ/Gallileo(R)/SAVEitm International ... Online incessantly), with a history of such acts against others going back 21 years! (working for Warren ...hams as far back as 1984, (the Scientology RTC Inspector General for Legal) & later for Rick Moxon; Helena Kobrin (who attended the mediation in our Federal case last Friday) is Rick Moxon's law partner - Moxon represents Scientology); Ingram is now working openly for Amidon on the internet. Amidon admitted in person to our attorney he got "client prospects" from Attorney Norman Taylor (who has worked for the Church as far back as 1975-78) who we have affidavits from two of our clients, works through with PI David LeBoux). As you see these same personnel and those with whom they are affiliated appear to have bamboozled judges, too. I have circled as well, other similar attacks (like those directed at us) which other people, not affiliated with us have reported. Peter Letterese

Newsgroups: alt.religion.scientology
Subject: Old scientology timeline
From: hkhenson@rogers.com (Keith Henson)
Date: Tue, 07 Sep 2004 00:52:19 GMT
I came upon this item which is a rather interesting time line, but it was lacking the attachments (has OCR errors)

---

History of CoS Covert & Harassment Operations

1972: Author Paulette Cooper is set up on bomb threat charges after CoS used stationary she touched. She wasn't exonerated until 1977 when the FBI raid found docs referencing this CoS covert operation. (Informer p.3; Time, p.57)

1973: "Operation Snow White" is started by the Guardian's Office (GO) to "root out" files on CoS held by government and other institutions.

WIFE OF MOXON - PARTNER OF KOBRIN - REFERENCE

1974: CoS agent Michael Meisner first eavesdrops IRS headquarters. Listens with Carla Moxon outside (Inet #12, P.4).

1974: In November, CoS agent Gerald B. Wolfe is hired by the IRS as a clerk typist. He steals copies of CoS related documents from the IRS chief counsel and other counsel. Also, CoS agents break into an IRS office (Inet #12, P.4?8).

1974?75: CoS agent Sherry Canavarro infiltrates the D. C. offices of the Council of Better Business Bureaus and CoS plans to infiltrate St. Louis as well.

1974: CoS agent Ken Lonon is sent into the early CFF meetings (a precursor to Cult Awareness Network) in Los Angeles. He volunteers to handle information concerning CoS and changes information concerning CoS in the CFF newsletter.

1975?77: Meade Emory serves as a hired personal assistant to the Commissioner of IRS during period when IRS documents were passed to CoS by IRS employee Gerald Wolfe. Emory reportedly has a reputation as someone who had considerable political pull in the 1970's. In 1982, Emory cofounded the CoS Church of Spiritual Technology (CST) which takes over the GO's operations (name changed to OSA) (Veritas, p. 3 & 4).

1975?1977: Operation Snow White is active. CoS agents break into the IRS and the Justice Department several times and steal documents.(Inet #12).

1975 through 1982: Since moving its offices from England to Clearwater in 1975, CoS has been involved in numerous plots (including a UC agent at the Clearwater Sun newspaper) to influence the Clearwater government and institutions. Names include Operation China Shop, Operation Tricycle and

Project Vatican Passport (LA Times, p. 3; Richard Leiby, WA Post, 12/25/94, p.3; Inet #1 & #5).

"DIRTY TRICKS" REFERENCE

1975?78: Clearwater Mayor Gabe Cazares (8137796xxxx) is the subject of intense harassment, including a staged car accident in D.C. An attorney acting as an agent of CoS (he wrote on his FL Bar app that his experience was with COS) volunteered and joined Cazares' legal team. CoS planned an operation to switch his bar app with a new one. These operations were exposed in docs seized in the FBI raid. The attorney, Merrill G. Vannier was disbarred. He is approximately 50 and lives in LA. In 1990,

**TAYLOR REFERENCE** he was working at the law office of Norman Taylor, 111. E. Broadway, Glendale (Inet #9, #10 & #14, p. 5 6, #15).

1975 through 1978: CoS agent Sherry Canavarro infiltrates the American Medical Association in the midst of litigation with them. Another CoS agent infiltrates the Washington office of a Chicago law firm hired by AMA (possibly David Bardin's) (Inet #3 & #17, searching for more details regarding firm).

1976: Allard v CoS alleges conspiracy to eavesdrop, burglary and obstruct justice (Inet 13, p.3).

1977?1985: CoS witness Martin Samuels is coached to commit perjury in Christofferson case (Inet #19).

**INGRAM REFERENCE "acting independently"** 1977: FBI raids CoS headquarters. Criminal indictments against eleven CoS officials include plots to sabotage IRS investigations, plant spies in federal agencies, break into government offices and eavesdrop an IRS meeting and the justice Department. All eleven receive jail sentences including Mary Sue Hubbard (wife), who served one year. CoS claimed they were acting independently and would be barred from future staff. However, Lead op, Richard Weigand continues today as an agent in Columbia, South America. Also, a former CoS director, William Franks, confirms that the Fair Game Policy is still in effect (Inet #5).

1978: Linda Polmeni of Los Angeles is arrested and charged with copying and stealing a CoS file from the office of Dep. Atty. Gen. Patti Kitching. (Inet #17, p. 3).

1980: Prof. Louis West of UCLA alleges CoS harassment (LA Times, p.7).

**HARASSMENT & "DIRTY TRICKS AGAINST A JUDGE" REFERENCE** 1980: P.I. Richard Bast operation targets USDC Judge James Richey alleging relationship with prostitute "leaked" to Jack Anderson (LA Times, p. 3; (CA Lawyer, Litigation Noir, P741; Inet #7).

1981: Hubbard orders CoS to restructure in order to fit IRS exemption criteria.

1982: P.I. Richard Bast operation targeting city of Clearwater, FL. from a yacht offshore.

1983: CoS Canada is raided by police who seize two million stolen government documents in their possession (Inet #1, #5).

1984: CoS destroys documents Judge Breckinridge ordered them to produce in the Armstrong case (Inet #19).

**McShane (who they were calling on Friday) linked with Ingram – who "they can't control".** 1984: National Coalition of IRS Whistleblowers is formed secretly by COS Freedom Magazine (NY Times). CoS attorney John Warnock attempts to influence IRS officials and the presiding judge (Inet #7).

1984: Former CoS high?ranking operative Warren McShane ran covert operatives into David Mayo during this period (Inet #15, p.6). Set P.I. Eugene Ingram and Al Bai target David Mayo posing as "Special Agents of the Task Force on White Collar Crime." Judge rules "harassment". (LA Times, p.4)  **INGRAM + McSHANE REFERENCE**

1984: Judge Breckenridge rules against CoS and "Fair Game" in the Armstrong case (Inet 13, p.2).

**INGRAM REFERENCE** 1984: P. I. Eugene Ingram and LAPD Officer Philip Rodriguez target ex member using LAPD stationary to authorize surveillance. (LA Times, p?4)

**INGRAM REFERENCE** 1985: P. I. Eugene Ingram asks former LAPD Officer Charles Stapleton to wiretap CoS adversary. (LA Times, p?4)

1985: CoS attorney, Paul B. Johnson is tried in Orlando, FL, for allegedly bribing Hillsborough County commissioners to favor his client, Hubbard Construction Co. He is later defended by F. Lee Bailey. Outcome not determined (Inet #1).

1985: Prof. John Clark of Harvard sues CoS alleging harassment (LA Times, p.5).  **HARASSMENT REFERENCE**

1985: CoS directs "Minuteman" vigilantes to intimidate witnesses with violence. Author Dent Corydon is allegedly attacked (Inet #19).

mid?1980's: Clearwater PD Officer Ray Emmons assembles file of COS criminal activities. Litigation over the release of the records continues through 1999. Included is a summary of a proposed RICO lawsuit, which apparently was not filed (Inet #6, #8: 12 page index includes RICO outline on p.10).

1986: CA Justice Earl Johnson upholds judgment in favor of ex-COS Larry Wollersheim ruling that years of covert and overt harassment had driven him to financial and mental collapse (LA Times, p.5, Leipold Declaration).

**HARASSMENT REFERENCE**

**INGRAM REFERENCE**

1986: A Federal Appeals Court in Boston states that evidence in an extortion case indicated that CoS investigators, including Ingram, had induced witnesses to lie (NYT, IRS sidebar).

1986: Current and former CoS members sue CoS alleging that church tried to compromise two FL judges and divert $100 million offshore.

1986: CoS targets USDC Judge Ben Krenkman. CoS pays Richard Bast $250K to lease off shore and compromise the judge with narcotics and prostitutes (Inet#1, #4, #7).

**HARASSMENT & "DIRTY TRICKS" AGAINST A JUDGE" REFERENCE**

1985?88: USDC CA (Central) Judge Mariana R. Pfaelzer, presiding over several CoS cases, including Robin Scott / David Mayo case. She is the first to legally establish CoS doctrines (OT) as "trade secrets". She is allegedly influenced by CoS through her previous law firm, where she met her husband, Joe Rothman, an entertainment attorney (Inet 11 & 11 A). This firm reportedly has done considerable work for CoS. Also, it has been alleged that Pfaelzer was the subject of a background by CoS and coerced into making favorable decisions (Inet 19, p.9).

1987: CoS allegedly attempts to bribe FL circuit Judge James Durden (Inet#1, #7).

1986?87: Wollersheim's attorney, Charles O'Reilly was victim to at least one CoS agent, a secretary who worked in his office. This was stated in a sworn declaration by former CoS attorney Joseph Yanny in his lawsuit against CoS. The individual's name was "Mary", who provided access to O'Reilly's office for Yanny/CoS employee/agent Thomas R. Vallier (Inet #13, p. 6, #15).
O'Reilly's Co?Counsel Leta Schlosser has her trunk broken into at least seven times. O'Reilly discovers a tape recorder wired to his telephone at his home (LA Times, p.6 & 7).
Former CoS agent Steve Fishman is assigned to surveil O'Reilly, poison him, retrieve trash, and intimidate/ harass a witness (Inet 18).

1987: Joseph Yanny's lawsuit states that he was at a meeting with CoS officials where they developed a plan to blackmail O'Reilly (LA Times, p.6, Inet #5 & #13, p 7-8).

1987: Joseph Yanny's declaration states that CoS lead attorney Earle Cooley (of Boston University) ordered operatives to destroy evidence in Yanny's presence; to infiltrate the chambers of Judges Lilly and Swearinger and other "plots to obstruct justice" (Inet #13, p. 6 & 8).

1987: Anti?cult attorney Ford Greene is befriended by CoS UC agent Gary Scarff. Scarff has since admitted that he posed as a member of CAN and infiltrated Greene's office, looking through legal files, records, and Greene's Rolodex. Scarff states that he was directed by CoS lawyers to produce an affidavit making derogatory allegations against Greene. Other false accusations against Greene were discussed (CA Lawyer, Litigation Nat, P.42). Gene Ingram disavows planting child pornography and/or drugs inside of Ford Greene's office. (Inet #16).

**"DIRTY TRICKS" REFERENCE**

1988: Joseph Yanny is subject to intense CoS harassment including false police reports; four burglaries at his office in which files re: COS were stolen; surveillance by P. I.'s Al Bei, Jon Gaw and others including one hired by Williams & Connelly; and hiring a woman to move in next door to him. CoS attorney Howard Weitzman attempts to blackmail Yanny, then CoS sues Yanny. (LA Times, p.13 & 14, Inet #5 & #13).

1988: Vicki and Richard Aznaran (ex?CoS) sue CoS alleging fraud, false imprisonment, etc. (CA Lawyer, Litigation Noir, P.41, Inet #5).

1988: British author Russell Miller is harassed and false information stating that he was involved in a murder is supplied to police.(Informer p. 3)

1989: CoS IRS Whistleblowers investigate former IRS Criminal Investigations chief resulting in IRS investigation of him. (LA Times, p.15)

1989: Yanny files a RICO against CoS.

1990: LA Times author Robert Welkos is harassed. (Informer p. 1)

1990?91: Time author Richard Behar is harassed. (Informer p. 2; Time p. 57)

1990: OK editor Robert Lobsinger is harassed. (Informer p. 3)

1990?91: CoS P.I.s Michael Shomers and Thomas Krywucki investigate IRS officials, possibly including Commissioner Goldberg. (NYT, IRS)

1991: CoS leader David Miscavige meets with IRS Commissioner Goldberg.

1991: CoS places agent Jolie Steckart into the offices of the Cult Awareness Network (CAN).

1992,1994, Members of CoS sue CAN 52 times. One case, Jason Scott v CAN. During this period, Steckart works regularly part?time as a volunteer at CAN reportedly with access to and working with legal files.

| |
|---|
| 1992: LA Superior Judge Ronald Swearinger tells American Lawyer Magazine that CoS operatives slashed his car tires and drowned his dog (NYT, IRS sidebar). | **HARASSMENT & "DIRTY TRICKS" AGAINST A JUDGE" REFERENCE** |

**INGRAM & MOXON- PARTNER- OF-MOXON REFERENCE** Former CoS agent Steve Fishman confirms that CoS attorney Moxon ordered OSA agents Lenny Zebowitz and Clarice Guidice to drown the dog and they did. Fishman called and hung up on jurors. PI Gene Ingram and PI Jolie Ruiz hired a Mexican male prostitute to seduce Swearinger's son while under surveillance. These operations were directed by Linda Hamil who currently is an officer of OSA in LA (Inet #18).

1993: USDC (CA?Central) Judge James Ideman signs declaration stating that he was stepping down because of years of "misconduct" by CoS counsel and the harassment of his law clerk (CA Lawyer, Litigation Noir, P741).

1993: CoS receives IRS tax exemption.

1994: Andre Tabayoyon Declaration stating that CoS threatened him and offered him $25K to provide perjured testimony for the purpose of having Attorney Graham Berry disbarred. (Berry Summary)

**INGRAM & MOXON- PARTNER- OF-MOXON REFERENCE** 1994,1995: CoS Attorney Bowles (Bowles & Moxon) harasses Garry L. Scarff in an attempt to have him recant 17 days of deposition testimony. CoS Attorney Abelson convinces Scarff to offer perjured testimony. Bowles allegedly blackmails attorney Robert Lewis to steal Berry's files and obstruct justice in the Fishman suit. Berry alleges his telephone was tapped, stating that Abelson confirmed this. Robert Cipriano, a former associate of Berry's is paid by CoS attorney Moxon and PI Eugene Ingram to offer perjured testimony against Berry. In June 1999, Cipriano met with Berry and confessed as to a long running campaign against Berry. (Berry Summary)

**INGRAM REFERENCE** 1995: CoS PI Eugene Ingram is charged with impersonating a Hillsborough County (FL) sheriff. The warrant is reportedly outstanding.

1995: CoS operative Linda Woolard "sets up" CoS adversary and Internet BB operator Tom Klemesrud in

a bar in LA. She goes to his apartment where she spreads blood all over the bathroom and tells him to take the CoS adversaries' postings and trademarked material off his BB. CoS subsequently sues him in the Netcom case in San Jose.

1995: CoS agent Edward Ellenberger, is identified as reporting wages earned at O'Reilly's firm but O'Reilly is not familiar with this agent's name.

1996: CoS activities receive judicial rebukes from the CA Court of Appeal and the Federal Court of Appeals in SF (NYT, IRS sidebar).

1997: Canadian courts uphold criminal conviction of CoS officer involved in covert operations in Canadian government offices in the 1970's and 1980's. CoS also loses libel case against this prosecutor.

Late 1990's: CoS agent Danny Fumagalli works as a volunteer at attorney Graham Berry's law office while Berry is counsel in several anti-CoS cases.

Late 1990's: Jason Scott v CAN results in a judgment which forces CAN into bankruptcy. CoS purchased CAN from the court and is currently operating CAN (see 60 Minutes videotape). CoS agent Steckart continues to provide COS with information concerning former CAN officials.

1998: CoS agent Steckart infiltrates the law offices of Graham Berry, both directly and through Berry's assistant, Jane Scott (no relation to Jason).

1998: CoS agent Steckart infiltrates CoS adversary Watchman Fellowship.

1998: CoS agent Steckart infiltrates defendants in CoS v FactNet case. Steckart provides information concerning conversations amongst defendants and the whereabouts of witness Jesse Prince who is subject to intense harassment. COS PIs include David Lubow (aka Lee), Karlo Munoz, and PIs in Denver and Seattle.

1999: CoS moves to purchase CAN's files regarding CoS adversaries from the bankruptcy.





Recently, we made contact with a company called Reputation Defender whom you can find if you look at www.ReputationDefender. com.

They have an inexpensive service which we tried, to erase the Internet Defamation shown to you in preparation for our upcoming litigation.

We asked Reputation Defender about another service of theirs which is designed for defamatory items harder to remove. It is called by them "My Edge".

It starts at a base of $10,000 which we were told would handle most of the common, tougher cases. So, not for purposes of using in our litigation, we asked them to go online, Review the Search Item : "Scientology and Litigation" plus our various identifiers, and give us an estimate.

They came back with an estimate of the defamation on my name only, Not PLA, Not Galileo(R), Not SAVE!, etc. which are our other search term identifiers.

Their estimate, attached, <u>IN THE FIRST YEAR ONLY</u>, **FOR JUST "PETER LETTERESE"** AND NO OTHER SEARCH TERM ITEM IS ...

TEN TIMES THEIR BASE RATE OR OVER $100,000!

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / SIMONTON

PETER LETTERESE AND )
ASSOCIATES, INC., )
a Florida corporation, )
             )
     Plaintiff, )
   vs. )
             )
WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC., RELIGIOUS )
TECHNOLOGY CENTER, INC., CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE )
PUBLICATIONS INCORPORATED, all California )
corporations, CHURCH OF SCIENTOLOGY FLAG )
SERVICE ORGANIZATION, a Florida corporation, NEW )
ERA PUBLICATIONS INTERNATIONAL, a foreign )
corporation, CHURCH OF SCIENTOLOGY, MISSION )
OF FORT LAUDERDALE, INC., AND CHURCH OF )
SCIENTOLOGY OF FLORIDA, both Florida corporations, )
and DOES 1-3200, )
             )
     Defendants. )

## **AFFIDAVIT OF THOMAS J. KARAS**

BEFORE ME the undersigned official appeared THOMAS J. KARAS who, being

duly sworn, deposes and says:

1.  I am a dentist-Owner of a private practice dental office called Thomas

J. Karas, DDS. I have personal knowledge of the facts stated in this Affidavit, and if

called as a witness, I could and would competently testify to the statements made herein,

except where statements are specifically identified as being made on information and

belief, and if so, such statements are believed to be true based on such.

2.        I am the International Galileo® Training Director for Galileo Systems International, a dba of Peter Letterese & Associates, Inc., I am a client of Galileo® consulting, which provides consulting to my dental office in management of my practice and I am President of S.A.V.E! International Inc., a separate corporation affiliated with Peter Letterese & Associates, Inc.

3.        I will be a witness in this lawsuit involving CSI, Bridge and WISE. I have been intimidated by actions taken by these entities and/or their surrogate private investigators and attorneys and I am now reluctant to testify in this case for fear of further attacks on my reputation and my ability to conduct business free of intimidation. In August 2004 I was deposed in a related suit by Mr. Gary Soter and Mr. Kendrick Moxon (who is now an attorney on the current copyright case). The deposition was an experience that left me very intimidated. The attorney's style was extremely aggressive, demeaning and I felt threatened. Their questions were far beyond the stated reason I was being deposed especially questions regarding S.A.V.E!™ training. Beginning around September 2004 I spoke to Mr. Tom Gamboa, Charles Slepian Esq., Dr. Scott Brody, Dr. Randy LaFrom, Dr. Paul Bryan and Ms. Diane Bryan about phone calls they had received accusing Peter Letterese of sexually molesting a young boy (which is a complete falsehood, but which the aforementioned individuals have promoted on the internet) and defrauding dentists through Galileo® and S.A.V.E!™. All of the above named persons called me to express their concern as to the damage this false and misleading distortion of the facts would have on their reputations and businesses. It had the exact same effect on me and I became very concerned about my own reputation. Dr. Brody and Charles Slepian told me that they had been contacted by David Lebow and Eugene Ingram

respectively. Mr. Lebow's reputation as revealed by my own internet search also
intimidated me. During this time I also became aware of internet postings on the
websites: dentaltown and dentistryalert.com. soliciting dentists to sue PL&A describing
Mr. Letterese to my colleagues in dentistry as a "scum bag". I searched on the name,
"Eugene Ingram", the name of the man who had posted one of the messages. Ingram's
reputation and past history was very upsetting and intimidating to me. I wanted to end my
involvement in this case altogether. In a later posting I read that "a massive fraud
lawsuit" was being filed against PL&A and S.A.V.E!™ training. Since I am the president
of S.A.V.E!™ I became quite intimidated and withdrawn by these false postings even
though I had already trained over 900 students in Michigan and throughout the U.S. for
free and received glowing success stories from my students. I reasoned that if a free
program used to train young women to avoid abduction could be characterized as a
fraudulent activity the people behind these postings would stop at nothing and I was
right. I received a phone call from Dr. Randy LaFrom one day, I don't recall the date, but
Dr. LaFrom was putting on a S.A.V.E!™ class in California. He told me that the
secretary at St. Francis Cabrini School, the location of the class, had been called and
warned that S.A.V.E!™ classes were being put on by "child molesters". She informed the
pastor who discounted the rumors and allowed the class to go on. During the class two
men distributed flyers on the windshields of the students again claiming that Mr.
Letterese was a "child molester". This was extremely upsetting to Dr. LaFrom, his wife,
Lisa and everyone in S.A.V.E!™ that knew about it.  It was extremely intimidating to me
and nearly caused my cancellation of classes scheduled in Michigan for fear of an attack
just like the one in California and I contemplated dropping out of the S.A.V.E!™

program just so I could get out of the lawsuit. I started to see postings with my name

associated with the lies and distortions regarding PL&A and Peter Letterese which were

being propagated in a forum to my colleagues in dentistry which again has made me very

reluctant to testify in this case for fear that a smear campaign will be directed at me to

destroy my reputation, my dental business and my S.A.V.E!™ activities.

FURTHER AFFIANT SAYETH NOT

[First name Middle initial Last name]

STATE OF _MICHIGAN_
COUNTY OF _OAKLAND_

SWORN TO AND SUBSCRIBED
BEFORE ME,
the _24th_ day of _MAY_ 2005

Notary Public

My Commission
Expires: _7-8-2007_



SIGNED AND NOTARIZED IN
MACOMB COUNTY, MICHIGAN

MICHAEL L. HARVILL
NOTARY PUBLIC
OAKLAND COUNTY MICHIGAN
My Comm. Expires July 8, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / SIMONTON

PETER LETTERESE AND                                    )
ASSOCIATES, INC.,                                      )
a Florida corporation,                                 )
                                                       )
          Plaintiff,                                   )
                                                       )
     vs.                                               )
                                                       )
WORLD INSTITUTE OF SCIENTOLOGY                         )
ENTERPRISES INTERNATIONAL, INC.,  RELIGIOUS            )
TECHNOLOGY CENTER, INC., CHURCH OF                     )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE            )
PUBLICATIONS INCORPORATED, all California              )
corporations, CHURCH OF SCIENTOLOGY FLAG               )
SERVICE ORGANIZATION, a Florida corporation, NEW       )
ERA PUBLICATIONS INTERNATIONAL, a foreign              )
corporation, CHURCH OF SCIENTOLOGY, MISSION            )
OF FORT LAUDERDALE, INC., AND CHURCH OF                )
SCIENTOLOGY OF FLORIDA, both Florida corporations,     )
and DOES 1-3200,                                       )
                                                       )
          Defendants.                                  )
_____

## AFFIDAVIT OF RANDALL MARK LAFROM, DDS

BEFORE ME the undersigned official appeared Randall Mark LaFrom, DDS who,

being duly sworn, deposes and says:

1.      I am a dentist. I have personal knowledge of the facts stated in this

Affidavit, and if called as a witness, I could and would competently testify to the

statements made herein, except where statements are specifically identified as being made

on information and belief, and if so, such statements are believed to be true based on such.

2.      I am a client of Galileo Consulting (PL&A), which provides consulting

to my dental office in management of my practice.

3. On November 10th, 2004, an unsolicited email was sent to Jean O'Connell of St. Frances Cabrini Catholic Church, where we were sponsoring a Self Defense Course (as part of a community PR program for our dental office) on that Saturday, November 13th, 2004. (See attachment "A"). It purports to be sent from a parishioner who signed their daughter up for the course, but was sent from a third party – John Mier who forwarded the 14 page email to Jean. The introductory email which included the introductory paragraph was forwarded from Jean to my wife's Lisa's email and it is also included (Attachment "B").

4. The email describes his upset with the SAVE! One Training organization and Peter Letterese. On the day of the course, nearly a hundred more 11 page two-sided flyers were put on the cars of the participants and passed around the church and in the lobby (these included an unauthorized copy of my Pre-Registration Form for the class included in Attachment "C") . One of the participants notified me of this, as her daughter was scared because there was a car with two boys racing around in the parking lot staring at us, looking at the flyers. I grabbed one of the flyers and asked the boys to leave. They were on private property uninvited. They refused to leave so we had to call the police who arrived about twenty minutes later, just after the boys finally left the parking lot.

5. Because of the flyers and the harassment from the boys in the parking lot, I had one family leave the program early and several others comment about their concerns. In addition, I had three people training to become assistant trainers for the course that chose not to continue participating. My wife, who was the logistics coordinator for our courses also was upset from the information and has stepped down from actively assisting me with the course preparation. My front desk staff member attends the church where the course was and she said she saw the flyers in the lobby of the church on the following

Sunday. She took them and tossed them but read it first and I believe this has affected her willingness and ability to support us with the program and possibly working with our dental consultant, because of the information she read in the flyers. My sister, who attended that Self Defense Course in November 2004, originally was in support of the program but has asked me not to continue because she was concerned about my name being associated with the program because of the flyers. Prior to that, she was willing to assist me in introducing it to the Realtors in the area since many of them are women and they are often left by themselves at open houses and are potential targets. After it, however, she encouraged me to stop offering the program in fear of further harassment.

6.    I have worked with several consultants in the past and have never experienced any harassment problems while working with any of them.

FURTHER AFFIANT SAYETH NOT

*Randall Mark LaFrom DDS*
Randall Mark LaFrom, DDS

STATE OF __CALIFORNIA__
COUNTY OF __SANTA CLARA__

SWORN TO AND SUBSCRIBED
BEFORE ME, David Kahlen
the _23_ day of _May_ 2005

*Kal Kall*
Notary Public

My Commission
Expires: _May 4, 2008_

DAVID KAHLEN
Commission # 1487756
Notary Public — California
Santa Clara County
My Comm. Expires May 4, 2008

STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / SIMONTON

PETER LETTERESE AND                                )
ASSOCIATES, INC.,                                  )
a Florida corporation,                             )
                                                   )
            Plaintiff,                             )
                                                   )
    vs.                                            )
                                                   )
WORLD INSTITUTE OF SCIENTOLOGY                      )
ENTERPRISES INTERNATIONAL, INC., RELIGIOUS         )
TECHNOLOGY CENTER, INC., CHURCH OF                 )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE        )
PUBLICATIONS INCORPORATED, all California          )
corporations, CHURCH OF SCIENTOLOGY FLAG           )
SERVICE ORGANIZATION, a Florida corporation, NEW   )
ERA PUBLICATIONS INTERNATIONAL, a foreign          )
corporation, CHURCH OF SCIENTOLOGY, MISSION        )
OF FORT LAUDERDALE, INC., AND CHURCH OF            )
SCIENTOLOGY OF FLORIDA, both Florida corporations, )
and DOES 1-3200,                                   )
                                                   )
            Defendants.                            )
                                                   )

## **AFFIDAVIT OF DAVID W. WINN II, D.D.S.**

BEFORE ME the undersigned official appeared DAVID W. WINN II, D.D.S.

who, being duly sworn, deposes and says:

1.      I am a dentist licensed to practice in the State of Colorado, and

maintain a dentistry practice at 6475 Wall Street, Colorado Springs, Colorado 80918. I

have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I

could and would competently testify to the statements made herein, except where

statements are specifically identified as being made on information and belief, and if so, such statements are believed to be true based on such.

    2.       I am a client of Galileo Systems International, which provides consulting to my dental office in management of my practice.

    3.       On or about December 6, 2004, I received an unsolicited telephone call from an individual who identified himself as David Lubow, a private investigator. Mr. Lubow said he was investigating Mr. Peter Letterese on behalf of a number of dentists trying to address their complaints.

    4.       In response to my voiced concern about whether the telephone call was legitimate, Mr. Lubow invited me to check out his credentials. He asked me for my email address, which I gave to him. Sometime later that same day, I received an email communication, a copy of which is attached to this Affidavit as Exhibit A.

    FURTHER AFFIANT SAYETH NOT

<div align="right">

*David W Winn II*
David W. Winn II, D.D.S.

</div>

STATE OF COLORADO        )
                          ) ss.
COUNTY OF EL PASO     )

    Subscribed and sworn to before me this 24th day of _____, 2005 by David W. Winn II, D.D.S.

    Witness my hand and seal.

                                Notary Public
                                State of Colorado

DAWN CULBERTSON
NOTARY PUBLIC
STATE OF COLORADO
My Commission expires: 9/5/0_

My Commission Expires 09/05/2006

<div align="center">2</div>

## David Winn

**From:** Infosearch555@cs.com

**Sent:** Monday, December 06, 2004 6:04 PM

**To:** david.winn@laserdoc.com

**Subject:** Peter Letterese and SAVE programs

# CONFIDENTIALITY WARNING
# CONFIDENTIAL ATTORNEY CLIENT WORK PRODUCT

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or state law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email.*

To: DDS David Winn

Dear DDS Winn,

Thank you for talking with me today.

I am currently investigating Mr. Letterese and his businesses on behalf of dentists that have lost large sums of money in the Galileo and SAVE programs, along with assets research. I am also investigating certain copyright issues that Peter has been involved with for the past few years.

I have put together some basic questions to assist me in my investigation of Mr. Letterese. Please review these questions and answer whichever questions you feel comfortable with. All information you share or provide to me is strictly confidential. This will also assist me with reviewing your circumstances and provide you assistance if you choose. Feel free to call me or the attorneys listed below for more details.

Here are the contact details for the attorneys working with other dentists:
Robert Amidon
2550 N. Hollywood Way
Suite# 502
Burbank CA 91505
Office: 818-558-4444
Fax#: 818-558-4435
John Kent is an another attorney working with Mr. Amidon on the Letterese cases, he can be reached at: 818-565-3442.

Another attorney Firm in Florida working cases for dentists are:
Edwards & Angell Law Firm
One North Clematis Street
Suite 400
West Palm Beach FL 33401
Main office# 561-833-7700
website: www.edwardsangell.com

The main attorney working the case is Gary Woodfield, Phone#: 561-820-0258. His assistant attorney who handles most of the work is Antoinette Theodossakos, phone# 561-820-0280, email: atheodossakos@edwardsangell.com. Give her a call to discuss your case. I am sure they can help.

05/24/2005

**Thank you for your assistance. Please call, email or fax me with any questions you may have, along with a good time to call so we may discuss these issues.**

Sincerely,
David Lubow
Private Investigator
Phone: 866-641-8030, ext. 323
Direct fax #: 206-374-2444
Email: infosearch555@cs.com
Company name: Falcon Industries
WA. State PI License #: 1798 and 299-12
you can reach the state license board by calling 360-664-6611 or on the web at:
https://fortress.wa.gov/dol/dolprod/profquery/ and have my license verified.


Dentists Questions:

1. When did you first start with Letterese?

2. How did he contact you or where did you hear about him?

3. How much did you pay? (What were the dates for each time you paid and for what service?) What services were not delivered?

4. What did he promise you with regard to increasing your income or business?

5. Did he use other dentists to help sell the program to you? Who?

6. Were you aware that these dentists were working for Letterese and not just random satisfied customers?

7. Did he get you to take out a loan?

8. What company did he do this through? (Get the name and address and phone of the company if they have it.)

9. Was Peter or Barbara working directly with the loan company? Please provide specific details on their involvement.

10. Did they have you wire transfer funds? To what bank? Get the details.

11. Did they make any comments about not paying by check?

12. If you did SAVE how much of the program did you pay for and what of this was actually delivered?

13. What was your understanding about getting your money back?

14. When did you realize that you were being cheated / it was fraud/ etc.?

15. Did you ask for your money back? When?

16. If not why not?

17. If you did ask for your money back, what happened? (Give the dates.)

18. Did Letterese intimidate or threaten?

19. Do you still have your contracts? (If so, please copy and send them to me so I can review them)

20. Did you make any complaints to the FBI, local attorney general or the National White Collar Crime Center (NWC3), which is an agency that works with the FBI and others to combat internet fraud? If not, you should do so immediately. The website is located at: http://www.ic3.gov/

05/24/2005