UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61109-CIV-ZLOCH

PETER LETTERESE and
CREATIVE DESPERATION, INC.,

    Plaintiffs,

vs.                                                      **O R D E R**

CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC., et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. By <u>noon</u> on <u>Friday, August 15, 2008</u>, Plaintiffs shall comply with Local Rule 12.1 of the United States District Court for the Southern District of Florida and file a statement detailing the criteria set forth therein; and

    2. Upon the failure of Plaintiffs Peter Letterese and Creative Desperation, Inc. to abide by the terms and conditions of this Order, the Court shall dismiss the above-styled cause without prejudice and without further notice or hearing.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this  30th   day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record