UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CREATIVE DESPERATION INC.
EIN XX-XXX5610
    Debtor In Possession

Case No 08-19067 BKC JKO
Chapter 11

DEBTOR NOTICE OF FILING OF FEDERAL RICO COMPLAINT IN SUPPORT OF MOTION FOR CONTINUATION OF LEGAL PROCEEDINGS

CREATIVE DESPERATION INC. Debtor in Possession hereby files a copy of the Federal Rico complaint filed by Debtor in support of Debtor's Motion for Court Approval of Attorney to continue legal proceedings.

I hereby certify that a true and correct copy of the foregoing was sent by electronic mail this 19 day of July 2008 to the following:

U.S. Department of Justice
Office of the United States Trustee Suite 1204
51 S.W. First Avenue
Miami, FL  33130

Alan Pearlman Esq.
Adorno and Yoss PA
350 East Las Olas Blvd Suite 1700
Fort Lauderdale, FL  33301

                              CHARLES D. FRANKEN PA
                              Attorney for Debtor
                              8181 W. Broward Blvd Suite 360
                              Plantation, Fl 33324
                              Tel (954) 476-7200
                              Fax (954) 424-0297
                              e mail frankencdf@aol.com

By:_____
      CHARLES D. FRANKEN FBN 224251