IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 0.08-CV-61109 WJZ
JUDGE ZLOCH

CREATIVE DESPERATION INC. ET AL:

    Plaintiff(s),

vs.
CHURCH OF SCIENTOLOGY INTER-
NATIONAL ET AL

    Defendant(s).

PLAINTIFFS NOTICE OF FILING OF CIVIL RICO STATEMENT PER LOCAL RULE 12.1

    Plaintiffs CREATIVE DESPERATION INC. and PETER LETTERESE individually ("Plaintiffs") pursuant to Rule 12.1 of this Court's General Rules and this Court's orders extending the deadline until September 2, 2008, hereby files this Civil Rico 12.1 statement as attached.

    I hereby certify that a true and correct copy of the foregoing was sent by electronic filing this 1 day of September 2008 to:
Thomas Meeks Esq. by e mail
Simeon Brier Esq. by e mail

CHARLES D. FRANKEN PA
Attorney for Plaintiffs
8181 W. Broward Blvd
Suite 360
Plantation, Fl 33324
Tel (954) 476-7200
Fax (954) 424-0297

By: _____
CHARLES D. FRANKEN FBN 224251