# Civil RICO Statement

## Per Local Rule 12.1

**CASE NO: CIV
08-61109-Zloch-Snow**

Plaintiffs reserve the right to amend
this Civil RICO Statement as
discovery is obtained in this case ...

1.   State[i] whether
the alleged unlawful conduct is in violation of
18 U.S.C. §§ 1962 …(a) ) [ii] [iii],  (b) ) [iv] [v],  (c), and/or (d
or
§§ 772.101 … (1) [vi] [vii](,  (2), (3) and/or (4), Fla.Stat.
    If you allege violations of more than one subsection of  § 1962 or § 772.103[viii],,
(each must be treated or should be pled as a separate RICO claim.)

| ALLEGED UNLAWFUL CONDUCT | 18 U.S.C. §§ 1962 …(a), | 18 U.S.C. §§ 1962 …(b), | 18 U.S.C. §§ 1962 …(c), | 18 U.S.C. §§ 1962 …(d), | §§ 772.101(1) | §§ 772.101(2) | §§ 772.101(3) | §§ 772.101(4) |
|---|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date … The economic and personal attack actions detailed in this Complaint worked to deconstruct and cripple the income and cash flow of Plaintiff PLA . from a $2 million per year and growing company in the late 90's and early 00's, | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date … Numerous internal and external group(s) of co-conspirators listed in this complaint were repeatedly, sequentially and at times simultaneously recruited and deployed by and controlled ultimately, upon information and belief, including at the top, Defendants Tom Cruise and David Miscavige. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date … Co-conspirators were recruited and deployed directly and others through "cutouts"[1] into participating in no fewer than ten (10) separate, economic- | yes | yes | yes | no | no | no | no | no |

---

[1] Def. **cutout … slang. a trusted intermediary between two espionage agents or agencies. *[Random House Unabridged Dictionary]* …  [For example, Defendants Bonsett & Howard were unlikely to have known that Thomas Griffin's "client" was The International Scientology Crime Syndicate.] Similar to Watergate, where operatives reporting through *cutouts*, to ultimately no less than the U.S. Attorney General, John Mitchell (ultimately jailed over Watergate) and Secretary of Commerce Maurice Stans, were probably unknown "by name" per se, to either Mitchell or Stans on the day of the break-in,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| reputation-personal attack campaigns[2] to try to do everything imaginable and unimaginable to destroy Plaintiffs reputation and economic survival once and for all, so as to inherit the rights to the Les Dane "BOOK"[3] and rob both the Plaintiffs and by contract, the Dane Estate of the rightful income stream that would come from the payment of royalties | | | | | | | |
| Upon information and belief ... Defendant Bridge allegedly (but | yes | yes | yes | no | no | no | no | no |

[2] The nature of the attack campaign events listed herein, was in fact a cohesive, de facto and 100% intentional conspiracy to destroy the Plaintiffs. Drawing upon his probable access to the protocols of Naval Intelligence when in the Navy, Hubbard, in the late 1960's-early1970's invented and formed a well-evolved international system of counter-action against any and all real or imagined Defendant Syndicate "enemies" (first headquartered in England but later, when its name changed, it was and has been run from Los Angeles and Hemet, California).  The organizational hub for this counter-action protocol was made famous in the late 70's during the U.S. Government's case against what was originally called, the Scientology's *Guardian's Office*.  This Scientology Guardian's Office operatives list included Defendant Attorney Kendrick Moxon, Scientology's Lead Counsel for over 15 years to the present, and its apparent *"Conspiracy Quarterback"* in the instant matter (thus a Defendant here) and a former un-indicted co-conspirator in the U.S. Government case against *Mrs.* Hubbard, which resulted in her going to jail. This Guardian's Office was allegedly disbanded in the early 80's after the U.S. Government successfully prosecuted Hubbard's wife and half a dozen Scientology "guardians" for infiltrating U.S. government offices trying to acquire files related to the Syndicate. This Guardian's Office, instead of disappearing (just as the successor *"Russian Security Ministry"* survived the "demise" of the Soviet KGB),  a successor to the Syndicate's Office also survived under the new name of CSI's International "Office of Special Affairs". Its continuing mission was and is to intensify and refine the standard policy and protocol of black bag tricks and operations against any and all presumed enemies.  Given this history, and upon information and belief, this Office of Special Affairs was the tactical arm, which ordered, coordinated and deployed the various economic, reputation and personal attacks listed within this Complaint. Documentation of these events is in the possession of Plaintiffs.

[3] "Scientology (religious) dogma" and its income imperatives came together over a single, seemingly innocuous book about (mostly retail) *sales closing* techniques.  "THE BOOK" was written by non-Defendant-Syndicate-connected author, Leslie Achilles Dane in 1971.  "THE Book's use was "*spiritually" & financially mandated* by Hubbard in almost annually published or re-published "*organizational technical bulletins"* and "*policy letters*" [sic] beginning in 1971.  "THE Book's use was reinforced virtually every single year thereafter by Hubbard in writing. Surrogates within the Defendant Syndicate, until his death in 1986, applied it for use in every nook and cranny of The International Scientology Crime Syndicate  Business Superstructure to facilitate the Defendant Syndicate's so often touted *"taking of the planet"*.  "THE BOOK", under Hubbard's mandate became a kind of talisman, (token, charm, amulet, a "management obsession").  It was and continues to be used in no fewer than 26 separate mandatory organizational training courses for staff and a comparable amount for non-staff "parishioners"; a binding financial "glue" used to guarantee the Scientology "mission to take over the world" – all attributed to A SIMPLE, UNAFFECTED BOOK BY AVERAGE-AMERICAN, NON-SCIENTOLOGIST, LES Dane's "BOOK" ENTITLED *BIG LEAGUE SALES-CLOSING TECHNIQUES*.  "THE BOOK".  It became so important to the Scientology conspirators and co-conspirators listed, that by 2006-2007, they had (claimed in court papers to have) spent in excess of $1.3 million (the amount they have admitted; the true figure is probably triple that) to wrest this book from the hands of the Plaintiffs and had yet continually failed.  Control of the rights to "THE BOOK" by the Plaintiffs, once acquired in 1994, was intolerable to The International Scientology Crime Syndicate.  With each failure to destroy the Plaintiffs came a new and more intensified (if necessarily better masked) conspiracy campaign phase. Until the actions depicted on the chart on page 32 following became an accurate, operational reality.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| actually via one or more operatives working for The International Scientology Crime Syndicate – including Bridge, SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS)) secretly from Plaintiffs approached Les Dane's widow and other Dane family members to try to obtain for Defendant Syndicate rights in "THE BOOK" in derogation of the Dane family's exclusive license with Plaintiff,. | | | | | | | |
| Based upon discovery and information obtained to date … As part of the conspiracy to interfere with contractual rights of PL&A in or about 2000 THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE through an attorney from New York (Defendants , Daniel Dashman and William Hart of Proskauer Rose) as the agent of Defendant THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE (including Bridge, SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS) contacted the Dane Family lawyers and offered to break up the contract between Plaintiffs and the Dane Family. | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … Defendant CSI however, refused to have anyone other than their counsel David Schindler, esq., sign the agreement or confirm the agreement and fraudulently asserted that it was binding on all "Scientology-connected" entities Defendant Does 1-700 in that lawsuit. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date … Defendants Syndicate and other defendants including but not limited to the Defendants, Moxon and Kobrin and… *(beginning in 2000 marked by* | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *correspondence showing refusal to answer Any QUESTIONS ABOUT Syndicate's planned use of "BOOK", while campaign being mounted to destroy PLA-CDI & Letterese personally)* ... and its principals Kendrick Moxon and Helena Kobrin (Defendants agents attorneys) took repeated actions as part of an ongoing conspiracy to defame the Plaintiffs outside of the Court setting, and to interfere with and destroy Plaintiff PL&A contracts and business relations and prospective business advantage, to breach the February 27, 2004 agreement, so as to advance the various businesses[4] of all of the co-conspirators, such as the businesses of Defendant set forth below and to unjustly enrich THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE (including SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS) including Defendant Bridge by attempting to obtain the rights to the "THE BOOK" book by literally bankrupting PL&A and/or PETER LETTERESE and/or by other means. | | | | | | | |
| To the best of Plaintiffs knowledge and understanding ... Defendants CSI and the other Syndicate copyright infringement Defendants) and continuing to this day Defendant, Craig Ryan, a covert agent for THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE (including Bridge, | yes | yes | yes | no | no | no | no | no |

[4] The various Defendant Syndicate "churches" in the United States, are upon information and belief, pseudo (and unlicensed) psychological counseling and counselor-training centers, absent individuals anywhere on staff with psychology degrees, let alone advanced degrees in counseling, etc.  The named organizations of Defendants includes the names of key Defendant Syndicate "churches"/businesses.  Additionally, despite Defendant Syndicate's acquisition of "religious" status compliments of an IRS Tax Exemption granted in 1993, upon information and belief it was obtained by placing the IRS under duress via The International Scientology Crime Syndicate's extant-at-the-time, 200 lawsuits against the IRS, which were "dropped in exchange for" their tax exemption.  Upon information and belief, the criminal acts specified in Plaintiffs' Federal RICO claim ABOVE APPLY TO EVERY Scientology-connected organization in the USA who benefited from the acts of supervising "senior" corporations which were and are nevertheless legally separate, which once they are found to have violated the non-profit corporation statute (by virtue of the criminal acts outlined in this complaint, suggests that according to law, their non-profit status, quite in addition to how it may have been obtained, would be null and void.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS) posted a defamatory and false alert on DentalTown.com (WHO VIA ITS OWNER/OPERATOR Howard Farran, carried on the defamation for most of a year) (the primary internet site in the dental field where the Plaintiffs have operated dating back to 1989) referred readers to a "dentistry alert" website that "Cartmier" a/k/a Craig Ryan claimed to have "found" (which in fact, he conspired along with other defendants to promote, so as to financially and reputation destroy Plaintiffs). And, as a result of these false, false light and intended-to-destroy-plaintiffs' misrepresentations about the Plaintiffs' operations in the Dental field and the character of its CEO and Founder allegations in this internet site Plaintiffs were damaged (as set forth in the very same Exhibit ___ below) at the site of a class sponsored under the trademark name, SAVE! International, which is a d/b/a of PL&A. | | | | | | | |
| In the summer of 2004 Defendant THE INTERNATIONAL (including Bridge, SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS) CRIME SYNDICATE through Defendant Syndicate, conspired with and used, private investigators Thomas Griffin (deceased as of Nov 2004), via Ryan Samuel Bonsett (a/k/a Sam Bonsett) and Defendant William Richard Howard (a/k/a Dick Howard) to set up the aforementioned website having, over time multiple Internet domain names, always including the words "Dentistry Alert." (Plaintiffs reserve the right to amend this Civil RICO Statement as discovery is obtained in this case …) | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date …Thomas Griffin and his wife, Anne Marie, via his company Defendant Economic Research Group of Fla., associated with Economic Research Group of NY (which upon information and belief, pointedly and specifically sent Thomas Griffin to Florida at the behest of The International (including Bridge, SMI, OSA Int and WISE, Flag, Cos Ft. Lauderdale, Cos Florida, et al => ALL SCIENTOLOGY-NAMED AND "SUPERVISED" DEFENDANTS) Crime Syndicate for the purpose of *"getting something on Letterese"*, even manufacturing that "something" if need be); hired defendant, Private Investigator Defendant, William Richard Howard to disseminate false and defamatory information about Plaintiffs on this DentistryAlert.org web site so as to pressure negotiations between Plaintiffs and Defendant Syndicate with regard to Scientology's worldwide use of the primary asset of the Les Dane Estate, the Les Dane 1971-authored book, originally *"Effective …"* (renamed by Parker Publishing, *"Big League …"* (later renamed again by sequential owner, Simon & Shuster via its Prentice hall subsidiary) *"Sure-Fire" Sales-Closing Techniques*). | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … As part of the conspiracy to defame Plaintiffs, THE DEFENDANT INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE via Defendant CSI and Moxon & Kobrin, the Firm and the Lawyers Individually, Atty Paquette, and then, through a long time private investigator of Scientology, Defendant Ingram, conspired with and contacted an individual referring to himself under the online name of "Copernicus" (upon information and belief Dentist, Michael Maroon DDS of Connecticut) and others to post anti PL&A and anti Letterese | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| material on the internet and specifically and on DentalTown.com, a popular dentist forum owned by HOWARD FARRAN. Some of the postings by Copernicus referred to Letterese as a "scumbag". In addition, on information and belief THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE VIA CSI conspired with "Cartmier" a/k/a Cartmier@aol.com a/k/a "John Mier" real name Defendant Craig Ryan. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon … was part of the conspiracy to obtain dentist clients and former clients of Letterese to bring suit against Letterese using an arcane and known to be inapplicable law, the Seller Assisted Marketing Plan Act in the Civil Code in California | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with Ava Paquette with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield … Amidon in 2004 and 2005, posted and had posted for him on the internet, including at DentalTown.com owned by HOWARD FARRAN, a willing co-conspirator and various other web sites, such as Yahoo!, disparaging matter against PL&A/Letterese/Galileo, and some of the posts pretending that there was a class action against Letterese/PL&A/Galileo when in fact there was none, and purporting to act on behalf of a dentist client, when in fact he was acting on behalf of Scientology | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon … In late 2005, Amidon assisted Scientology in trying to cover up Scientology's investigator having contacted PL&A's copyright counsel's (David Hoffman's) wife at home to disparage Letterese/PL&A/Galileo, by falsely claiming that there was a homosexual affair between Hoffman and Letterese, and by other disparaging remarks; | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon … As part of the pretense and cover up of the contact with Hoffman's wife, Amidon provided to Scientology's copyright lawyers, Nachwalter and Meeks (representing all 3200 Does, all Scientology Named Defendants which they disseminated), email correspondence that Amidon had with Hoffman's wife, about Letterese, even though Amidon had promised confidentiality to those that contact him from his internet postings about Letterese. Thus, Amidon's internet postings claiming to look for witnesses and claiming that he would keep it confidential were false. Further, Amidon divulged Mrs. Hoffman's contacts with him, even though Mrs. Hoffman indicated that she was seeking Amidon's help. | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon, Simeon | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield …The persons who posted on DentalTown (owned by HOWARD FARRAN, a willing co-conspirator) e.g., in December 2004 and the fall and winter of 2004-2005, indicated that Amidon should be contacted, including "Copernicus" whose entry was fraudulent as it indicated he was located in Frombork, Poland and other false information, while he was in fact in Connecticut, and Cartmier who also indicated that Amidon should be contacted. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon … Amidon in about late 2004, was provided Eugene Baldwin a dentist in the PL&A/Letterese Galileo program from Norman Taylor to represent Baldwin, purportedly on behalf of Baldwin, but Amidon was really acting on behalf of scientology. Upon information and belief … Amidon never disclosed that to Baldwin. | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram worked in conspiracy with Robert B. Amidon … Anne Marie Griffin & Economic Research Group of Florida as a team is believed to have acted with Thomas Griffin, and also returned the documents used to create the dentistryalert web site to the Church of Scientology crime syndicate. | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin via David Schindler & Latham & Watkins as follows: February 27, 2004 agreement, in the form of a 2 page letter signed by PL&A counsel and by David Schindler, Esq., purported counsel for Scientology, prohibited Scientology from public comment about Peter Letterese, PL&A and all associated people and businesses, and prohibited Scientology from approaching the Les Dane family, among other things. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin via Thomas Meeks & Zuckerman Spaeder, Michael Nachwalter & Kenny Nachwalter (representing among them ALL OF THE NAMED SCIENTOLOGY DEFENDANTS) In or about the fall and winter of 2004/05, she is believed to have returned the documents used to create the dentistryalert web site to the Intl Scientology Crime Syndicate in CoS Ft. Lauderdale and CoS Miami, FL. Specifically, she is believed to have met with attorneys for CSI, BRIDGE, WISE, CS Flag, CoS Florida, CST, RTC, SMI, CS Mission Ft. Lauderdale, including Thomas Meeks, and attorneys from the firm of Kenny Nachwalter including or acting at the direction of Michael Nachwalter at their offices in Miami, FL to return the documents used for the web site and to debrief those attorneys on PL&A and Letterese for the purposes of the copyright case, PL&A v WISE et al, CV04-61178 in the Southern District of Florida. | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Anne Marie Griffin, along with her counsel Steven Samilow (of Ft Lauderdale, FL) believed to have conspired to hide the whereabouts of the documents used to create the dentistryalert.org web site | | | | | | | |
| Based upon discovery and information obtained to date …Economic Research Group, Inc. (FL corp) (ERG) acting through its President and/or officer Thomas Griffin hired INSTANT DATA RESEARCH, represented by Steven Samilow who knew of and contributed to its RICO violations, acting through its President/officer William Richard Howard aka Dick Howard acted in or about the summer of 2004 to work for and with Economic Research Group, Inc. (ERG) (acting through its President and/or other officer, Thomas Griffin) to create a web site at www.dentistryalert.org and similar names to help economically destroy, intimidate, and economically extort Peter D. Letterese, Peter Letterese And Associates, Inc. (PL&A), [and others associated with him, such as Richard Marcus, attorney for Peter Letterese, Thomas Karas, DDS, a business associate, the Dane family (owners of the rights in Les Dane's books, including Big League Sales Closing Techniques) and others] In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site; | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date …In or about June and July 2004, Instant Data Research agreed to register and create or build at least part of a web site; | yes | yes | yes | yes | no | no | yes | yes |
| Based upon discovery and information obtained to date … In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield … and Craig J. Ryan who is believed to be a Scientologist and in any event was responsible for various postings on DentalTown.com as "Cartmier" and email to St. Francis Cabrini church to try to sabotage a SAVE! Program put on by Randall Lafrom, a SAVE client of Letterese/Karas and also put on by Lafrom's wife, Lisa Lafrom. On or about Sept. 9, 2004, CARTMIER/Ryan, who had created an AOL account of Cartmier@aol.com, posted on DentalTown.com pretending to have just come across the DentistryAlert web site, and posted an address for the site. Cartmier/RYAN, in the fall and winter of 2004/05 to at least about Spring 2005, made numerous postings on DentalTown.com to destroy Letterese, PL&A and those associated with him In or about January 2005, One or more of the DentalTown postings by Cartmier/Ryan falsely claimed that there was a class action suit against | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letterese/PL&A/Galileo NOTE: affects all same victims as victims of the DentistryAlert web site, because it posted link to that site on DentalTown. In or about November 2004, Cartmier/Ryan used the AOL account email address of Cartmier@aol.com to send a false email message to the receptionist, Jean O'Connell, at St. Francis Cabrini Church, where a SAVE! Program was being put on by Lafrom and his wife.  The message pretended that Ryan was named "John Mier" and that he had a friend whose daughter was enrolled in the SAVE class, and that the friend pulled the daughter from the class upon finding this information.    Further, Ryan pretended to have received the information from the friend, and the information was attached in the form of a Microsoft WORD® file that contained some of the same "dirt" on Letterese and PL&A that was on the dentistryalert web site.    Ryan further pretended that he had personal experience with Letterese, and that the information was "accurate." | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield … 28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4) DentalTown.com, LLC (acting through its President and/or officer Howard Farran, and/or Michael Maroon a moderator on DentalTown): Maroon, who had previously signed up on DentalTown as "Copernicus" to try to bash | yes | yes | yes | yes | no | no | yes | yes |

Letterese/PL&A/Galileo, in the late summer and fall of 2004 posted on DentalTown disparaging remarks concerning Letterese, PL&A and Galileo; Maroon/Copernicus also posted on DentalTown in the fall of 2004 about a purported class action which never existed against PL&A/Letterese/Galileo

Maroon also continued posting as "Copernicus" into 2005 disparaging Letterese/PL&A/Galileo

"Copernicus" entry was fraudulent as it indicated he was located in Frombork, Poland and other false information, while he was in fact in Connecticut

On December 13, 2004 or about, Maroon/Copernicus posted a note to "dentists" telling them that in California there was a California Civil Code law titled Seller Assisted Marketing Plan Act. However, the law was known to really have no applicability to PL&A/Galileo/Letterese. The post advised dentists in CA to contact Norman Taylor, an attorney in Glendale, CA, to take action against Letterese/Galileo/PL&A or to contact their own state's attorney general.

In about the winter of 2005/2006, Maroon, after having been found out to have the same IP address as "Copernicus," claimed that someone stole his IP address, and reported same, through his counsel, to the FBI in Connecticut, a false report

On or about Sept. 9, 2004, CARTMIER/Ryan, who had created an AOL account of Cartmier@aol.com, posted on DentalTown.com pretending to have just come across the DentistryAlert web site, and posted an address for the site.

Cartmier/RYAN, in the fall and winter of 2004/05 to at least about Spring 2005, made numerous postings on DentalTown.com to destroy Letterese, PL&A and those associated with him. Some of

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| these postings listed Robert Amidon, an attorney in Burbank, CA, to contact regarding lawsuits against PL&A/Letterese/Galileo<br>In or about January 2005, One or more of the DentalTown postings by Cartmier/Ryan falsely claimed that there was a class action suit against Letterese/PL&A/Galileo<br>NOTE: affects all same victims as victims of the DentistryAlert web site, because it posted link to that site on DentalTown.<br>DentalTown/Farran knew that these postings violated DentalTown policy and were otherwise improper but kept them on the site to disparage PL&A/Letterese<br>Maroon received information for his postings from Eugene Ingram, known to be a long time private investigator for Scientology, and acting at the behest of CSI, BRIDGE, WISE, CS Flag, CS Florida, CST, RTC, SMI, CS Mission Ft. Lauderdale.<br>**At least by 2005, Farran knew that Maroon, his DentalTown moderator, was Copernicus and/or assisted Scientology in stealing Maroon's IP address and thus Farran was Copernicus, and/or Farran and Maroon acted as Copernicus** | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield …<br>28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)<br>Instant Data Research;<br>INSTANT DATA RESEARCH, acting through its President/officer William Richard Howard aka Dick Howard acted in or about the | yes | yes | yes | yes | no | no | yes | yes |

summer of 2004 to work for and with Economic Research Group, Inc. (ERG) (acting through its President and/or other officer, Thomas Griffin) to create a web site at www.dentistryalert.org and similar names to help economically destroy, intimidate, and economically extort Peter D. Letterese, Peter Letterese And Associates, Inc. (PL&A), [and others associated with him, such as Richard Marcus, attorney for Peter Letterese, Thomas Karas, DDS, a business associate, the Dane family (owners of the rights in Les Dane's books, including Big League Sales Closing Techniques) and others]

In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site;

In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.

INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard

Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall

of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com

Ryan Samuel Bonsett
In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site;
In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.
INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard
Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to | yes | yes | yes | yes | no | no | yes | yes |

the 10 relevant conspiracies by the 4 RICO Enterprises), directed ... Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield ...

28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)

Howard Farran is President and/or officer of DentalTown.com, LLC:

Maroon, who had previously signed up on DentalTown as "Copernicus" to try to bash Letterese/PL&A/Galileo, in the late summer and fall of 2004 posted on DentalTown disparaging remarks concerning Letterese, PL&A and Galileo;

Maroon/Copernicus also posted on DentalTown in the fall of 2004 about a purported class action which never existed against PL&A/Letterese/Galileo

Maroon also continued posting as "Copernicus" into 2005 disparaging Letterese/PL&A/Galileo

"Copernicus" entry was fraudulent as it indicated he was located in Frombork, Poland and other false information, while he was in fact in Connecticut

On December 13, 2004 or about, Maroon/Copernicus posted a note to "dentists" telling them that in California there was a California Civil Code law titled Seller Assisted Marketing Plan Act. However, the law was known to really have no applicability to PL&A/Galileo/Letterese. The post advised dentists in CA to contact Norman Taylor, an attorney in Glendale, CA, to take action against Letterese/Galileo/PL&A or to contact their own state's attorney general.

In about the winter of 2005/2006, Maroon, after having been found out to have the same IP address as "Copernicus," claimed that someone stole his IP address,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| and reported same, through his counsel, to the FBI in Connecticut, a false report<br>On or about Sept. 9, 2004, CARTMIER/Ryan, who had created an AOL account of Cartmier@aol.com, posted on DentalTown.com pretending to have just come across the DentistryAlert web site, and posted an address for the site.<br>Cartmier/RYAN, in the fall and winter of 2004/05 to at least about Spring 2005, made numerous postings on DentalTown.com to destroy Letterese, PL&A and those associated with him.  Some of these postings listed Robert Amidon, an attorney in Burbank, CA, to contact regarding lawsuits against PL&A/Letterese/Galileo<br>In or about January 2005, One or more of the DentalTown postings by Cartmier/Ryan falsely claimed that there was a class action suit against Letterese/PL&A/Galileo<br>NOTE: affects all same victims as victims of the DentistryAlert web site, because it posted link to that site on DentalTown.<br>DentalTown/Farran knew that these postings violated DentalTown policy and were otherwise improper but kept them on the site to disparage PL&A/Letterese<br>Maroon received information for his postings from Eugene Ingram, known to be a long time private investigator for Scientology, and acting at the behest of CSI, BRIDGE, WISE, CS Flag, CS Florida, CST, RTC, SMI, and CoS Mission Ft. Lauderdale.<br>**At least by 2005, Farran knew that Maroon, his DentalTown moderator, was Copernicus and/or assisted Scientology in stealing Maroon's IP address and thus Farran was Copernicus, and/or Farran and Maroon acted as Copernicus** | | | | | | | |
| Economic Research Group NY sponsored and deployed Thomas Griffin to Florida on behalf of Intl Scientology Crime Syndicate and is complicit in all of ECONOMIC RESEARCH | yes | yes | yes | yes | no | no | yes | yes |

| GROUP FL Florida's actions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield … Eugene Ingram of Ingram Detectives (La Crescenta, CA) 28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4) Eugene Ingram was part of the conspiracy to obtain dentist clients and former clients of Letterese to bring suit against Letterese using an arcane and known to be inapplicable law, the Seller Assisted Marketing Plan Act in the Civil Code in California. Ingram was also part of the conspiracy to defame Letterese/PL&A/Galileo on the internet, and in particular on DentalTown.com. In 2004 and 2005, Ingram contacted and emailed Maroon/Copernicus with material defaming Letterese to put on DentalTown.com. In 2004, at least one of the emails purported that there was a class action against PL&A/Letterese/Galileo, which class action never existed. In or about December 2004 and January 2005, at about 4am in the morning, it is believed that Ingram followed PL&A copyright attorney David Hoffman home to intimidate him and stop him from representing Letterese/PL&A. When Mr. Hoffman got out of the car, Ingram drove down the street at an excessive rate and stopped adjacent Hoffman to scare him. Ingram then repeated the same actions. In 2004 and 2005, Ingram obtained dentists names and contact information that were clients of | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letterese/PL&A/Galileo, and purported to be acting on behalf of other dentists, but in fact was always acting on behalf of Scientology entities, CSI, BRIDGE, WISE, CS Flag, CS Florida, CST, RTC, SMI, and CoS Mission Ft. Lauderdale. | | | | | | | | |
| Instant Data Research Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield … Instant Data Research, Inc. (INSTANT DATA RESEARCH) (FL corp.) 28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4) INSTANT DATA RESEARCH; INSTANT DATA RESEARCH, acting through its President/officer William Richard Howard aka Dick Howard acted in or about the summer of 2004 to work for and with Economic Research Group, Inc. (ERG) (acting through its President and/or other officer, Thomas Griffin) to create a web site at www.dentistryalert.org and similar names to help economically destroy, intimidate, and economically extort Peter D. Letterese, Peter Letterese And Associates, Inc. (PL&A), [and others associated with him, such as Richard Marcus, attorney for Peter Letterese, Thomas Karas, DDS, a business associate, the Dane family (owners of the rights in Les Dane's books, including Big League Sales Closing Techniques) and others] In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site; | yes | yes | yes | yes | no | no | yes | yes |

In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.

INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard

Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com

Ryan Samuel Bonsett
In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site; In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.<br>INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard<br>Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com | | | | | | | | |
| LeBeau Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield …<br> David Lebeau aka David Lubow (unknown whereabouts, possibly Colorado or Utah)<br> 28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)<br>David Lebeau aka David Lubow was part of the conspiracy to obtain dentist clients and former clients of Letterese to bring suit against Letterese using an arcane and known to be inapplicable law, the Seller Assisted Marketing Plan Act in the Civil Code in California. | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| In late September 2004, David Lebeau contacted L. Scott Body at his home in or near Castle Rock, Colorado and falsely claimed to be representing other clients (dentists) of Letterese/PL&A's Galileo (GSI) program.  He expressed concerns about these dentists' experiences with Letterese and his associates.<br>On or about August 12, 2004, David Lebeau aka David Lubow called Dwight M. Tryon, DDS, a client of Letterese/PL&A's Galileo program.  Lubow thereafter met with Tryon in Tryon's office, and gave Tryon Norman Taylor's business card.  On Sept. 24, 2004, Lubow then met with Tryon again.  Lebeau falsely claimed to be acting on behalf of other dentists, but he in fact was working for Scientology. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield …<br> Michael Maroon – Connecticut<br><br> 28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)<br>Michael Maroon is a moderator on DentalTown and is part of the DentalTown and DentistryAlert portion of the conspiracy.<br>Maroon, who had previously signed up on DentalTown as "Copernicus" to try to bash Letterese/PL&A/Galileo, in the late summer and fall of 2004 posted on DentalTown disparaging remarks concerning Letterese, PL&A and Galileo; Maroon/Copernicus also posted on DentalTown in the | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| fall of 2004 about a purported class action which never existed against PL&A/Letterese/Galileo Maroon also continued posting as "Copernicus" into 2005 disparaging Letterese/PL&A/Galileo "Copernicus" entry was fraudulent as it indicated he was located in Frombork, Poland and other false information, while he was in fact in Connecticut On December 13, 2004 or about, Maroon/Copernicus posted a note to "dentists" telling them that in California there was a California Civil Code law titled Seller Assisted Marketing Plan Act. However, the law was known to really have no applicability to PL&A/Galileo/Letterese. The post advised dentists in CA to contact Norman Taylor, an attorney in Glendale, CA, to take action against Letterese/Galileo/PL&A or to contact their own state's attorney general. In about the winter of 2005/2006, Maroon, after having been found out to have the same IP address as "Copernicus," claimed that someone stole his IP address, and reported same, through his counsel, to the FBI in Connecticut, a false report Maroon received information for his postings from Eugene Ingram, known to be a long time private investigator for Scientology, and acting at the behest of CSI, BRIDGE, WISE, CS Flag, CS Florida, CST, RTC, SMI, and CoS Mission Ft. Lauderdale. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Robert B. Amidon, Simeon | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield …<br><br>Ryan Samuel Bonsett aka Sam Bonsett (non-Defendant)<br>28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)<br>Ryan Samuel Bonsett aka Sam Bonsett;<br>INSTANT DATA RESEARCH, acting through its President/officer William Richard Howard aka Dick Howard acted in or about the summer of 2004 to work for and with Economic Research Group, Inc. (ERG) (acting through its President and/or other officer, Thomas Griffin) to create a web site at www.dentistryalert.org and similar names to help economically destroy, intimidate, and economically extort Peter D. Letterese, Peter Letterese And Associates, Inc. (PL&A), [and others associated with him, such as Richard Marcus, attorney for Peter Letterese, Thomas Karas, DDS, a business associate, the Dane family (owners of the rights in Les Dane's books, including Big League Sales Closing Techniques) and others]<br>In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site;<br>In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.<br>INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about | | | | | | | | |

July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard

Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com

Ryan Samuel Bonsett
In or about June and July 2004, INSTANT DATA RESEARCH agreed to register and create or build at least part of a web site; In or about June and July 2004, INSTANT DATA RESEARCH working through Howard and Ryan Samuel Bonsett registered at least three domain names including www.dentistryalert.com, www.dentistryalert.net, and www.dentistryalert.org, to appear as "official" sites, and to contain hundreds of pages of "dirt" on Letterese, PL&A, Marcus, the Dane family, and others, to economically pressure them, as part of an overall scheme of CSI, BRIDGE, WISE, CS Flag, CS Florida, CS Mission Ft. Lauderdale, SMI, RTC and CST to tamper with witnesses and victims.
INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard
Through ECONOMIC RESEARCH GROUP FL and Griffin,

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ultimately that summer and fall of 2004, domain names were registered and site was launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, www.dentistryalert.f2g.com | | | | | | | | |
| Norman F. Taylor, Esq. (Glendale, CA) Based upon discovery and information obtained to date ...David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed ... Kendrick Moxon, Helena Kobrin, with and/or via Eugene Ingram & David LeBeau worked in conspiracy with Norman Taylor, Robert B. Amidon, Simeon Brier, Edwards & Angell, Annette Theodossakos & Gary Woodfield ...  28 USC 1962(c) and 1962(d), FLS 772.103(3), 772.103(4)  Norman F. Taylor, Esq. was part of the conspiracy to obtain dentist clients and former clients of Letterese to bring suit against Letterese using an arcane and known to be inapplicable law, the Seller Assisted Marketing Plan Act in the Civil Code in California. Norman F. Taylor is a scientologist. Taylor in 2004 and 2005, had Maroon/Copernicus and Ryan/Cartmier post for him on the internet, including at DentalTown.com disparaging matter against PL&A/Letterese/Galileo, and some of the posts pretending that there was a class action against Letterese/PL&A/Galileo when in fact there was none, and purporting to act on behalf of a dentist client, when in fact he was acting on behalf of Scientology In Sept. 2004, Taylor sent a false complaint about Letterese/PL&A/Galileo to the Attorney General of California, in that it accused Letterese/PL&A/Galileo of | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| violations of an arcane law, the Seller Assisted Marketing Plan Act of the civil code, yet was known to be inapplicable.<br>Taylor also believed to have provided Craig Ryan the Microsoft Word® file that was sent by Ryan/Cartmier@aol.com to the St. Francis Cabrini church in California in or about November 2004<br>On or about August 12, 2004, David Lebeau aka David Lubow called Dwight M. Tryon, DDS, a client of Letterese/PL&A's Galileo program. Lubow thereafter met with Tryon in Tryon's office, and gave Tryon Norman Taylor's business card. On Sept. 24, 2004, Lubow then met with Tryon again. Taylor falsely claimed to be acting on behalf of other dentists, but he in fact was working for Scientology and did not disclose to Tryon that he was a Scientologist and that he was acting on behalf of Scientology. | | | | | | | |
| Based upon discovery and information obtained to date …<br>Barely after having "resigned 'General Counsel'<br>from PLA-CDI", Scientologist Attorney<br>Daniel Dashman files a lawsuit against us the purpose of which is to<br>try to recover the rights to the Les<br>Dane book should he have won.<br>Instead we countersued him 4 times<br>and he begged us by August 1999 to<br>settle. In the eventual settlement<br>which occurred in January 2000,, he<br>relayed (around April 2000) the info<br>that Scientology had approached him<br>in November 1999 concerning the<br>rights to the Les Dane book and inadvertently turned over correspondence to us that proved Lisa Dashman his | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| wife had been planted into our company by Scientology. | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), Mike Elis … Fri 10/15/1999 Lisa Dashman (planted by Defendant Scientology Executive Mike Ellis in PLA-CDI by Scientology in 1996) fraudulently and surreptitiously provokes the Les Dane Estate to question whether PLA/CDI is paying royalties properly under the contract | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed Kendrick Moxon, Helena Kobrin… Wed 05/31/2000 Moxon lies in correspondence about having a "mere small interest" in a modest use of the Book - later he spends "over $1 mil and take countless measures to try to steal it outright including a proffered breach-inducing "contract" to the Les Dane Estate (covered elsewhere in these facts) | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane & OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed … Kendrick Moxon, Helena Kobrin via Thomas Meeks & Zuckerman Spaeder, Michael Nachwalter & Kenny Nachwalter ON BEHALF OF CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC., CHURCH OF SCIENTOLOGY MISSION OF FORT | yes | yes | yes | yes | no | no | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LAUDERDALE INC., CHURCH OF SCIENTOLOGY OF FLORIDA INC., CHURCH OF SPIRITUAL TECHNOLOGY INC.<br><br> -- Warren McShane & OSA Int was the supervising Executive (by telephone) who was controlling Helena Kobrin at the Federal Judge Ordered "Mediation" which Church of Scientology International, Inc. (LA, CA) and the 3200 Doe Copyright Case Defendants begged the Judge for which actually "stood-still" the Federal case – ALL OF WHICH WAS Upon information and belief ... A KNOWING SMOKESCREEN FOR A FULL FLEDGED ECONOMIC ATTACK AGAINST PLA-CDI SIMULTANEOUSLY ON THE INTERNET VIA DENTALTOWN AND HOWARD FARRAN AND BY WIRE FRAUD AND MAIL FRAUD DIRECT TO THE CLIENT OF PLA-CDI – SOLICITING THEM TO SUE – IN COOPERATION WITH ROBERT AMIDON, EDWARDS & ANGELL, SIMEON BRIER, ANNETTE THEODOSSAKOS, GARY WOODFIELD AND NORMAN TAYLOR, ALONG WITH WRONGDOER (NOT A DEFENDANT) RICHARD BALDWIN | | | | | | | | |
| Based upon discovery and information obtained to date ... INSTANT DATA RESEARCH by means of Bonsett shut down the domain names in or about July 2004 to help cover up the conspiracy and actions, at the direction of ECONOMIC RESEARCH GROUP FL through Griffin, because Griffin was concerned that Bonsett's credit card used to register the domain names could be traced to Bonsett, and thus to ERG, Griffin, INSTANT DATA RESEARCH and Howard<br>Through ECONOMIC RESEARCH GROUP FL and Griffin, ultimately that summer and fall of 2004, domain names were registered and site was created and launched at www.dentistryalert.f2g.org, www.dentistryalert.f2g.net, dentistryalert.f2g.com | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date … In 2004 or earlier, Economic Research Group FL also obtained documents, private letters from the Dane family, which were not released to the public, and such documents were placed on the dentistryalert web site | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendant John Arrastia is a resident of Miami-Dade County, Florida and is licensed to practice law in Florida and is an attorney representing the American Arbitration Association. John Arrastia along with the American Arbitration Association, has directly aided and abetted from Dec 2004 through to the present, other Defendants in this Complaint (Edwards & Angell, Simeon Brier, Annette Theodossakos, Gary Woodfield, Douglass Ness, Flora Ness, Marc Schwartz, Scott Brody, and indirectly aided Eugene Ingram, Robert Amidon, Norman Taylor and The International Scientology Crime Syndicate, when in fact AAA holds itself out as impartial in matters of arbitration. Both American Arbitration Association and Arrastia worked prejudicially with Edwards & Angell, Brier, Theodossakos and Woodfield to attempt to finish the job of destroying PLA-CDI. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Additionally, AAA | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| and Arrastia failed to comply with the orders of Judge Henning with respect to the null status of rogue arbitrations facilitated first by AAA and then defended disingenuously by Arrastia before Judges Henning, Carney and Eade as well as the Florida 4th District. Arrastia on behalf of AAA failed to act to end the false apparency that any judgments whatsoever could, post Judge Henning's rulings, exist between PLA-CDI and any Dentists, including Brody, Schwartz, Ness. | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendant American Arbitration Association is an arbitration entity having its primary place of business in New York, New York with offices in Atlanta, Georgia, and West Palm Beach, Florida Defendant AAA has participated in void arbitrations against Plaintiffs in Florida for which at least one Court has found to be contrary to Florida law. Defendant AAA has participated in the conspiracies against Plaintiffs and caused injury to Plaintiffs. These acts were further facilitated by Attorney John Arrastia. | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendants Simon Brier and Antoinette Theodossakos, attorneys with Defendant Edwards & Angell Law Firm at the request of THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE and/or its agents have worked with their | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| clients Defendants Ness, Schwartz, Brody and Clear and with the Defendants American Arbitration Association and various arbitrators to pursue bogus claims against Plaintiffs. | | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Throughout the arbitration and litigation process, Defendants Marc Schwarz, Douglas Ness and Scott Brody have worked together through their attorneys Defendants Edwards & Angell Law Firm, Theodossaskos and Brier to conspire with Defendants to ruin Plaintiffs.. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendant Douglas Ness is a resident of Alaska. He is a dentist and a former client of Plaintiff PLA and has at minimum, upon information and belief, conspired with Defendant Syndicate via Eugene Ingram and Dentaltown Website on the one hand and with the Law Firm of Edwards Angell Palmer & Dodge L P, in Broward County, Florida to defame and destroy Plaintiffs. This Defendant is a Co-Conspirator Who has played a part in Phases 6,7,8 & 9 of the Conspiracy (see Scientology Conspiracy Web chart p. 32 above).  This Defendant is a Member of this Complaint's RICO Beta Enterprise. Upon information and belief Defendant Douglas Ness has had all of his legal fees paid by Defendant Syndicate so that he | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| can be the front man against Plaintiffs where the avowed goal is to destroy Plaintiffs. Defendant Douglas Ness has filed claims in Florida against Plaintiffs and is subject to Florida jurisdiction. | | | | | | | |
| To the best of Plaintiffs knowledge and understanding … David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendant Flora Ness is a resident of Alaska.  She is the wife of Douglas Ness and has at minimum, upon information and belief, conspired with Defendants Scientology via Defendant Eugene Ingram and Dentaltown Website on the one hand and with the Defendant Law Firm of Edwards Angell Palmer & Dodge L L P, in Broward County, Florida to defame and destroy Plaintiffs.  This Defendant is a Co-Conspirator Who has played a part in Phases 6,7,8 & 9 of the Conspiracy (see Scientology Conspiracy Web chart p. 32 above).  This Defendant is a Member of this Complaint's RICO Beta Enterprise. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Defendant Ava Paquette is an attorney at the law firm of Moxon and Kobrin and resident of California, and in Summer of 2000, attempted in conversations and written correspondence with then Plaintiff -PLA then Attorney, Richard Marcus, to bribe Peter Letterese into "giving Scientology a favorable deal [*even if not necessarily in the bests interests of the Dane Estate*] by offering re-entry into | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scientology's good graces in exchange", Paquette's wrongful conduct to destroy Plaintiff continues. This Defendant is a Co-Conspirator Who has played a part in Phases 3-10 of the Conspiracy (see Scientology Conspiracy Web chart p. 32 above). This Defendant is a Member of this Complaint's RICO Delta Enterprise. By her participating as a member of Defendant Moxon and Kobrin which firm has appeared in Florida, Paquette is subject to the laws of Florida. | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … DEFENDANTS GOOGLE, YAHOO, INGRAM, EDWARDS & ANGELL, BRIER, THEODOSSAKOS, MAROON, SCHULTZ, CORNELL, BOTH NESSES, SCHWARTZ, BRODY, WOODFIELD, LUBOW – all acted together in multiple, complex, extensive ways, using Dentaltown and lending of assistance to in-person visits to other clients, such as Brody & Schwartz themselves; in attempt to defame Plaintiffs out of business SO AS TO permit Defendant Syndicate to "INHERIT" THE Dane contract and intellectual property rights; both on the Internet and in the places of business of dozens if not hundreds of Plaintiffs' clients … all in attempt to break financially Plaintiffs out of business SO AS TO permit The International Scientology Crime Syndicate "INHERIT" the Dane contract and intellectual property rights | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| the 4 RICO Enterprises), directed and/or authorized via cutouts … David Cornell, additionally wrote defamatory pieces in the Canadian Dental Association magazine SIMULTANEOUSLY with all of these other items, when he had been a dormant client for years prior. | | | | | | | |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … Jim Schultz, additionally wrote defamatory pieces on the Dentaltown site and elsewhere on the Internet SIMULTANEOUSLY with all of these other items, when he too had been a dormant client for years prior. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … The MOBBING[5] actions of DEFENDANTS ECONOMIC RESEARCH GROUPS OF NY AND FLORIDA, THOMAS GRIFFIN, ANNE MARIE GRIFFIN, STEVEN SAMILOW, DICK HOWARD, RYAN BONSETT – to spoliate evidence so as to mask that Defendant Syndicate had specifically hired Thomas Griffin to prey on Plaintiffs' | yes | yes | yes | no | no | no | no | no |

---

5 MOBBING: E: ALL OF THE ACTIONS INCLUDED IN THE CONSPIRACY DESCRIBED IN THESE PRELIMINARY ULTIMATE FACTS, REVOLVE AROUND A MARKETPLACE PHENOMENON KNOWN AS "MOBBING". IT HAS BEEN RESEARCHED FOR OVER 20 YEARS AND IS FORMALLY DESCRIBED IN A 1999 TREATISE ENTITLED SIMPLY, "MOBBING", AUTHORED BY NOA DAVENPORT, PhD.... SO AS TO PLACE THE ULTIMATE FACTS BELOW IN CONTEXT, THE APPLIED DEFINITION OF "MOBBING" FROM DR DAVENPORrS TREATISE FOLLOWS: n ••• a malicious attempt to force a person out of the [marketplace] through unjustified accusations, humiliation, general harassment, emotional abuse, and/or terror. ... a ganging up by an organization[s] ... who rallies others into systematic and frequent, 'molrlike' behavior ... it can be said that the target, seemingly helpless against the powerful and the many, is indeed 'mobbed'. The result is always injury[economic, reputational], physical or mental distress or illness and social[marketplace] misery, and most often expulsion from the marketplace.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| reputation and livelihood; after setting up a website with the single purpose of defaming and tortuously interfering with the business contracts and prospects of the Plaintiffs - all in attempt to break financially Plaintiffs out of business SO AS TO permit The International Scientology Crime Syndicate to "INHERIT" the Dane contract and intellectual property rights | | | | | | | | |
| To the best of Plaintiffs knowledge and understanding … David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … The – MOBBING- actions of Defendants Ingram, Lubow, Moxon, Kobrin, Moxon & Kobrin, Amidon, Edwards & Angell … contacting dozens and dozens of Plaintiffs' clients in an attempt to get them to sue Plaintiffs into non-existence: SO AS TO permit The International Scientology Crime Syndicate to "INHERIT" the Dane contract and intellectual property rights | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … The MOBBING- actions of DEFENDANTS MOXON & KOBRIN, KENDRICK MOXON, HELENA KOBRIN, BRIDGE, GARY SOTER, DAVID SCHINDLER, MARILYN PISANI, AVA PAQUETTE, LATHAM & WATKINS to attempt through a fraudulent and illusory contract and harassing actions thereafter in Court to attempt to acquire "rights" agreement with Plaintiffs that would cheat the Danes out of rightful royalties | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … The MULTIPLE MOBBING- actions of DEFENDANTS Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … WILLIAM HART & PROSKAUER ROSE LAW FIRM to break up the Dane contract by contacting the Dane family lawyers in 2000 … for the benefit of The International Scientology Crime Syndicate | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Miscavige & Tom Cruise via Warren McShane and OSA Int (see Scientology Conspiracy Chart below for orientation to the 10 relevant conspiracies by the 4 RICO Enterprises), directed and/or authorized via cutouts … On or about May 15, 2000, Daniel Dashman a New York attorney and/or William Hart of Proskauer Rose approached the attorney for the Les Dane Estate, trying to interfere with the contract between Plaintiff PLA and the Les Dane Family. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Dr. Tom Karas deposed (Aug 2004) in a related suit by Mr. Gary Soter and Mr. Kendrick Moxon. The deposition was an experience that left Doctor very intimidated. "The attorney's style was extremely aggressive, demeaning and I felt threatened." (Full Affidavit attached below.) Their questions were far beyond the stated reason Karas was being | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| deposed especially questions regarding S.A.V.EITM training. Beginning around September 2004 Karas spoke to Mr. Tom Gamboa, Charles Slepian Esq., Dr. Scott Brody, Dr. Randy LaFrom, Dr. Paul Bryan and Ms. Diane Bryan about phone calls they had received accusing Peter Letterese of sexually molesting a young boy (which is a complete falsehood, but which the aforementioned individuals have promoted on the internet) and defrauding dentists through Galileo® and S.A.V.E!™. [Shows how and when Brody was "recruited" by Intl Scientology Hate-Crime Syndicate] All of the above named. persons called Karas to express their concern as to the damage this false and misleading distortion of the facts would have on *their* reputations and businesses. It had the exact same effect on Karas and Karas became very concerned about his own reputation. Dr. Brody and Charles Slepian told Karas that they had been contacted by David Lebow and Eugene ingrain, who were gathering "data" for Defendant Gary Soter. | | | | | | | | |
| Upon information and belief …Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of Amidon – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of Amidon – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of Ingram – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| To the best of Plaintiffs knowledge and understanding … Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of Ingram – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of Dentaltown – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| To the best of Plaintiffs knowledge and understanding … Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of Dentaltown – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of "Copernicus" (aka Mike Maroon) – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of "Copernicus" (aka Mike Maroon) – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of "Cartmier" (aka Craig J. Ryan) – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| To the best of Plaintiffs knowledge and understanding … Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of "Cartmier" (aka Craig J. Ryan) – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Upon information and belief …Google in Summer-Fall 2005 Refused to Remove Defamatory Postings of Edwards & Angell – Brier-Theodossakos-Woodfield – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Upon information and belief …Yahoo in Summer-Fall 2005 Refused to Remove Defamatory Postings of Edwards & Angell – Brier-Theodossakos-Woodfield – after being shown evidence that postings it was distributing were false, defamatory and not "in public interest". | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Defendant David Schindler is an attorney and resident of California in the law firm of Latham & Watkins. Defendant Schindler's actions were part of the conspiracy to defame and conspire against Plaintiffs in Florida and elsewhere. Defendant  This Defendant by his conduct is subject to the laws of Florida as part of the conspiracies against Plaintiffs to ruin Plaintiffs. Defendant , LATHAM & WATKINS, LLP is a law firm resident in part in Los Angeles, California. This Defendant is controlled by Defendant David Schindler with respect to the conspiracies against Plaintiffs in Florida and is subject to the laws of the Florida. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …David Schindler & his law firm of Latham & Watkins … Scientology Surrogate Attorney/Law Firm in California who Conspired to Commit | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Virtually All the Torts – Multiple RICO Acts connected to fraudulent "letter agreement" of 27 Feb 04 | | | | | | | |
| Based upon discovery and information obtained to date …Intl Scientology Crime Syndicate - to protect and enhance the businesses of Michael Maroon (Defendant), DentalTown (Defendant),), Howard Farran(Defendant), and all the Scientology-Connected WISE(Defendant) Consulting Businesses including but not limited to Sterling Management Systems - unfairly competed, took multiple actions to unjustly enrich Scientology and Bridge Publications Incorporated (LA, CA) by obtaining the rights to the BLS book by bankrupting PL&A and/or Peter Letterese … and thereby have the rights in BLS revert to the Les Dane family, and then Scientology (acting in derogation of its 501-CE Non-Profit Status believed it could get rights in BLS or at least BLS would be published and available again in large quantities. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Defendant Marilyn Pisani is the President of Bridge and is a resident of Los Angeles, California and is the senior most executive at Defendant Bridge Publications, Inc. Defendant Pisani participated in Bridge's attacks and conspiratorial actions toward Plain tiffs. This Defendant is a Co-Conspirator Who has played a part in Phases 2-3-4-10 of the Conspiracy (see Scientology Conspiracy Web chart attached below). This Defendant is a Member of this Complaint's RICO Beta Enterprise.) | yes | yes | yes | no | no | no | no | no |
| Upon information and belief …Marilyn Pisani President Bridge Publications - Wrote letters to Prentice hall in late 90's confirming Bridge knew PLA-CDI … owned the rights to the Book  but later on behalf of | yes | yes | yes | no | no | no | no | no |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bridge Publications assisted Scientology Handler/Controllers to try and wrest book from our control by falsely asserting to the Copyright Court that CDI-PLA did not own the rights to the Book | | | | | | | |
| To the best of Plaintiffs knowledge and understanding … Late 2000/Early 2001 William Hart and Proskauer Rose Tried to Obtain Rights to Dane Materials for Scientology Based on Fraudulent Negotiation and Facts (Rose Admits "Copying" of Book by Syndicate – then Denies it) after Pretending to Be Interested (very similar to Schindler in 2004) | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date …Defendant Michael Middleton is, upon information and belief, a resident of Virginia and he is a private investigator who works for Defendant Syndicate and attempted in January 2003 to cause the Dane Estate Administrator to wit, Lois Richter and her mother to breach the contract with Plaintiffs. Upon information and belief this conduct continues in his activities to damage Plaintiffs. Middleton presented Richter with a prospective contract between Bridge Publications and the Dane Estate in which Bridge conspired with all other defendants to literally guarantee to pay all fees incurred by the Dane Estate if they would breach their agreement with Plaintiff. This Defendant is a Co-Conspirator Who has played a part in Phase 2 of the Conspiracy (see Scientology Conspiracy Web chart p. 32 above). This Defendant is a Member of this Complaint's RICO Beta Enterprise.. *Defendant Middleton activities were calculated to cause injury to Plaintiffs in Florida.* | yes | yes | yes | no | no | no | no | no |
| Upon information and belief …MOBBING- actions of DEFENDANT Michael; | yes | yes | yes | no | no | no | no | no |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Middleton and Talon Security to break up the Dane contract by contacting the Dane family in 2003 … for the benefit of The International Scientology Crime Syndicate – flanking the actions of the other Co-Conspirators | | | | | | | | |
| Upon information and belief …Defendant Scott Inks is a resident of Indiana and co-conspired with Defendant Defendants CSI et al to mislead the Federal Court in the PLA-Copyright suit against Defendant Syndicate (now under appeal), by writing a specious "expert report" published both outside of and within the litigation, falsely dismissing the sales book authored by Les Dane and used by Defendant Syndicate for 37 straight years. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date … SCOTT INKS, CRAIG J. RYAN, WARREN MCSHANE, DAVID CORNELL, JIM SCHULTZ as additional Defendants who placed and/or allowed defamatory material regarding the Plaintiffs to remain on their websites notwithstanding Plaintiff's advice that the websites were carrying and thereby disseminating false defamatory matters in derogation of Plaintiff's rights. | yes | yes | yes | no | no | no | no | no |
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, | yes | yes | yes | yes | yes | yes | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American Arbitration Association, John Arrastia, David Schindler, Latham & Watkins, … and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI and/or Peter Letterese individually (including egregious intrusions upon the standard functioning of the Chapter 11 and Chapter 13 Bankruptcy Courts of South Florida) on behalf of Defendant CSI in the amount of $266,000 | | | | | | | | |
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American Arbitration Association, John Arrastia, David Schindler, Latham & Watkins, … and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI and/or Peter Letterese individually (including egregious intrusions upon the standard functioning of the Chapter 11 and Chapter 13 | yes | yes | yes | yes | yes | yes | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bankruptcy Courts of South Florida) on behalf of Defendant Bridge Publications in the amount of $266,000 | | | | | | | | |
| Based upon discovery and information obtained to date ... David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American Arbitration Association, John Arrastia, David Schindler, Latham & Watkins,  ... and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI and/or Peter Letterese individually (including egregious intrusions upon the standard functioning of the Chapter 11 and Chapter 13 Bankruptcy Courts of South Florida) on behalf of Defendants CSI- RTC- CST- WISE in the amount of $855,000 | yes | yes | yes | yes | yes | yes | yes | yes |
| Based upon discovery and information obtained to date ... David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy | yes | yes | yes | yes | yes | yes | yes | yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American Arbitration Association, John Arrastia, David Schindler, Latham & Watkins,  … and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI and/or Peter Letterese individually (including egregious intrusions upon the standard functioning of the Chapter 11 and Chapter 13 Bankruptcy Courts of South Florida) on behalf of Defendant Schwartz in the amount of $360,000 | | | | | | | |
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American | yes | yes | yes | yes | yes | yes | yes | yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Arbitration Association, John Arrastia, David Schindler, Latham & Watkins,   … and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI and/or Peter Letterese individually (including egregious intrusions upon the standard functioning of the Chapter 11 and Chapter 13 Bankruptcy Courts of South Florida) on behalf of Defendant Brody in the amount of $360,000 | | | | | | | | |
| Based upon discovery and information obtained to date … David Miscavige & Tom Cruise via Warren McShane & OSA Int, Kendrick Moxon, Helena Kobrin, Moxon & Kobrin, Ava Paquette with and/or via Eugene Ingram worked (and continue to work) in conspiracy with Robert B. Amidon, Edwards & Angell, Simeon Brier, Thomas Meeks, Michael Nachwalter, Kenny Nachwalter Law Firm, Zuckerman Spaeder Law Firm, CST, RTC, WISE, 3200 Doe Defendants, All Other named "Scientology" Corporations in this action), Bridge Publications, Gary Soter, Marilyn Pisani,, Flora Ness, Marc Schwartz, Douglas Ness, Scott Brody, Annette Theodossakos, The American Arbitration Association, John Arrastia, David Schindler, Latham & Watkins,   … and seek in the form of *a RICO conspiracy to collect a fraud-based "judgment"* against PLA-CDI (including egregious intrusions upon the standard functioning of the Chapter 11 Bankruptcy Courts of South Florida) on behalf of Defendant Ness in the amount of $360,000 | yes | yes | yes | yes | yes | yes | yes | yes |

| | yes | yes | yes | yes | yes | yes | yes | yes |
|---|---|---|---|---|---|---|---|---|
| QQQ | | | | | | | | |
| QQQ | | | | | | | | |
| QQQ | | | | | | | | |
| QQQ | | | | | | | | |
| QQQ | | | | | | | | |
| QQQ | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2. List each defendant, and separately state the misconduct and basis of liability of each defendant.

| DEFENDANT | MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| AMERICAN ARBITRATION ASSOCIATION | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |

| ANNE MARIE GRIFFIN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
|---|---|---|
| ANTOINETTE THEODOSSAKOS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| AVA PAQUETTE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| BRIDGE PUBLICATIONS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| CHURCH OF SCIENTOLOGY OF FLORIDA INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| CHURCH OF SPIRITUAL TECHNOLOGY INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| CRAIG J. RYAN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| DANIEL D. DASHMAN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| DAVID CORNELL | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| DAVID LUBOW a/k/a DAVID LEBEAU | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |

| DAVID MISCAVAGE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
|---|---|---|
| DAVID SCHINDLER | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| DENTALTOWN.COM LLC | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| DOUGLAS NESS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| ECONOMIC RESEARCH GROUP FLORIDA | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| ECONOMIC RESEARCH GROUP INC. NY | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| EDWARDS ANGELL PALMER & DODGE LLP | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| EUGENE M. INGRAM | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| FLORA NESS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| GARY SOTER | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| GARY WOODFIELD | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| GOOGLE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |

| | | |
|---|---|---|
| HELENA KEMPNER KOBRIN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| HOWARD FARRAN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| INSTANT DATA RESEARCH INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| JIM SCHULTZ | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| JOHN ARRASTIA | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| KENDRICK LICHTY MOXON | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| LATHAM & WATKINS LLP | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| LISA DASHMAN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| MARC SCHWARTZ | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| MARILYN PISANI | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| MICHAEL MAROON | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| MICHAEL MIDDLETON | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |

| MICHAEL NACHWALTER | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
|---|---|---|
| MIKE ELLIS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| MOXON & KOBRIN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| NORMAN F. TAYLOR | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| NEAL LEVIN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| PROSKAUER ROSE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| ROBERT BRUCE AMIDON | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| SCIENTOLOGY MISSIONS INTERNATIONAL INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| SCOTT BRODY | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| SCOTT INKS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| SIMEON DANIEL BRIER | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |

| STEVEN SAMILOW | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
|---|---|---|
| THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| THOMAS MEEKS | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| TOM CRUISE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| WARREN MCSHANE | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| WILLIAM HART | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| WILLIAM RICHARD HOWARD | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| YAHOO | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| ZUCKERMAN SPAEDER | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA-BETA-GAMMA-DELTA ENTERPRISES BELOW | VIOLATIONS AND PENALTIES WITHIN THE RICO CODE BECAUSE OF THE MISCONDUCT |
| | | |

3. List the wrongdoers, other than the defendants listed above, and separately state the misconduct of each wrongdoer.

| WRONGDOER | MISCONDUCT |
|---|---|
| RYAN BONSETT | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |
| RICHARD BALDWIN | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |
| NEAL LEVIN[6] | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |
| RICHARD CLEAR | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |
| KENNY NACHWALTER LAW FIRM[7] | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |
| SHERMAN LENSKE, ESQ[8]. | SEE #1 ABOVE – MULTIPLE ENTRIES PLUS #5A BELOW AND MEMBERSHIP IN ONE OR MORE OF THE ALPHA |

4. List the victims, and separately state when and how each victim was injured.

| VICTIM | WHEN INJURED | HOW INJURED |
|---|---|---|
| PETER LETTERESE | 1994-PRESENT (SEE #1 ABOVE, 5A BELOW) AND ALL ATTACHMENTS | LOSS OF INCOME. LOSS OF REPUTATION. IMPROPER CREDIT REPORTING LEGAL EXPENSES AND COSTS HAVING TO FILE BANKRUPTCY. |

---

[6] Will be added as a Defendant in any amended Complaint

[7] Will be added as a Defendant in any amended Complaint

[8] Will be added as a Defendant in any amended Complaint

| CREATIVE DESPERATION, INC. | 1994-PRESENT (SEE #1 ABOVE, 5A BELOW) AND ALL ATTACHMENTS | LOSS OF INCOME. LOSS OF SUMS DUE UNDER THE CONTRACT. LOSS OF REPUTATION. IMPROPER CREDIT REPORTING LOSS OF CUSTOMERS LEGAL EXPENSES AND COSTS HAVING TO FILE BANKRUPTCY. |
| | | |

**5.** Describe in detail the <mark>pattern of racketeering/criminal activity</mark> or collection of an unlawful
debt for each RICO claim.

A description of the <mark>pattern of racketeering/criminal activity</mark> shall:

a. separately list the <mark>predicate acts/incidents of criminal activity</mark> and the specific statutes
violated by each predicate act/incident of criminal activity;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY | PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | 18 U.S.C. §§ 196 …(a) ), | 18 U.S.C. §§ 196 …(b) , | 18 U.S.C. §§ 196 …(c) , | 18 U.S.C. §§ 196 …(d) | §§ 772.10 1(1) | §§ 772.10 1(2) | §§ 772.10 1(3) | §§ 772.10 1(4) |
|---|---|---|---|---|---|---|---|---|---|
| TITLE 18 > PART I > CHAPTER 95 > § 1951 § 1951. Interference with commerce by threats or violence (2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. (3) The term "commerce" means commerce within the District of Columbia, or any | SEE PREDICATE ACTS IN #1 ABOVE | <= | <= | <= | <= | <= | <= | <= | <= |
| TITLE 18 > PART I > CHAPTER 96 > § 1962 § 1962. Prohibited activities | SEE PREDICATE ACTS IN #1 ABOVE | <= | <= | <= | <= | <= | <= | <= | <= |
| TITLE 18 > PART I > CHAPTER 95 > § 1952 § 1952. Interstate and foreign travel or transportation in aid of racketeering … (a) Whoever travels in interstate or foreign commerce or uses the mail or any facility in interstate or foreign commerce, with intent to— (1) distribute the proceeds of any unlawful activity; or (2) commit any crime of violence to further any unlawful activity; or (3) otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity (2) extortion, bribery, or arson in violation of the laws of the State in which committed or of the United States, or | SEE PREDICATE ACTS IN #1 ABOVE | <= | <= | <= | <= | <= | <= | <= | <= |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TITLE 18 > PART I > CHAPTER 63 > § 1341<br>§ 1341. Frauds and<br>Swindles … Whoever, having devised or intending to devise any plan or scheme or artifice to defraud, or for obtaining money or<br>property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan,<br>exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious<br>coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such<br>counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places<br>in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered<br>by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered<br>by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or<br>knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at<br>which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be<br>fined under this title or imprisoned not more than 20 years, or both. | SEE PREDICATE ACTS IN #1 ABOVE | <= | <<br>= | <<br>= | <<br>= | <= | <= | <= | <= |
| TITLE 18 > PART I > CHAPTER 63 > § 1343<br>§ 1343. Fraud by wire, radio, or television<br>How Current is<br>Whoever, having devised or intending to devise any scheme or artifice? to defraud, or for obtaining money or<br>property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be<br>transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings,<br>signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this<br>title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person<br>shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. | SEE PREDICATE ACTS IN #1 ABOVE | <= | <<br>= | <<br>= | <<br>= | <= | <= | <= | <= |
| TITLE 18 > PART I > CHAPTER 73 > § 1512<br>§ 1512. Tampering with a witness, victim, or an Informant  (2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—<br>(A) influence, delay, or prevent the testimony of any person in an official proceeding; | SEE PREDICATE ACTS IN #1 ABOVE | <= | <<br>= | <<br>= | <<br>= | <= | <= | <= | <= |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (B) cause or induce any person to—<br>(i) withhold testimony, or withhold a record, document, or other object, from an official proceeding;<br>(ii) alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for<br>use in an official proceeding;<br>(iii) evade legal process summoning that person to appear as a witness, or to produce a record, document, or<br>other object, in an official proceeding; or<br>(iv) be absent from an official proceeding to which that person has been summoned by legal process; or<br>(C) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of<br>information relating to the commission or possible commission of a Federal offense or a violation of conditions of<br>probation, supervised release, parole, or release pending judicial proceedings; | | | | | | | | | |
| …CONTINUED … b) Whoever knowingly uses intimidation, threats, or corruptly persuades another person, or attempts to do so,<br>or engages in misleading conduct toward another person, with intent to—<br>(1) influence, delay, or prevent the testimony of any person in an official proceeding;<br>(2) cause or induce any person to—<br>(A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;<br>(B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an<br>http://www4.law.cornell.edu/uscode/uscode18/usc_sec_18_00001512----000-.html (2 of 5) [8/11/2008 1:32:11 AM]<br>US CODE: Title 18,1512. Tampering with a witness, victim, or an informant<br>official proceeding;<br>(C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other<br>object, in an official proceeding; or<br>(D) be absent from an official proceeding to which such person has been summoned by legal process; or | SEE PREDICATE ACTS IN #1 ABOVE | ← | ← | ← | ← | ← | ← | ← | ← |

b. separately state the dates of the predicate acts/incidents of criminal activity, the participants and a description of the facts surrounding each predicate act/incident of criminal activity;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | DATES | PARTICIPANTS | FACTS SURROUNDING |
|---|---|---|---|
| SEE # 5A ABOVE | SEE PREDICATE ACTS IN #1 ABOVE | SEE PREDICATE ACTS IN #1 ABOVE | SEE PREDICATE ACTS IN #1 ABOVE |

c. if the RICO claim is based on the predicate offenses of wire fraud, mail fraud, ~~fraud in the sale of securities,~~ ~~fraud in connection with a case under U.S.C. Title 11,~~ or fraud as defined under Chapter 817, Fla.Stat. .[ix], the "circumstances constituting fraud or mistake shall be stated with particularity", Fed.R.Civ.P. 9(b)[x] (identify the time *(of the fraud),* place*(of the fraud),* and contents of the misrepresentation or (contents of the) omissions, and the identity of persons to whom and (identity of persons) by whom the misrepresentations or omissions were made);

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY … PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | TIME | PLACE | MISREPRESENTATIONS | OMISSIONS | IDENTITY OF PERSONS TO WHOM | IDENTITY OF PERSONS BY WHOM |
|---|---|---|---|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | ← | ← | ← | ← | ← | ← |

d. state whether there has been a criminal conviction for any of the predicate acts/incidents
of criminal activity;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY … PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | HAS THERE BY A CRIMINAL CONVICTION RE THESE ACTS TO DATE? |
|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | THERE ARE NO CRIMINAL CONVICTIONS AT THIS TIME |

e. describe in detail the perceived relationship that the predicate acts/incidents of criminal
activity bear to each other or to some external organizing principle that renders them "ordered" or "arranged" or "part of a common plan";

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY … PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | PERCEIVED RELATIONSHIP BEAR TO EACH OTHER | PERCEIVED RELATIONSHIP BEAR SOME EXTERNAL ORGANIZING PRINCIPLE THAT RENDERS THEM "ORDERED" OR "ARRANGED" OR "PART OF A COMMON PLAN"; |
|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE – ALREADY ANSWERED | ← | ← |

and

PAGE 63

f. explain how the predicate acts/incidents of criminal activity amount to or pose a threat of continued criminal activity.

| PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | AMOUNT TO OR POSE A THREAT OF CONTINUED CRIMINAL ACTIVITY |
|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | THE INTERNATIONAL SCIENTOLOGY HATE CRIME SYNDICATE HAS PERPETRATED ACTS LIKE THIS THROUGHOUT THE U.S. FOR MULTIPLE DECADES AND IS AT PRESENT UNDER THREAT OF WHOLE INDICTMENT AND EXPULSION FROM THE COUNTRIES OF BELGIUM AND GERMANY RESPECTIVELY.  BILLIONS OF DOLLARS HAVE BEEN BILKED FROM THE PUBLIC, THE IRS HAS BEEN DENIED UPWARDS OF $1 BILLION IN TAXES "AVOIDED" WHEN THE SYNDICATE BLACKMAILED THE IRS INTO AN IMPROPER TAX EXEMPTION IN 1993. |
| | |
| | |
| | |
| | |

6. Describe in detail the enterprise[xi] for each RICO claim. A description of the enterprise shall: (SEE ENDNOTE "xi")

a. state the names of the individuals, partnerships, corporations, associations, or other entities constituting the enterprise;

| ENTERPRISE | INDIVIDUALS | PARTNERSHIPS | CORPORATIONS | ASSOCIATIONS | OTHER ENTITIES |
|---|---|---|---|---|---|
| ALPHA | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW |
| BETA | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW |
| GAMMA | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW |
| DELTA | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW | SEE ENTERPRISE BREAKDOWN ATTACHED BELOW |

b. describe the structure, purpose, roles, function, and course of conduct of the enterprise;

| ENTERPRISE | STRUCTURE | PURPOSE | ROLES | FUNCTION | COURSE OF CONDUCT |
|---|---|---|---|---|---|
| ALPHA | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| BETA | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| GAMMA | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| DELTA | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |

c. state whether any defendants are employees, officers, or directors of the enterprise;

d. state whether any defendants are associated with the enterprise, and if so, how;

| DEFENDANTS | EMPLOYEES OF THE ENTERPRISE (shown below to which thisa defendant is a | OFFICERS OF THE ENTERPRISE | DIRECTORS OF THE ENTERPRISE | HOW ASSOCIATED WITH THE ENTERPRISE |
|---|---|---|---|---|
| 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |
| AMERICAN ARBITRATION ASSOCIATION | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |
| ANNE MARIE GRIFFIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |
| ANTOINETTE THEODOSSAKOS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |
| AVA PAQUETTE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |
| BRIDGE PUBLICATIONS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE xi BELOW |

| | | | |
|---|---|---|---|
| ENDNOTE XI BELOW | | | |
| CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SCIENTOLOGY OF FLORIDA INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SPIRITUAL TECHNOLOGY INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CRAIG J. RYAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| DANIEL D. DASHMAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| DAVID CORNELL | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| DAVID LUBOW a/k/a DAVID LEBEAU | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| DAVID MISCAVAGE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN |

| | | | | |
|---|---|---|---|---|
| | ENDNOTE [X1] BELOW | BREAKDOWN ENDNOTE [X1] BELOW | ENDNOTE [X1] BELOW | ENDNOTE [X1] BELOW |
| DAVID SCHINDLER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| DENTALTOWN.COM LLC | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| DOUGLAS NESS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| ECONOMIC RESEARCH GROUP FLORIDA | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| ECONOMIC RESEARCH GROUP INC. NY | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| EDWARDS ANGELL PALMER & DODGE LLP | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| EUGENE M. INGRAM | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| FLORA NESS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| GARY SOTER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE | SEE PREDICATE ACTS UNDER #1 ABOVE + | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE |

| | | | | |
|---|---|---|---|---|
| | BREAKDOWN ENDNOTE [X1] BELOW | ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | BREAKDOWN ENDNOTE [X1] BELOW | BREAKDOWN ENDNOTE [X1] BELOW |
| GARY WOODFIELD | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| GOOGLE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| HELENA KEMPNER KOBRIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| HOWARD FARRAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| INSTANT DATA RESEARCH INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| JIM SCHULTZ | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| JOHN ARRASTIA | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| KENDRICK LICHTY MOXON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| LATHAM & | SEE PREDICATE ACTS UNDER #1 ABOVE + | SEE PREDICATE ACTS UNDER #1 | SEE PREDICATE ACTS UNDER #1 ABOVE + | SEE PREDICATE ACTS UNDER #1 ABOVE + |

| | | | | |
|---|---|---|---|---|
| WATKINS LLP | ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| LISA DASHMAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MARC SCHWARTZ | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MARILYN PISANI | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MICHAEL MAROON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MICHAEL MIDDLETON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MICHAEL NACHWALTER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MIKE ELLIS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| MOXON & KOBRIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [XI] BELOW |
| NORMAN F. | SEE PREDICATE ACTS | SEE PREDICATE | SEE PREDICATE ACTS | SEE PREDICATE ACTS |

| TAYLOR | UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
|---|---|---|---|---|
| NEAL LEVIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| PROSKAUER ROSE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| ROBERT BRUCE AMIDON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| SCIENTOLOGY MISSIONS INTERNATIONAL INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| SCOTT BRODY | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| SCOTT INKS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| SIMEON DANIEL BRIER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |

| | | | |
|---|---|---|---|
| STEVEN SAMILOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| THOMAS MEEKS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| TOM CRUISE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| WARREN MCSHANE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| WILLIAM HART | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| WILLIAM RICHARD HOWARD | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |
| YAHOO | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [X1] BELOW |

| | BELOW | | | |
|---|---|---|---|---|
| ZUCKERMAN SPAEDER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |

     e. explain how each separate defendant participated in the direction or conduct of the

affairs of the enterprise;

| DEFENDANTS | HOW EACH SEPARATE DEFENDANT PARTICIPATED IN THE DIRECTION OR CONDUCT OF THE AFFAIRS OF THE ENTERPRISE |
|---|---|
| 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| AMERICAN ARBITRATION ASSOCIATION | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| ANNE MARIE GRIFFIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| ANTOINETTE THEODOSSAKOS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| AVA PAQUETTE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| BRIDGE PUBLICATIONS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SCIENTOLOGY OF FLORIDA INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CHURCH OF SPIRITUAL TECHNOLOGY INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE XI BELOW |
| CRAIG J. RYAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE |

| | |
|---|---|
| | BREAKDOWN ENDNOTE [xi] BELOW |
| DANIEL D. DASHMAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DAVID CORNELL | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DAVID LUBOW a/k/a DAVID LEBEAU | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DAVID MISCAVAGE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DAVID SCHINDLER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DENTALTOWN.COM LLC | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| DOUGLAS NESS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| ECONOMIC RESEARCH GROUP FLORIDA | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| ECONOMIC RESEARCH GROUP INC. NY | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| EDWARDS ANGELL PALMER & DODGE LLP | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| EUGENE M. INGRAM | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| FLORA NESS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| GARY SOTER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| GARY WOODFIELD | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| GOOGLE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| HELENA KEMPNER KOBRIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE |

| | |
|---|---|
| | BREAKDOWN ENDNOTE [xi] BELOW |
| HOWARD FARRAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| INSTANT DATA RESEARCH INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| JIM SCHULTZ | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| JOHN ARRASTIA | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| KENDRICK LICHTY MOXON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| LATHAM & WATKINS LLP | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| LISA DASHMAN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MARC SCHWARTZ | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MARILYN PISANI | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MICHAEL MAROON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MICHAEL MIDDLETON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MICHAEL NACHWALTER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MIKE ELLIS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| MOXON & KOBRIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| NORMAN F. TAYLOR | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| NEAL LEVIN | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE |

| | |
|---|---|
| | BREAKDOWN ENDNOTE [xi] BELOW |
| PROSKAUER ROSE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| ROBERT BRUCE AMIDON | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| SCIENTOLOGY MISSIONS INTERNATIONAL INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| SCOTT BRODY | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| SCOTT INKS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| SIMEON DANIEL BRIER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| STEVEN SAMILOW | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| THOMAS MEEKS | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| TOM CRUISE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| WARREN MCSHANE | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| WILLIAM HART | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| WILLIAM RICHARD HOWARD | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| YAHOO | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE |

| | |
|---|---|
| | BREAKDOWN ENDNOTE [xi] BELOW |
| ZUCKERMAN SPAEDER | SEE PREDICATE ACTS UNDER #1 ABOVE + ENTERPRISE BREAKDOWN ENDNOTE [xi] BELOW |
| | |

      f. state whether you allege
        (i) that the defendants are individuals or entities separate from the enterprise,
or      (ii) that the defendants are the enterprise itself,
        or
      (iii) that the defendants are members of the enterprise;
      and
      g. if you allege any defendants to be the enterprise itself, or members of the enterprise,
explain whether such defendants are perpetrators, passive instruments, or victims of the racketeering activity.

| DEFENDANTS | INDIVIDUAL/ENTITY SEPARATE FROM THE ENTERPRISE | IS/ARE THE ENTERPRISE | MEMBERS OF THE ENTERPRISE | PERPETRATORS?, PASSIVE INSTRUMENTS?, OR VICTIMS? …OF THE RACKETEERING ACTIVITY. |
|---|---|---|---|---|
| 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | | | YES | PERPETRATORS |
| AMERICAN ARBITRATION ASSOCIATION | | | YES | PERPETRATORS |
| ANNE MARIE GRIFFIN | | | YES | PERPETRATORS |
| ANTOINETTE THEODOSSAKOS | | | YES | PERPETRATORS |
| AVA PAQUETTE | | | YES | PERPETRATORS |

| | | | YES | PERPETRATORS |
|---|---|---|---|---|
| BRIDGE PUBLICATIONS | | | YES | PERPETRATORS |
| CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | | | YES | PERPETRATORS |
| CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | | | YES | PERPETRATORS |
| CHURCH OF SCIENTOLOGY OF FLORIDA INC. | | | YES | PERPETRATORS |
| CHURCH OF SPIRITUAL TECHNOLOGY INC. | | | YES | PERPETRATORS |
| CRAIG J. RYAN | | | YES | PERPETRATORS |
| DANIEL D. DASHMAN | | | YES | PERPETRATORS |
| DAVID CORNELL | | | YES | PERPETRATORS |
| DAVID LUBOW a/k/a DAVID LEBEAU | | | YES | PERPETRATORS |
| DAVID MISCAVAGE | | | YES | PERPETRATORS |
| DAVID SCHINDLER | | | YES | PERPETRATORS |
| DENTALTOWN.COM LLC | | | YES | PERPETRATORS |

| | | | | |
|---|---|---|---|---|
| DOUGLAS NESS | | | YES | PERPETRATORS |
| ECONOMIC RESEARCH GROUP FLORIDA | | | YES | PERPETRATORS |
| ECONOMIC RESEARCH GROUP INC. NY | | | YES | PERPETRATORS |
| EDWARDS ANGELL PALMER & DODGE LLP | | | YES | PERPETRATORS |
| EUGENE M. INGRAM | | | YES | PERPETRATORS |
| FLORA NESS | | | YES | PERPETRATORS |
| GARY SOTER | | | YES | PERPETRATORS |
| GARY WOODFIELD | | | YES | PERPETRATORS |
| GOOGLE | | | YES | PERPETRATORS |
| HELENA KEMPNER KOBRIN | | | YES | PERPETRATORS |
| HOWARD FARRAN | | | YES | PERPETRATORS |
| INSTANT DATA RESEARCH INC. | | | YES | PERPETRATORS |
| JIM SCHULTZ | | | YES | PERPETRATORS |

| | | | | |
|---|---|---|---|---|
| JOHN ARRASTIA | | | **YES** | PERPETRATORS |
| KENDRICK LICHTY MOXON | | | **YES** | PERPETRATORS |
| LATHAM & WATKINS LLP | | | **YES** | PERPETRATORS |
| LISA DASHMAN | | | **YES** | PERPETRATORS |
| MARC SCHWARTZ | | | **YES** | PERPETRATORS |
| MARILYN PISANI | | | **YES** | PERPETRATORS |
| MICHAEL MAROON | | | **YES** | PERPETRATORS |
| MICHAEL MIDDLETON | | | **YES** | PERPETRATORS |
| MICHAEL NACHWALTER | | | **YES** | PERPETRATORS |
| MIKE ELLIS | | | **YES** | PERPETRATORS |
| MOXON & KOBRIN | | | **YES** | PERPETRATORS |
| NORMAN F. TAYLOR | | | **YES** | PERPETRATORS |
| NEAL LEVIN | | | **YES** | PERPETRATORS |

| | | | | |
|---|---|---|---|---|
| PROSKAUER ROSE | | | YES | PERPETRATORS |
| ROBERT BRUCE AMIDON | | | YES | PERPETRATORS |
| SCIENTOLOGY MISSIONS INTERNATIONAL INC. | | | YES | PERPETRATORS |
| SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | | | YES | PERPETRATORS |
| SCOTT BRODY | | | YES | PERPETRATORS |
| SCOTT INKS | | | YES | PERPETRATORS |
| SIMEON DANIEL BRIER | | | YES | PERPETRATORS |
| STEVEN SAMILOW | | | YES | PERPETRATORS |
| THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | | | YES | PERPETRATORS |
| THOMAS MEEKS | | | YES | PERPETRATORS |
| TOM CRUISE | | | YES | PERPETRATORS |
| WARREN MCSHANE | | | YES | PERPETRATORS |

| | | | | |
|---|---|---|---|---|
| WILLIAM HART | | | YES | PERPETRATORS |
| WILLIAM RICHARD HOWARD | | | YES | PERPETRATORS |
| WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | | | YES | PERPETRATORS |
| YAHOO | | | YES | PERPETRATORS |
| ZUCKERMAN SPAEDER | | | YES | PERPETRATORS |

7. State whether you allege, and describe in detail, how the pattern of racketeering/criminal activity and the enterprise are separate or have they merged into one entity.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... AND THE ENTERPRISE | SEPARATE | MERGED INTO ONE ACTIVITY |
|---|---|---|
| ALPHA | | |
| BETA | | |
| GAMMA | | |
| DELTA | | |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | | |
| | | |
| | | |
| | | |
| | | |

8. Describe the relationship between the activities and the pattern of racketeering/criminal activity. Discuss how the racketeering/criminal activity differs from the usual and daily activities of the enterprise, if at all.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | DIFFERS FROM THE ENTERPRISE'S USUAL AND DAILY ACTIVITIES | SAME AS THE ENTERPRISE'S USUAL AND DAILY ACTIVITIES |
|---|---|---|
| | ALPHA | ALPHA |
| | BETA | BETA |
| | GAMMA | GAMMA |
| | DELTA | DELTA |
| | | |
| | | |

PAGE 83

9. Describe what benefits, if any, the enterprise and each defendant received from the pattern of racketeering/criminal activity.

| BENEFIT RECEIVED | BY THE ENTERPRISE NAMED BELOW FROM THE... PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... | BY THE DEFENDANT NAMED BELOW FROM THE ... PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... |
|---|---|---|
| AS APPLICABLE ::: SEE PREDICATE ACTS, #5A & ALL ENDNOTES | DIFFERENTIALLY TO MEMBERS OF EACH ENTERPRISE | SEE DEFENDANT LIST |
| DESTRUCTION OF CDI & PETER LETTERESE/// AVOIDANCE OF MILLIONS IN ROYALTIES PAST  FUTURE///NON-LOSS OF USE OF DANE WORKS ILL-GOTTEN/// LEGAL FEES PAID (TO LAWYERS & FIRMS)/// FRAUDULENT "AWARDS" TO PLAINTIFFS IN AMBUSH IN ILLEGAL CASES OR ARBITRATIONS/// PAYMENTS FROM INTL SCIENTOLOGY CRIME SYNDICATE | DIFFERENTIALLY TO MEMBERS OF ALPHA ENTERPRISE | SEE DEFENDANT LIST |
| ▋▋   ▋▋ | DIFFERENTIALLY TO MEMBERS OF BETA ENTERPRISE | SEE DEFENDANT LIST |
| ▋▋   ▋▋ | DIFFERENTIALLY TO MEMBERS OF GAMMA ENTERPRISE | SEE DEFENDANT LIST |
| ▋▋   ▋▋ | DIFFERENTIALLY TO MEMBERS OF DELTA ENTERPRISE | SEE DEFENDANT LIST |

**10.** Describe the effect of the enterprise's activities on interstate or foreign commerce.

| THE ENTERPRISE'S ACTIVITIES[xii] | EFFECT ON INTERSTATE OR FOREIGN COMMERCE |
|---|---|
| SEE PREDICATE ACTS IN #1 | SEE PREDICATE ACTS IN #1 |
| | |
| | |
| | |
| | |
| | |
| | |

**11.** If the complaint alleges a violation of 18 U.S.C. § 1962(a) or § 772.103(1), Fla.Stat., provide the following information:

a. describe the amount of income/proceeds derived, directly or indirectly, from a pattern of racketeering/criminal activity, or through the collection of an unlawful debt;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | AMOUNT OF INCOME/PROCEEDS DERIVED, DIRECTLY OR INDIRECTLY, FROM ... PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY |
|---|---|
| SEE PREDICATE ACTS IN #1 ABOVE and patterns in 5 – ALREADY ANSWERED | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PAGE 85

b. state who received the income/proceeds derived from the pattern of racketeering/criminal activity or through the collection of an unlawful debt and the date of that receipt;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | WHO RECEIVED THE INCOME/PROCEEDS DERIVED FROM THE PATTERN OF RACKETEERING/CRIMINAL ACTIVITY OR THROUGH THE COLLECTION OF AN UNLAWFUL DEBT | DATE OF THAT RECEIPT |
|---|---|---|
| SEE PREDICATE ACTS IN #1 ABOVE and patterns in 5 – ALREADY ANSWERED | MEMBERS OF THE 4 ENTERPRISES AND THEIR AFFILIATES, PARTNERS, EMPLOYEES, MEMBERS | 1994-PRESENT |

c. describe how and when such income/proceeds were invested or used in the acquisition
of the establishment or operation of the enterprise;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | HOW AND WHEN INCOME FROM THE PATTERN OF RACKETEERING/CRIMINAL ACTIVITY OR THROUGH THE COLLECTION OF AN UNLAWFUL DEBT WAS INVESTED or used IN THE ACQUISITION OF THE ESTABLISHMENT OR OPERATION OF THE ENTERPRISE |
|---|---|
| SEE PREDICATE ACTS IN #1 ABOVE and patterns in 5 – ALREADY ANSWERED | ← |
| | |
| | |
| | |
| | |
| | |

d. describe how you were directly injured by the investment or use;

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS | HOW PLAINTIFFS WERE DIRECTLY INJURED BY THE INVESTMENT OR USE |
|---|---|

PAGE 86

| OF CRIMINAL ACTIVITY<br><br>See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | Plaintiffs damages include but are not limited to:<br>Loss of income<br>Loss of reputation<br>Loss of ownership of the Les Dane book so as to be able to openly promote and fully realize its complete worldwide economic value<br>Loss of Customers<br>Loss of business<br>Having to file bankruptcy<br>Legal expenses and costs<br>Other damages and determined through discovery |
|---|---|

and

e. state whether the same entity is both the liable "person" and the "enterprise"

under the

§ 1962(a)/§ 772.103(1) claim.

| § 1962(A)/§ 772.103(1) CLAIM. - RELATED DEFENDANT | SAME ENTITY IS BOTH THE LIABLE "PERSON" AND THE "ENTERPRISE" | SAME ENTITY IS **NOT** BOTH THE LIABLE "PERSON" AND THE "ENTERPRISE" |
|---|---|---|
| 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | YES | |
| AMERICAN ARBITRATION ASSOCIATION | YES | |
| ANNE MARIE GRIFFIN | YES | |
| ANTOINETTE THEODOSSAKOS | YES | |
| AVA PAQUETTE | YES | |
| BRIDGE PUBLICATIONS | YES | |

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | YES | |
| CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | YES | |
| CHURCH OF SCIENTOLOGY OF FLORIDA INC. | YES | |
| CHURCH OF SPIRITUAL TECHNOLOGY INC. | YES | |
| CRAIG J. RYAN | YES | |
| DANIEL D. DASHMAN | YES | |
| DAVID CORNELL | YES | |
| DAVID LUBOW a/k/a DAVID LEBEAU | YES | |
| DAVID MISCAVAGE | YES | |
| DAVID SCHINDLER | YES | |
| DENTALTOWN.COM LLC | YES | |

| | | |
|---|---|---|
| DOUGLAS NESS | YES | |
| ECONOMIC RESEARCH GROUP FLORIDA | YES | |
| ECONOMIC RESEARCH GROUP INC. NY | YES | |
| EDWARDS ANGELL PALMER & DODGE LLP | YES | |
| EUGENE M. INGRAM | YES | |
| FLORA NESS | YES | |
| GARY SOTER | YES | |
| GARY WOODFIELD | YES | |
| GOOGLE | YES | |
| HELENA KEMPNER KOBRIN | YES | |
| HOWARD FARRAN | YES | |

| INSTANT DATA RESEARCH INC. | YES | |
| JIM SCHULTZ | YES | |
| JOHN ARRASTIA | YES | |
| KENDRICK LICHTY MOXON | YES | |
| LATHAM & WATKINS LLP | YES | |
| LISA DASHMAN | YES | |
| MARC SCHWARTZ | YES | |
| MARILYN PISANI | YES | |
| MICHAEL MAROON | YES | |
| MICHAEL MIDDLETON | YES | |
| MICHAEL NACHWALTER | YES | |

| | | |
|---|---|---|
| MIKE ELLIS | YES | |
| MOXON & KOBRIN | YES | |
| NORMAN F. TAYLOR | YES | |
| NEAL LEVIN | YES | |
| PROSKAUER ROSE | YES | |
| ROBERT BRUCE AMIDON | YES | |
| SCIENTOLOGY MISSIONS INTERNATIONAL INC. | YES | |
| SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | YES | |
| SCOTT BRODY | YES | |
| SCOTT INKS | YES | |
| SIMEON DANIEL BRIER | YES | |

| STEVEN SAMILOW | YES | |
| THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | YES | |
| THOMAS MEEKS | YES | |
| TOM CRUISE | YES | |
| WARREN MCSHANE | YES | |
| WILLIAM HART | YES | |
| WILLIAM RICHARD HOWARD | YES | |
| WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | YES | |
| YAHOO | YES | |
| ZUCKERMAN SPAEDER | YES | |
| | | |

**12.** If the complaint alleges a violation of 18 U.S.C. § 1962(b) or § 772.103(2), Fla.Stat., provide the following information:

      a. describe in detail the acquisition or maintenance of any interest in or control of the
enterprise;

      b. describe when the acquisition or maintenance of an interest in or control of the
enterprise occurred;

      c. describe how you were directly injured by this acquisition or maintenance of an interest
in or control of the enterprise;

and
      d. state whether the same entity is both the liable "person" and the "enterprise"
under the
§ 1962(b)/§ 772.103(2) claim.

| THE ENTERPRISE | ACQUISITION OR MAINTENANCE OF ANY INTEREST IN OR CONTROL | WHEN ACQUISITION OCCURRED | HOW PLAINTIFFS DIRECTLY INJURED THEREBY | ENTITY IS "LIABLE PERSON" & THE ENTERPRISE |
|---|---|---|---|---|
| ALPHA | UNKNOWN, PENDING DISCOVERY | UNKNOWN, PENDING DISCOVERY | SEE #15 | YES |
| BETA | UNKNOWN, PENDING DISCOVERY | UNKNOWN, PENDING DISCOVERY | SEE #15 | YES |
| GAMMA | UNKNOWN, PENDING DISCOVERY | UNKNOWN, PENDING DISCOVERY | SEE #15 | YES |
| DELTA | UNKNOWN, PENDING DISCOVERY | UNKNOWN, PENDING DISCOVERY | SEE #15 | YES |
| | | | | |
| | | | | |

**13.** If the complaint alleges a violation of 18 U.S.C. § 1962(c) or § 772.103(3), Fla.Stat., provide the following information:

        a. state who is employed by or associated with the enterprise;

        b. describe what each such person did to conduct or participate in the enterprise's affairs;

        c. describe how you were directly injured by such person's conducting or participating in
the enterprise's affairs;

and
        d. state whether the same entity is both the liable "person" and the "enterprise" under the
§ 1962(c)/§ 772.103(3) claim.

| COMPLAINT ALLEGES A VIOLATION OF 18 U.S.C. § 1962(C) OR § 772.103(3), FLA.STAT., BY THE ENTERPRISE | WHO IS EMPLOYED BY OR ASSOCIATED WITH THE ENTERPRISE | WHAT EACH SUCH PERSON DID TO CONDUCT OR PARTICIPATE IN THE ENTERPRISE'S AFFAIRS | HOW PLAINTIFFS DIRECTLY INJURED THEREBY | ENTITY IS "LIABLE PERSON" & THE ENTERPRISE |
|---|---|---|---|---|
| SEE PREDICATE ACTS – QUESTION #1 ABOVE | SEE ALPHA+BETA+GAMM+DELTA ENTERPRISES SPECIFIED IN ENDNOTE "XI" BELOW | SEE PREDICATE ACTS – QUESTION #1 ABOVE | Plaintiffs damages include but are not limited to: Loss of income; Loss of reputation; Loss of ownership of the Les Dane book so as to be able to openly promote and fully realize its complete worldwide economic value; Loss of Customers; Loss of business; Having to file bankruptcy; Legal expenses and costs; | BOTH INDIVIDUALS, GROUPS WHO MADE UP PLUS THE ENTERPRISE AS A WHOLE IS LIABLE |

PAGE 94

| | | | Other damages and determined through discovery; | |
|---|---|---|---|---|
| | | | | |

**14.** If the complaint alleges a violation of 18 U.S.C. § 1962(d) or § 772.103(4), describe in
detail the conspiracy, including the identity of the co-conspirators, the object of the conspiracy,
and the date and substance of the conspiratorial agreement.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY DETAILS ... including PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY WHICH VIOLATE violation of 18 U.S.C. § 1962(c) or § 772.103(3), Fla.Stat., | IDENTITY OF THE CO-CONSPIRATORS | OBJECT OF THE CONSPIRACY | DATE OF THE CONSPIRATORIAL AGREEMENT | SUBSTANCE OF THE CONSPIRATORIAL AGREEMENT |
|---|---|---|---|---|
| SEE PREDICATE ACTS - #1 ABOVE & ANSWERS IN #5A | SEE DEFENDANT LIST IN #2 ABOVE | **SEE ENDNOTE BELOW** [xiii] | MULTIPLE - SEE PREDICATE ACTS - #1 ABOVE & ANSWERS IN #5A | **SEE ENDNOTE BELOW**[xiv] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**15.** Describe the injury to business or property.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | INJURY TO BUSINESS OR PROPERTY |
|---|---|
| SEE PREDICATE ACTS - #1 ABOVE & ANSWERS IN #5A | Plaintiffs damages include but are not limited to: Loss of income Loss of reputation Loss of ownership of the Les Dane book so as to be able to openly promote and fully realize its complete worldwide economic value Loss of Customers Loss of business Having to file bankruptcy Legal expenses and costs Other damages and determined through discovery |

**16.** Describe the nature and extent of the relationship between the injury and each separate
RICO violation.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY … PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY – EACH SEPARATE RICO VIOLATION | NATURE OF INJURY TO BUSINESS OR PROPERTY | EXTENT OF INJURY TO BUSINESS OR PROPERTY |
|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | Plaintiffs damages include but are not limited to: Loss of income Loss of reputation Loss of ownership of the Les Dane book so as to be able to openly promote and fully realize its complete worldwide economic value Loss of Customers Loss of business Having to file bankruptcy Legal expenses and costs Other damages and determined through discovery | DAMAGES NOTATION BELOW WILL SPECIFY |
| | | |
| | | |
| | | |
| | | |
| | | |

**17.** For each claim under a subsection of § 1962 or § 772.103, list the damages sustained by

reason of each violation, indicating the amount for which each defendants is liable.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY WHICH VIOLATE violation of: See # 5A + SEE PREDICATE ACTS IN #1 ABOVE | DAMAGES SUSTAINED | DEFENDANT | DAMAGES AMOUNT FOR WHICH EACH DEFENDANT IS LIABLE |
|---|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $10 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | 3200 DOE SCIENTOLOGY COPYRIGHT CASE DEFENDANTS | MULTIPLE PREDICATE ACTS - See # 5A + SEE PREDICATE ACTS IN #1 ABOVE |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | AMERICAN ARBITRATION ASSOCIATION | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $1 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | ANNE MARIE GRIFFIN | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $3 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | ANTOINETTE THEODOSSAKOS | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $2 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | AVA PAQUETTE | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE | $10 MILLION FOR | BRIDGE PUBLICATIONS | MULTIPLE |

| | | | |
|---|---|---|---|
| ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | | **PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | CHURCH OF SCIENTOLOGY MISSION OF FORT LAUDERDALE INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | CHURCH OF SCIENTOLOGY OF FLORIDA INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | CHURCH OF SPIRITUAL TECHNOLOGY INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$2 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | CRAIG J. RYAN | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$2 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DANIEL D. DASHMAN | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL | **$1 MILLION FOR EACH PREDICATE** | DAVID CORNELL | **MULTIPLE** |

| ATTACHMENTS BELOW | **ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | | **PREDICATE ACTS** |
|---|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DAVID LUBOW a/k/a DAVID LEBEAU | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DAVID MISCAVAGE | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DAVID SCHINDLER | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DENTALTOWN.COM LLC | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | DOUGLAS NESS | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | ECONOMIC RESEARCH GROUP FLORIDA | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH | ECONOMIC RESEARCH GROUP INC. NY | **MULTIPLE PREDICATE ACTS** |

| | | | |
|---|---|---|---|
| ATTACHMENTS BELOW | THIS DEFENDANT FOUND LIABLE BY THE COURT | | |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | EDWARDS ANGELL PALMER & DODGE LLP | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | EUGENE M. INGRAM | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$3 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | FLORA NESS | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | GARY SOTER | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | GARY WOODFIELD | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$1 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | GOOGLE | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT | HELENA KEMPNER KOBRIN | **MULTIPLE PREDICATE ACTS** |

| | | | |
|---|---|---|---|
| | FOUND LIABLE BY THE COURT | | |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | HOWARD FARRAN | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$3 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | INSTANT DATA RESEARCH INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$1 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | JIM SCHULTZ | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | JOHN ARRASTIA | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$7 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | KENDRICK LICHTY MOXON | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | LATHAM & WATKINS LLP | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$2.5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND | LISA DASHMAN | **MULTIPLE PREDICATE ACTS** |

| | | | |
|---|---|---|---|
| | LIABLE BY THE COURT | | |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MARC SCHWARTZ | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MARILYN PISANI | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MICHAEL MAROON | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MICHAEL MIDDLETON | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MICHAEL NACHWALTER | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $1 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MIKE ELLIS | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $7 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | MOXON & KOBRIN | MULTIPLE PREDICATE ACTS |

| | | | |
|---|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | NORMAN F. TAYLOR | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $3 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | NEAL LEVIN (ONCE ADDED) | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | PROSKAUER ROSE | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | ROBERT BRUCE AMIDON | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $10 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | SCIENTOLOGY MISSIONS INTERNATIONAL INC. | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $10 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | $4 MILLION FOR EACH PREDICATE ACT FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | SCOTT BRODY | MULTIPLE PREDICATE ACTS |
| See # 5A + SEE PREDICATE | $1 MILLION FOR | SCOTT INKS | MULTIPLE |

| | | | |
|---|---|---|---|
| ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | | **PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$6 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | SIMEON DANIEL BRIER | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$1 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | STEVEN SAMILOW | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | THE CHURCH OF SCIENTOLOGY INTERNATIONAL INC. (CSI) | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | THOMAS MEEKS | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | TOM CRUISE | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$3.5 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | WARREN MCSHANE | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL | **$4 MILLION FOR EACH PREDICATE** | WILLIAM HART | **MULTIPLE** |

| ATTACHMENTS BELOW | **ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | | **PREDICATE ACTS** |
|---|---|---|---|
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | WILLIAM RICHARD HOWARD | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$10 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC. | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$1 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | YAHOO | **MULTIPLE PREDICATE ACTS** |
| See # 5A + SEE PREDICATE ACTS IN #1 ABOVE & ALL ATTACHMENTS BELOW | **$4 MILLION FOR EACH PREDICATE ACT** FOR WHICH THIS DEFENDANT FOUND LIABLE BY THE COURT | ZUCKERMAN SPAEDER | **MULTIPLE PREDICATE ACTS** |

**18.** Provide any additional information you feel would be helpful to the Court in processing
your RICO claim.

| PATTERN OF RACKETEERING/CRIMINAL ACTIVITY ... PREDICATE ACTS/INCIDENTS OF CRIMINAL ACTIVITY | ADDITIONAL INFORMATION WHICH WILL ASSIST IN PROCESSING THIS CLAIM |
|---|---|
| SEE QUESTIONS 1 AND 5A | SEE PLA-CDI CLIENT AFFIDAVITS BELOW FOR THE ESSENCE OF THE CONSPIRACY AND THE ATTACK = THE TELEPHONE CALLS (WIRE |

FRAUD) , THE MAIL FRAUD, THE TORTIOUS INTERFERENCE WITH CONTRACTS – ALL ON A CONSPIRACY BASIS.  THREADING ALL THE INCREDIBLE NUMBER OF PARTS TOGETHER HAS BEEN A GARGANTUAN TASK – AND WE STILL HAVEN'T GOTTEN EVERY LAST BIT OF IT DOWN ON PAPER (EXCEPT IN MASSIVE NUMBERS OF DOCUMENTS AND LONG DATABASES CATALOGUING CHRONOLOGY, AD NAUSEAM.

Effective April 15, 1998.

**Comments**
(1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995),
is designed to establish uniform and efficient procedure for handling civil RICO claims asserted
under federal and Florida law.

tle 18,1961. Definitions



**Cornell University
Law School**

- Search Law School
- Search Cornell

LII / Legal Information Institute

- home
- search
- sitemap
- donate

## U.S. Code collection

- main page
- faq
- index
- search

TITLE 18 > PART I > CHAPTER 96 > § 1961

§ 1961.
Definitions

Prev |
Next

How Current is
This?

As used in this chapter—

**(1)** "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), sections 1461–1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).,[1] section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1953 (relating to interstate transportation of wagering paraphernalia), section 1954 (relating to unlawful welfare fund payments), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of monetary instruments), section 1957 (relating to engaging in monetary

US CODE: Title 18,1961. Definitions

transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), section 1960 (relating to illegal money transmitters), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), section 2318 (relating to trafficking in counterfeit labels for phonorecords, computer programs or computer program documentation or packaging and copies of motion pictures or other audiovisual works), section 2319 (relating to criminal infringement of a copyright), section 2319A (relating to unauthorized fixation of and trafficking in sound recordings and music videos of live musical performances), section 2320 (relating to trafficking in goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341–2346 (relating to trafficking in contraband cigarettes), sections 2421–24 (relating to white slave traffic), sections 175–178 (relating to biological weapons), sections 229–229F (relating to chemical weapons), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501 (c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b (g)(5)(B);

**(2)** "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof;

**(3)** "person" includes any individual or entity capable of holding a legal or beneficial interest in property;

**(4)** "enterprise" includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity;

**(5)** "pattern of racketeering activity" requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

**(6)** "unlawful debt" means a debt

    **(A)** incurred or contracted in gambling activity which was in violation of the law of the United States, a State or political subdivision thereof, or which is unenforceable under State or Federal law in whole or in part as to principal or interest because of the laws relating to usury, and

    **(B)** which was incurred in connection with the business of gambling in violation of the law of the United States, a State or political subdivision thereof, or the business of lending money or a thing of value at a rate usurious under State or Federal law, where the usurious rate is at least twice the enforceable rate;

**(7)** "racketeering investigator" means any attorney or investigator so designated by the Attorney General and charged with the duty of enforcing or carrying into effect this chapter;

**(8)** "racketeering investigation" means any inquiry conducted by any racketeering investigator for the purpose of ascertaining whether any person has been involved in any violation of this chapter or of any final order, judgment, or decree of any court of the United States, duly entered in any case or proceeding arising under this chapter;

**(9)** "documentary material" includes any book, paper, document, record, recording, or other material; and

**(10)** "Attorney General" includes the Attorney General of the United States, the Deputy Attorney General of the United States, the Associate Attorney General of the United States, any Assistant Attorney General of the United States, or any employee of the Department of Justice or any employee of any department or agency of the United States so designated by the Attorney General to carry out the powers conferred on the Attorney General by this chapter. Any department or agency so designated may use in investigations authorized by this chapter either the investigative provisions of this chapter or the investigative power of such department or agency otherwise conferred by law.

[1] So in original.

Prev |
Next

*Search this title:*



SEE QUESTION # ABOVE – SPECIFIED BY THE FOLLOWING PLA-CDI CLIENT AFFIDAVITS …

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA Case No. 04-61178-CIV-HUCK / SIMONTON

PETER LETTERESE AND                                    )

ASSOCIATES, INC.,                                      )

a Florida corporation,                                 -)

                                                       )

              Plainti                              )

                                                       )

        vs.                                          )

                                                       '

WORLD INSTITUTE OF SCIENTOLOGY                         )

ENTERPRISES INTERNATIONAL, INC., RELIGIOUS )

TECHNOLOGY CENTER, INC., CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE )

PUBLICATIONS INCORPORATED, all California.             )

corporations, CHURCH OF SCIENTOLOGY FLAG              )

SERVICE ORGANIZATION, a Florida corporation, NEW ) ERA PUBLICATIONS INTERNATIONAL, a foreign. )) corporation, CHURCH OF SCIENTOLOGY, MISSION ) OF FORT LAUDERDALE, INC., AND CHURCH OF ) SCIENTOLOGY OF FLORIDA, both Florida corporations, and DOES 1-3200,

                                                       )

)

Defendants. _____ )

AFFIDAVIT OF

THOMAS J. KARAS

BEFORE ME the undersigned official appeared THOMAS J. KARAS who, being duly sworn, deposes and says:

I am a dentist-Owner of a private practice dental office called Thomas J. Karas, DDS. I have personal knowledge of the facts stated in this Affidavit, a.nd if called as a witness, I could and would competently testify to the statements made herein, except where statements are specifically identified as being made on infonnation and belief, and if so, such statements are believed to be true based on such.

2.        I am the International Galileo® Training Director for Galileo Systems International, a dba of Peter Letterese & Associates, Inc., I am a client of Galileo® consulting, which provides consulting to my dental office in management of my practice and I am President of S.A.V,E! International Inc., a separate corporation affiliated with Peter Letterese & Associates, Inc.

3.        I will be a witness in this lawsuit involving CST, Bridge and WISE. I have been intimidated by actions taken by these entities and/or their surrogate private investigators and attorneys and I am, now reluctant to testify in this case for fear of further attacks on my reputation and my ability to conduct business free of intimidation. In August 2004 I was deposed in a related suit by Mr. Gary Soter and Mr. Kendrick Moxon (who is now an attorney on the current copyright case). The deposition was an experience that left me very intimidated. The attorney's style was extremely aggressive, demeaning and I felt threatened. Their questions were far

beyond the stated reason I was being deposed especially questions regarding S.A.V.EITM training. Beginning around September 2004 I spoke to Mr. Toni Gamboa, Charles Slepian Esq., Dr. Scott Brody, Dr. Randy LaFrorn, Dr. Paul Bryan and Ms. Diane Bryan about phone calls they had received accusing Peter Letterese of sexually molesting a young boy (which is a complete falsehood, but which the aforementioned individuals have promoted on the internet) and defrauding dentists through Galileo® and .A.V.E!TM. All of the above named. persons called me to express their concern as to the damage this false and misleading distortion of the facts would have on their reputations and businesses. It had the exact same effect on me and I became very concerned about my own reputation. Dr. Brody and Charles Slepian told me that they had been contacted by David Lebow and Eugene ingrain.

respectively. Mr. Lebow's reputation as revealed by my own interne search also intimidated me. During this time I also became aware of interne postings on the websites: dentaltown and [dentistryalert.com](dentistryalert.com). soliciting dentists to sue PL&A describing Mr. Letterese to my colleagues in dentistry as a "scum bag". I searched on the name, "Eugene Ingram", the name of the man who had posted one of the messages. Ingram's

reputation and past history was very upsetting and intimidating to me. I wanted to end my involvement in this case altogether. TB. a later posting I read that "a massive fraud

lawsuit" was being filed against PL&A and S.A.V.E!Tm. training. Since I am the president of S.A.V.E!TM I became quite intimidated and withdrawn by these false postings even though I had already trained over 900 students in Michigan and throughout the U.S. for free and received glowing success stories from my students. I reasoned that if a free premused to train young worn.en to avoid abduction could be characterized as a. fraudulent activit the o i le behind these ostin s would sto _____ nothing and I was right. I received a phone call from Dr. Randy LaFrom one day, I don't recall the date, but Dr.

LaFrom was putting on a S.A.V.E!TM class in California. He told me that the secretary at St.

Francis Cabrini School, the location of the class, had been called and

warned that S.A.V.E!TM classes were being put on by "child molesters". She informed the pastor

who discounted the rumors and allowed the class to go on. During the class two men

distributed flyers on the windshields of the students again claiming that Mr. Letterese was a

"child molester". This was extremely upsetting to Dr.. LaFrom, his wife, Lisa and everyone in

S.A.V.E!TM that knew about it. It was extremely intimidating to me and nearly caused my

cancellation of classes scheduled in Michigan for fear of an attack just like the one in California

and I contemplated dropping out of the S.A.V.E!TM

program just so I could get out of the lawsuit. I started to see postings with my name associated with

the lies and distortions regarding PL&A and Peter Letterese which were being propagated in a

forum to my colleagues i.n dentistry which again has made me very reluctant to testify in this case

for fear that a smear campaign will be directed at me to destroy my reputation, my dental business

and my S.A.V.E!TM activities.


FURTHER AFFIANT SAYETH NOT

[First name NI' • initial Last name]

STATE OF _/7017#44V_

COUNTY OF

FremiegO       _____

SWORN TO AND SUBSCRIBED
BEFORE ME,

the _OO-¹(_ day of        _¹V/A/_ 2005

        _____

          My Commission

Notary Public       Expires: _7-f-zee7_

     A r e x  _/ 4 1_
_ierfeefril 'etenfry:,'' fkoveimfe4/_

**M I C H M L**

**NCLAND          MICHIGAN**

**Comml. ExPkis Julyt 2001**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CW-HUCK 1 SIMONTON

PETER LETTERESE AM) ASSOCIATES, INC.,

a Florida corporation,

        Plaintiff,

    vs.

WORLD INSTITUTE OF SCIENTOLOGY                    )

ENTERPRISES INTERNATIONAL, INC,, RELIGIOUS )
TECHNOLOGY CENTER, INC., CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE ) )

PUBLICATIONS INCORPORATED, all California                    )

corporations, CHURCH OF SCIENTOLOGY FLAG                    )

SERVICE ORGANIZATION, a Florida corporation, NEW ) ERA PUBLICATIONS
INTERNATIONAL, a foreign )) corporation, CHURCH OF SCIENTOLOGY,
MISSION ) OF FORT LAUDERDALE, INC,, AND CHURCH OF ) SCIENTOLOGY OF
FLORIDA, both Florida corporations, ) a n d   D O E S   1 -
3 2 0 0 ,   )

                                            )

Defendants.

---

**AFFIDAVIT OF RANDALL MARK LAFROM.**

DDS

    BEFORE ME the undersigned official appeared Randall Mark LaFrom, DDS who, being duly sworn,
deposes and says:

1.        **I** am a dentist. I have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I could and would competently testify to the statements made herein, except where statements are specifically identified as being made on information and belief, and if so, such, statements are believed to be true based on such.

2.        1 am a client of Galileo Consulting (PL&A), which provides consulting to my dental, office in management of my practice,

3.        On November 10th, 2004, an unsolicited email was sent to Jean O'Connell of St. Frances Cabrini Catholic Church, where we were sponsoring a Self Defense Course (as part of a community PR program for our dental office) on that Saturday, November 13th, 2004. (See attachment "A"). It purports to be sent from a parishioner who signed their daughter up for the course, but was sent from a third party — John Mier who forwarded the 14 page email to Jean. The introductory email which included the introductory paragraph was forwarded from Jean to my wife's Lisa's email and it is also included (Attachment "B").

4.        The email describes his upset with the SAVE! One Training organization and Peter Letterese. On the day ofthe course, nearly a hundred more 1.1 page two-sided flyers were put on, the cats of the participants and passed around the church and in the lobby (these included an unauthorized copy of my Pre-Registration Form for the class included in Attachment "C") . One of the participants notified me of this, as her daughter was scared because there was a car with two boys racing around in the parking lot staring at us, looking at the flyers. I grabbed one of the flyers and asked the boys to leave. They were on private property uninvited. They refused to leave so we had to

call the police who arrived about twenty minutes later, just after the boys finally left the parking lot.

5.      Because of the flyers and the harassment from the boys in the parking lot, I had one family leave the program early and several others comment about their concerns. In. addition, I had three people training to become assistant trainers for the course that chose not to continue participating. My wife, who was the logistics coordinator for our courses also was upset from. the information and has stepped down from actively assisting me with the course preparation. My front desk staff member attends the church where the course was and she said she saw the flyers in the lobby of the church on the following

Sunday. She took them and tossed them but read it first and I believe this has affected. her willingness and ability to support us with the program and possibly working with our dental consultant, because of the information she read in the flyers. My sister, who attended that Self Defense Course in November 2004, originally was in support of the program but has asked me not to continue because she was concerned about my name being associated with the program because of the flyers. Prior to that, she was willing to assist me in introducing it to the Realtors in the area since many of them. are women and they are often left by themselves at open houses and are potential targets. After it, however, she encouraged me to stop offering the program in fear of further harassment.

6.      I have worked with several consultants in the past and have never experienced any harassment problems while working with any of them.

FURTHER AFFIANT SAYETH NOT.

Atell-vk '7-60--46'7/

Randall Mark LaFrom, DDS

STATE, OF C A L 1 P 0 P N ii; COUNTY
OF S A NTA CLARA

SWORN TO AND SUBSCRIBED

BEFORE ME, C a.t,k        eLLA



**OAVIO KAHLEN**
**Commitsian # 1487756**
**Notary Public — California**
**Santa Ma County**
**My Com filptesMayil. 2IV8**

NIJ _____            My Commission

Notary Public          Expires: rA        2 e 0

*Randall*

STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-}TUCK / SIMONTON PETER

LETTERESE AND

ASSOCIATES, INC.,

a Florida corporation,

        Plaintiff,

   vs.

                              )

WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC., RELIGIOUS )

                              )

TECHNOLOGY CENTER, INC., CHURCH OF

SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE ) )

PUBLICATIONS INCORPORATED, all California      )

corporations, CHURCH OF SCIENTOLOGY FLAG      )

SERVICE ORGANIZATION, a Florida corporation, NEW ,) ERA
PUBLICATIONS INTERNATIONAL, a foreign corporation,
CHURCH OF SCIENTOLOGY, MISSION

OF FORT LAUDERDALE, INC., AND CHURCH OF )
SCIENTOLOGY OF FLORIDA, both Florida corporations,) and
DOES 1-3200,                         )

                              )

        Defendants.           ))

**D.D.S.**

**AFFIDAVIT OF DAVID W. WINN II,**

BEFORE ME the undersigned official appeared DAVID W. WINN IT, D.D.S. who, being duly sworn, deposes and says:

1.        I am a dentist licensed to practice in the State of Colorado, and maintain a dentistry practice at 6475 Wall Street, Colorado Springs, Colorado 80918.

have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I could and would competently testify to the statements made herein, except where

statements are specifically identified as being made on information and belief, and if so, such statements are believed to be true based on such.

2.      I am a client of Galileo Systems International, which provides consulting to my dental office in management of try practice.

3.      On or about December 6, 2004, I received an unsolicited telephone call from an individual who identified himself as David Lubow, a private investigator. Mr. Lubow said he was investigating Mr. Peter Letterese on behalf of a number of dentists trying to address their complaints.

*4.*      In response to my voiced concern about whether the telephone call was legitimate, Mr. Lubow invited me to check, out his credentials. He asked me for my email address, which I gave to him. Sometime later that same day, I received an email communication, a copy of which is attached to this Affidavit as Exhibit *A.*

FURTHER AFFIANT SAYETH NOT

W___

David W. Winn II, D.D.S.

STATE OF COLORADO

) Ss.

COUNTY OF EL PASO

Subscribed and sworn to before me thin day of
, 2005 by David W. Winn II, D.D.S.

ir164    itness my hand and seal.

DAWN CULBERTSON

NOTARY PUBLIC
STATE OF COLO ~~BO~~

_Dawn Culbertson_

N                          otary Public
State of Colorado

ission expires: _May_

2

**David Winn**

_____

From:                                    Infosearch555@cs.corn

Sent:    Monday, December 06, 2004 6:04 PM

To:      david.winn@laserdocoom

Subject: Peter Letterese and SAVE programs

## CONFIDENTIALITY WARNING
## CONFIDENTIAL ATTORNEY CLIENT WORK PRODUCT

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or state law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email.*

To: DDS David Winn

Dear DOS Winn,

Thank you for talking with me today.

I am currently investigating Mr, Letterese and his businesses on behalf of dentists that have lost large sums of money in the Galileo and SAVE programs, along with assets research, I am also investigating certain copyright issues that Peter has been involved with for the past few years.

I have put together some basic questions to assist me in my investigation of Mr. Letterese. Please review these questions and answer whichever questions you feel comfortable with. All information you share or provide to me is strictly confidential. This will also assist me with reviewing your circumstances and provide you assistance if you choose, Feel free to call me or the attorneys listed below for more details.

Here are the contact details for the attorneys working with other dentists:

Robert Amidon

2550 N. Hollywood Way

Suite* 502

Burbank CA 91505

Office: 818-558-4444

Fax*: 818-558-4435

John Kent is an another attorney working with Mr. Amidon on the Letterese cases, he can be reached at: 818-565-3442.

Another attorney Firm in Florida working cases for dentists are:

Edwards & Angell Law Firm
One North Clematis Street
Suite 4Q0

05/24/2005

West Palm Beach FL 33401
Main office* 561-833-7700

website: www.edwardsangell_com

The main attorney working the case is Gary Woodfield, Phone*: 561-820-0258, His assistant attorney who handles most of the work is Antoinette Theodossakos, phone* 561-820-0280, email: atheodossakos@edwardsangell.00rn. Give her a call to discuss your case. I am sure they can help.

**Thank you for your assistance. Please call, email or fax me with any questions you may have, along with a good time to call so we may discuss these issues.**

Sincerely,

David Lubow

Private Investigator

Phone: S66-641-8030, ext. 323

Direct *fax #:* 206-374-2444

Email: infosearch555@os.com

Company name: Falcon Industries

WA. State PI License*: 1798 and 299-12

you can reach the state license board by calling 360-664-6611 or on the web at: https://fortress.wa.govidol/dolprod/profqueryi and have my license verified.

Dentists Questions:

1. When did you first start with Letterese?

2. How did he contact you or where did you hear about him?

3. How much did you pay? (What were the dates for each time you paid and for what service?) What services were not delivered?

4. What did he promise you with regard to increasing your income or business?

5. Did he use other dentists to help sell the program to you? Who?

6_ Were you aware that these dentists were working for Letterese and not just random satisfied customers?

7. Did he get you to take out a loan?

8. What company did he do this through? (Get the name and address and phone of the company if they have it.)

9. Was Peter or Barbara working directly with the loan company? Please provide specific details on their involvement.

10. Did they have you wire transfer funds? To what bank? Get the details.

11. Did they make any comments about not paying by check?

12. If you did SAVE how much of the program did you pay for and what of this was actually delivered?

13. What *was* your understanding about getting your money back?

14. When did you realize that you were being cheated / it was fraud/ etc.?

15. Did you ask for your money back? When?

16. If not why not?

17. If you did ask for your money back, what happened? (Give the dates.)

18. Did Letterese intimidate or threaten?

19. Da you still have your contracts? (If so, please copy and send them to me so I can review them)

20, Did you make any complaints to the **FBI,** local attorney general or the National White Collar Crime Center (NWC3), which is an agency that works with the **FBI** and others to combat internet fraud? If not, you should do so immediately. The website is located at: hftp://www.io3.govi

21.  Please let me know the best way to contact you by; address, phone, fax, office, cell, and e-mail address.

22.  Do you know any other dentists can speak with that have had dealings with Mr. Letterese? Let me know if I should contact them with or without reference to you,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / SIMONTON PETER

| | |
|---|---|
| LETTERESE AND | ) |
| A S S O C I A T E S ,    I N C . , | |
| a Florida corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| W O R L D   I N S T I T U T E   O F   S C I E N T O L O G Y  )  ENTERPRISES INTERNATIONAL, INC., RELIGIOUS ,,) | |
| | ) |
| TECHNOLOGY CENTER, INC., CHURCH OF | |
| SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE ) ) PUBLICATIONS INCORPORATED, all California. corporations, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, a Florida corporation, NEW | ) |
| ERA PUBLICATIONS INTERNATIONAL, a foreign corporation, CHURCH OF SCIENTOLOGY, MISSION ) OF FORT LAUDERDALE, INC,, AND CHURCH OF ) SCIENTOLOGY OF FLORIDA, both Florida corporations,) | **)** |
| and DOES 1-3200, | ) |
| | ) |
| | ) |
| Defendants. | ) |

———————

## **AFFIDAVIT OF**          **MAUREEN 0. CALVISI**

BEFORE ME the undersigned official appeared MAUREEN 0. CALVISI who, being duly

sworn, deposes and says:

      1,          I am the office manager in a private practice dental office called

Thomas J. Karas, DDS, I have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I could and would competently testify to the statements made herein, except where statements are specifically identified as being made on information and belief, and, if so, such statements are believed to be true based on such.

2.      I am the Office Manager for Dr. Thomas J. Karas, DDS who is a client of Galileo® consulting, which provides consulting to Dr. Karasidental office in management of the practice.

3.      In late January 2005 or early February 2005. Our office received a phone call from an unknown caller. The caller said that he represented a "newsletter" and he wanted, to do a 15-minute interview with **Dr.** Karas. He said he wanted to know about dental consulting companies and asked if Dr. Karas was satisfied with the consulting company that he was with. When I told him Dr. Karas could not come to the phone he said he would call. back. He called back later that day and asked again to speak, to Dr. Karas. I told him Dr. Karas could not come to the phone but he was happy with the dental consulting company. The unknown caller di.d not call back..

FURTHER AFFIANT SAYETH NOT

[First name Middle initial Last name]

STATE OF *itehi/6/4f/*

COUNTY OF *ε 4,94.4f)*

SWORN TO AND SUBSCRIBED

BEFORE ME,

the __0/__ day of "VI/ 2005

My Commission

Notary Public              Expires: 7- P---zeo7

/71/Aceifsfg                    Meiv/6 14/

1-1144

PU

MOM
&Ott nu

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 04-61178-CIV-1-TUCK / SUWON-TON

PETER LErt ERESE AND

                                                    ASSOCIATES, INC.,
                                                    a Florida corporation,

          Plaintiff,

     vs.

WORLD INSTITUTE OF SCIENTOLOGY

ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY
CENTER, INC., CHURCH OF

SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE
PUBLICATION'S INCORPORATED, all California
corporations, CHURCH OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, a Florida corporation, NEW ERA
PUBLICATIONS INTERNATIONAL, a foreign corporation,
CHURCH OF SCIENTOLOGY, MISSION

OF FORT LAUDERDALE, INC, AND CHURCH OF   )
SCIENTOLOGY OF FLORIDA, both Florida corporations, ) and DOES
1-3200,

          Defendants.


**AFFIDAVIT OF Paul <u>Wesley Brvan</u> DMD**

          BEFORE ME the undersigned official appeared Paul Wesley Bryan D/VID who, being

duly sworn, deposes and says:

          1.          I am a dentist and practice under the business name of Paul W. Bryan

oTs.{D. I have personal knowledge of the facts stated in this Affidavit, and if called as a

witness, I could and would competently testify to the statements made herein, except

where statements are specifically identified as being made on information and belief; and if

so, such, statements are believed to be true based on such.

2.     I am a client Galileo consulting, which provides consulting to my dental office in management of my practice.

3.     On **or** about one year ago, I received an unsolicited. call from a man. requesting information about Mr. Letterese.

4.     He did not identify himself but indicated that he was interested in my

experience with Galileo. He indicated that he was aware of Galileo clients who were not satisfied with the service they received and that they felt that they had been manipulated by Mr. Letterese. I indicated, that my experience was quite the opposite and that if he was looking more dissatisfied clients he would have to look elsewhere. . 1. have never received any communications like this that were so subtly negative and damaging to a persons character as these were either within the dental profession of from without.

FURTHER AFFIAlsif SAYETH NO

Paul Wesley Bryan DMD

STATE OF WASHINGTON

COUNTY OF PIERCE

Notary ———— SWORN TO AND SUBSCRIBED

BEFORE ME,

the H day of MAY 2005

My Comm                                    ission

Public            Expires:              04-16 2006

UNITtL) STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

## Case No. 04-61.178-CIV-HUCK ⁄SIMONTON

PETER LETIERESE AND
ASSOCIATES, INC.,

a Florida corporation,

        Plaintiff,

   vs.

WORLD INSTITUTE OF SCIENTOLOGY                                    )

ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY

CENTER, INC., CHURCH OF

PUBLICATIONS INCORPORATED, all California
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE

corporations, CHURCH OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, a Florida corporation, NEW ERA
PUBLICATIONS INTERNATIONAL, a foreign corporation,
CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE,
INC., AND CHURCH OF

SCIENTOLOGY OF FLORIDA, both Florida corporations, ) and DOES
1-3200,

       Defendants.

_____

## AFFIDAVIT OF

    BEFORE ME the undersigned official appeared Paul Wesley Bryan MID who, being

duly sworn, deposes and says:

        am a dentist and practice under the business name of Paul. W, Bryan

DMD. I have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I, could and would competently testify to the statements made herein, except

where statements are specifically identified as being made on information and belief, and if so, such statements are believed to be true based on such.

2.        I **am** a client of Galileo consulting, which provides consulting to my

dental office in management of my practice.

3.        On or about the first of the year, 2005, I received an unsolicited call

from a person, **I believe a man,** claiming to be a private investigator from Snohomish

County in the State of Washington.

**4.**        Be identified himself as a private investigator working in Snohomish

County and that he was interested in my experience with Galileo, My recollection is that

he **was aware** of a number of dissatisfied Galileo clients and that he was gathering information

for a future action of some kind. **I** do recall specifically that he asked if I was **going to**

inform Mr. Lctterese of this conversation. When I responded with **"probably"** he laughed. T

have never received any communications like this that were so subtly negative and

damaging to a persons character as these were either within **the dental profession of from**

**without,**

**FURTHER AFFIANT SAYETH NOT**          Paul Wesley Bryan DMD

STATE OF WASHINGTON

COUNTY OF PIERCE

SWORN TO AND SUBSCRIBED BEFORE ME,

the 4TH day
of MAY 2005

Notary

My Comgtissio

Expires'          , 2  cia

Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### Case No. 04-61178-C1\7-HUCK / SIMONTON

PETER LECIER.ESE AND
ASSOCIATES, INC,,

a. Florida corporation,

      Plaintiff,

  vs.

WORLD INSTITUTE OF SCIENTOLOGY

ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY
CENTER, INC., CHURCH OF

SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE
PUBLICATIONS INCORPORATED, all California corporations,
CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, a
Florida corporation, NEW ERA. PUBLICATIONS 1-
NTERNATIONAL, a foreign corporation, CHURCH OF
SCIENTOLOGY, MISSION ) OF FORT LAUDERDALE, INC., AND
CHURCH OF SCIENTOLOGY OF FLORIDA, both Florida
corporations,

 and DOES 1-3200,

      Defendants_


### AFFIDAVIT' OF <u>Paul Wesley Bryan</u> DIVID

BEFORE ME the undersigned official appeared Paul Wesley Bryan. MID who, being

duly sworn, deposes and says.

1.      I am a dentist and practice under the business name of Paul W, Bryan

DMD. I have personal knowledge of the facts stated in this Affidavit, and if called as a

witness, I could and would competently testify to the statements made herein, except

where statements are specifically identified as being made on information and belief, and if

so, *such* statements are believed to be true based on such.

2. I am a client of Galileo consulting, which provides consulting to my dental office in management of my practice,

3. On or about two years ago I began receiving unsolicited e mails regarding Mr. Letterese. The e-mails were not sent from an address with which I was familiar. The were not signed or noted in anyway that would indicate to me from whom they came.

4. The body of the e-mails were very critical of Mr. Letterese. One included what appeared to be a police report regarding child molestation with, police identification photo. Another was a description of a lawsuit filed by an individual against Mr. Letterese and the Church. of Scientology. There were others, perhaps as many as 8, but I do not recall their *specifics* other than that they were of a very negative nature regarding Mr, Letterese and did not reflect my experience with him nor his character. I have never received any documents like this that were so negative and damaging to a persons character *as* these were either within the dental profession of from without. They were so without merit that f deleted them form my computer.

5, FURTHER AFFIANT S 'H NO

Pau ʳv4sleᵧ ryan

STATE OF WASHINGTON

COUNTY OF PIERCE

SWORN TO AND SUBSCRIBED BEFORE ME,

Notary Public

My Comy

Expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing AFFIDAVIT OF PAUL WESLEY BRYAN, DDS was caused to be served by facsimile on May 25, 2005 on the following counsel at the addresses as follows:

Helena K. Kobrin

Moxon & Kobrin

3055 Wilshire Blvd., Suite 900

Los Angeles, CA 90010

Fax: (213) 487-5385

*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., Church of Scientology International, Inc. and Church of Scientology of Florida, and Scientology Missions International, Inc.*

Thomas Meeks

Zuckerman Spaeder LLP

201 South Biscayne Blvd., Suite 900

Miami, FL 33131

Fax: (305) 579-9749

*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., and Church of Scientology of Florida, Church of Scientology International, Inc., and Scientology Missions International, Inc.*

Michael Nachwalter, Esq. and Elizabeth B. Honkonen, Esq. Kenny Nachwalter, P.A.

1100 Miami Center

201 South Biscayne Boulevard

Miami, Florida 33131-4327

Fax: (305) 372-1861

*Attorneys for Defendant Religious Technology Center, Inc.*

On May 25, 2005.

_____/s/ David L. Hoffman_____

David L. Hoffman

Adm Pro Hac Vice Nov.18, 2004

LAW OFFICES OF DAVID L. HOFFMAN

27023 McBean Parkway, Ste. 422

Valencia, CA 91355
Tel: (661) 775-0300

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments …** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

Fax: (661) 259-1255

---

[i] Probability Table – Showing That The actions herein are mathematically less than 1 in 1 trillion likely to have occurred outside the context of a conspiracy …

FORENSIC[i] PROBABILITY[i] ANALYSIS    CONCERNING THE  SCIENTOLOGY-INCITED CONSPIRACY AGAINST PLA-CDI **Computed & Verified by Forensic Statistician Consulting,** [i]
**Report Completed & Submitted: April 2, 2008**

A probability calculation analyzing the likelihood that the factual events listed below occurred, and the individuals who perpetrated them participated in them, wholly independently[i] of one another.

The core of our case against Scientology et al is that a conspiracy was created and operated by Scientology to commit various torts and RICO Violations in which persons and groups (including Attorneys and Private Investigators, 4 Clients (out of hundreds existing) plus a Vendor of PLA-CDI's were recruited by Scientology-recruited attorneys and/or PI's to reputationally and financially destroy Peter Letterese individually, and PLA-CDI (push it to bankruptcy). Once made bankrupt, (because Scientology believed the contract between PLA-CDI and Dane would be rendered void by such bankruptcy), Scientology hoped PLA-CDI would be out of the picture and thus unable to pursue its efforts to recover the intellectual property of the Les Dane Estate from the copyright-violating, unauthorized use by Scientology dating back to 1971.

3

**Note:** Forensic Statistician was provided a streamlined version of the undeniable facts within this case's chronology, but with only the "anonymous letter-or-number identifiers" (e.g., Company Z, Attorney 1, etc.) so as to ensure Forensic Statistician's objectivity, shown below next to each real identity, (which have been added here for the easy comprehension of this report by PLA-CDI Attorneys, Employees and Private Investigator). Forensic Statistician is experienced at providing expert testimony in court, has a known-corporation client list and is prepared to testify to the accuracy and standardness of these calculations on behalf of PLA-CDI upon request. Throughout are definitions (which clarify various terms and which are underlined, i.e., the definitions are found at the very end of the report), which are my own and which were not included by Forensic Statistician.
PROBABILITY ANALYSIS FROM FORENSIC STATISTICIAN :::

The purpose of this report is to go through and discuss the methods involved in calculating the probability that all of the persons involved could not have accomplished the outlined actions "coincidentally" and "independently" of each other. To begin with the probability calculations the first that will be done is go through a step-by-step process in calculating the probability at each step of the line.
In order to calculate the above probability that each acted coincidentally and independently of one another there would have to be a number of factors that would have to be taken into consideration.
The first thing that would have to be taken into consideration when attempting to calculate the probability would be the number of Attorneys that work in the U.S. Based on the information that is provided there are over 1,400,000 Attorneys currently working in the U.S. Since there is not an exact number that can be used in the final calculation of the probability it will have to be assumed that the total number of Attorneys is equal to 1,400,000.

The first probability that will be calculated will be the probability that **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** coincidentally is in negotiations with **PLA-CDI (Company Q)** while at the same time Norman Taylor [Glendale, CA] (Attorney 1), with very public Internet-documented, years-long connections to **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** independently "finds" Dr. **Richard Baldwin [Huntington Beach, CA]**(PLA-CDI Client 5) to represent in a contract "lawsuit" against PLA-CDI **(Company Q)** and then passes him over to Robert Amidon[Burbank, CA](Attorney 2) also with (only slightly less) public Internet-documented connections to **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** from the list of possible Attorneys that could have been hired by **Dr. Richard Baldwin** [Huntington Beach, CA]**(PLA-CDI Client 5)**
Based on the above figures the probability of **Dr. Richard Baldwin [Huntington Beach, CA](PLA-CDI Client 5)**  randomly hiring first one and then the other of these two particular Scientology-connected Attorneys would be equal to

$2/1,400,000 = 0.000001428.$

This is, of course if all things were equal, meaning that each one of the Attorneys that were allegedly "selected" by **Dr. Richard Baldwin [Huntington Beach, CA] (PLA-CDI Client 5)** had an equal chance of being selected. Because **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**  is proclaiming that the Attorneys

---

***Common English Definitions of conspiracy include …** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future … The Online Britannica Encyclopedia

3

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

acted independently of any actions or directions of theirs, the probability of this occurring would be what is expressed above since it would be random chance that placed the two Attorneys in this situation.

♦ ♦ ♦ ♦ ♦

The next thing that would have to be taken into consideration would be the probability of **Scientology** [HQs: Hemet & Los Angeles, CA] **(Company Z)** hiring a private investigator.  Based on the information that is provided there are assumed to be greater than 100,000 private investigators in the U.S. Since the exact number is not known this will have to be the assumed number located in the U.S. This would mean that the probability of Eugene Ingram [La Crescenta, CA](Private Investigator 1) taking any interest in, let alone acting predatorily toward **PLA-CDI (Company Q)** from the entire population of private investigators would be equal to

$1/100,000 = 0.00001.^i$

This is made due to the fact that **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** is denying any previous relationships between them and the Eugene Ingram (Private Investigator 1), which means that this private investigator was randomly selected from the total number of possible private investigators by an unknown person. By using the above calculated probabilities, the probability of **Dr. Richard Baldwin [Huntington Beach, CA](PLA-CDI Client 5)** independently "selecting" **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon**[Burbank, CA]**(Attorney 2)** as well as somehow "coincidentally" involving **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** would be equal to

**0.0000000142857**.

4

This is because the probabilities of **Dr. Richard Baldwin [Huntington Beach, CA](PLA-CDI Client 5)** selecting **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon**[Burbank, CA]**(Attorney 2)**  and from out of nowhere **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** would be:

- A = **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon**[Burbank, CA]**(Attorney 2)**

- B = **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)**

**P(A and B) = P(A) times P(B).**

As it stands at this moment there is a 1.428571x10-9% chance of **Dr. Richard Baldwin [Huntington Beach, CA](PLA-CDI Client 5)** hiring **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon**[Burbank, CA]**(Attorney 2)** as well as **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** involving himself unconnected in any way to his employer of 30+ years, **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**.

As a general rule in statistics and probability theory, the above formula of **P(A and B) = P(A) times P(B)** assumes that the probability of event A occurring is independent of the probability of event B occurring.

♦ ♦ ♦ ♦ ♦

For the next phase of the calculation, the probability that will be calculated is for the probability of **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** recruiting David LuBow [Unknown Address, CO] (Private Investigator 2), and **Economic Research Group-NY [New York] (Private Investigator 3)** and **Thomas Griffin**[Ft. Lauderdale – *Deceased Nov 2004*]  **(Private Investigator 4)** into the defamation of PLA-CDI (Company Q).

Using the information regarding the number of private investigators in the U.S. the probability of **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** selecting **David LuBow** [Unknown Address, CO] **(Private Investigator 2)**, **Economic Research Group-NY [New York] (Private Investigator 3)** and **Thomas Griffin**[**Ft. Lauderdale – *Deceased Nov 2004*]  (Private Investigator 4)** would be

$3/100,000 = 0.00003$.

This once again does not take into consideration that these three investigators may come from a list of investigators that **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** knew to begin with.  Assuming that **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)** knew just 10 other private investigators in the country[i], the probability of **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)**selecting David LuBow [Unknown Address, CO] **(Private Investigator 2)**[i], **Economic Research Group-NY [New York] (Private Investigator 3)**[i] and **Thomas Griffin**[**Ft. Lauderdale – *Deceased Nov 2004*]  (Private Investigator 4)**[6] would be equal to

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

4

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

Comments ... (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

0.30.

This means that as it stands right now the probability of all these people acting independently from **Scientology** [HQs: Hemet & Los Angeles, CA] **(Company Z)** would be equal to:

- A = **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon** [Burbank, CA] **(Attorney 2)**
- B = **Eugene Ingram** [La Crescenta, CA] **(Private Investigator 1)** recruiting
- C = **David LuBow** [Unknown Address, CO] **(Private Investigator 2)**, Economic Research Group-NY **[New York]** (Private Investigator 3) and Thomas Griffin [Ft. Lauderdale – *Deceased Nov 2004*]  (Private Investigator 4)

**P(A and B and C) = P(A) times P(B) times P(C)**.

As it stands at this moment there is a 4.285714x10-10% chance of these being independent of any of the actions or plans of **Scientology** [HQs: Hemet & Los Angeles, CA] **(Company Z)** .

♦ ♦ ♦ ♦ ♦

Next, the probability of **Eugene Ingram** [La Crescenta, CA] **(Private Investigator 1)** making contact with **Gary Woodfield [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)** in Florida will be considered. Using the information that was provided there are approximately 59,000+ Attorneys in the state of Florida, more specifically 7,778 in Broward & Palm Beach County, Florida. This would mean that the probability of **Eugene Ingram** [La Crescenta, CA] **(Private Investigator 1)** making contact with **Gary Woodfield [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)** would be equal to

3/7,778 = 0.00039.

5

**Gary Woodfield [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)** claim they were never working with **Eugene Ingram** [La Crescenta, CA] **(Private Investigator 1)** and only became involved innocently despite ending up representing **Dr. Doug Ness** [Anchorage, Alaska] **(Client 1), Dr. Scott Brody** [Castle Rock, CO] **(Client 2), Dr. Marc Schwartz** [Belmont, CA] **(Client 3) & Richard Clear** [Maryville, TN] **(Vendor-4)** of PLA-CDI (Company Q), even though the geographic spread of these PLA-CDI clients around the US was rather large. This would mean that the probability of these Attorneys independently representing these clients of PLA-CDI (Company Q) would have to be calculated.

Based on the previous information of Dr. Doug Ness [Anchorage, Alaska] (Client 1), Dr. Scott Brody [Castle Rock, CO] (Client 2), Dr. Marc Schwartz [Belmont, CA] (Client 3) & Richard Clear [Maryville, TN] (Vendor-4) which are spread throughout the US choosing **Gary Woodfield [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)** given they are all located in the state of Florida in Palm Beach & Broward County would be equal to

**2.142857x10-06** [(3/7778)*(3/1,400,000)]/[3/7778].

This is based on the fact that this immediately preceding conditional[i] Bayesian[j] probability that the Attorneys in Broward County Florida is a subset of the entire population of Attorneys in the US.

This means that up to this point, using the above probability equation to show independence of **P(A and B and C and D)** occurring, where D is the probability **Gary Woodfield [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)** being randomly selected and acting independently of everything that is going on to this point with A, B and C are as defined earlier above would be

9.183673x10-18

or a 9.183673x10-16 % chance of these occurring independently or randomly of one another.

♦ ♦ ♦ ♦ ♦

The following probability that is calculated will be the probability of **Thomas Griffin** [Ft. Lauderdale – *Deceased Nov 2004*]  **(Private Investigator 4)** making contact with Ryan Bonsett **[Ft. Laud, FL]** (Private Investigator 5) and Dick Howard **[Ft. Laud, FL]** (Private Investigator 6)[k].

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

5

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

Based on the provided information that there are 100,000 plus private investigators in the U.S. the probability of **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)** contacting these two private investigators would be

2/100,000 = 0.00002.

This is not taking into consideration the probability of **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)** already knowing these two private investigators, so the one assumption that would have to be made is the number of private investigators **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)** knew in the state of Florida.

Assuming that **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)** knew 10 private investigators in the state of Florida, the probability of **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)** making contact with these two specific investigators would be (using the conditional probability defined above) would be

0.20.

This would mean that these private investigators had a 20% chance of being selected by **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)**. Therefore, assuming independence between all the events that have taken place so far the probability of these events would be equal to:

---

| P(A and B and C and D and E) =    P(A) times P(B) times P(C) times P(D) times P(E). |
| :--- |
| = 1.836735x10-18 |

---

This means that there was a 1.836735x10-16% chance of all these named events occurring randomly and independently of one another.

♦ ♦ ♦ ♦

The following probability then takes into account the probability of **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** hiring Rick Moxon **[Los Angeles, CA]** (Attorney 7) & Helena Kobrin **[Los Angeles, CA]** (Attorney 8) which were assumed to have taken on the position of Attorneys for **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** independently of all that was going on to this date.

This would mean that assuming that these two Attorneys were actually independent of all the earlier highly improbably non-involvement of **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**, the probability of this occurring would be equal to 2/1,400,000 = 0.000001428 since of the Attorneys **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** could have hired, they chose **Rick Moxon [Los Angeles, CA] (Attorney 7)** & **Helena Kobrin [Los Angeles, CA] (Attorney 8)** independently from the entire population of possible Attorneys.

But using the evidence that was provided, **Rick Moxon [Los Angeles, CA] (Attorney 7)** & **Helena Kobrin [Los Angeles, CA] (Attorney 8)** have had a long standing relationship with **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**, and in fact only work for **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**. This would mean that in order to determine the probability of these two Attorneys being selected one would have to know the number of Attorneys that are currently employed by **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)**.

Since this information is not provided the number of Attorneys that work specifically for **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** would have to be assumed. Therefore, assuming that **Scientology**[HQs: Hemet & Los Angeles, CA] **(Company Z)** has currently 10 Attorneys working for them, the probability of them selecting these two particular Attorneys would be equal to

0.20.

This would mean that the overall probability of everything that has occurred to this moment being independent of one another would be equal to:

- A = **Norman Taylor** [Glendale, CA] **(Attorney 1)** and **Robert Amidon**[Burbank, CA]**(Attorney 2)**

- B = **Eugene Ingram** [La Crescenta, CA]**(Private Investigator 1)**
- C = **David LuBow** [Unknown Address, CO] **(Private Investigator 2)**, **Economic Research Group-NY [New York] (Private Investigator 3)** and **Thomas Griffin[Ft. Lauderdale – *Deceased Nov 2004*] (Private Investigator 4)**
- D = Gary Woodfield **[Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 4)**, **Annette Theodossakos [Palm Beach, FL – Edwards & Angell Law Firm] (Attorney 5)**, and **Simeon Brier [Ft. Laud, FL – Edwards & Angell Law Firm] (Attorney 6)**, Representing **Dr. Doug**

---

*__Common English Definitions of conspiracy include ...__* Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ...  The Online Britannica Encyclopedia

6

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments …** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

**Ness** [Anchorage, Alaska] **(Client 1), Dr. Scott Brody** [Castle Rock, CO] **(Client 2), Dr. Marc Schwartz** [Belmont, CA] **(Client 3) & Richard Clear** [Maryville, TN] **(Vendor-4)**

- E = Ryan Bonsett [Ft. Laud, FL] **(Private Investigator 5)** and Dick Howard [Ft. Laud, FL] **(Private Investigator 6)**

- F = Rick Moxon [Los Angeles, CA] **(Attorney 7)** & Helena Kobrin [Los Angeles, CA] **(Attorney 8)**

---

**P(A and B and C and D and E and F) =**                    **P(A) times P(B) times P(C) times P(D) times P(E) times P(F)**
**= 3.673469x10$^{-19}$**

This means that the chances of everything that has occurred so far happening independently of one another, would be equal to 3.673469x10-17%.

This would mean that the chances of **these events** happening randomly and independently of one another would be equal to   **LESS THAN One Chance In A Billion-Billion (i.e., One Trillion Tries**.

This indicates that based on all the occurrences that have taken place throughout the course of this study there is a very, **very, very, very** small chance that they have occurred independently and randomly from one another.

♦ ♦ ♦ ♦ ♦

# ENDNOTES …                                              7

[ii] **§ 1962. Prohibited activities**

**(a)** It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer. **(b)** It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

---

**_Common English Definitions of conspiracy include …_** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future … The Online Britannica Encyclopedia

7

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

**(c)** It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.
**(d)** It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.

[iii] **18 U.S.C. §§ 1962(a)** … The complaint set forth seventeen claims for relief alleging that the defendants acted through various associated-in-fact enterprises, including the Bonanno Family Enterprise, in violation of 18 U.S.C.§§ 1962(a)(b) and (c) to cause Local 814 to be a captive labor organization through which the defendants could infiltrate, dominate, control and exploit labor organization and victimize the moving and storage industry.

[iv] The complaint alleged three causes of action. First, the complaint alleged that from 1970 to December 19, 1990, the named individual defendants conspired together and with others to participate in the affairs of the alleged enterprise and to acquire and maintain an interest in the alleged enterprise through the alleged pattern of 13 racketeering acts as set forth above, in violation of 18 U.S.C. §§ 1962(b), (c) and (d).

[v] The district court found that the Provenzano brothers (Anthony, Nunzio and Salvatore) and the Provenzano Group (Anthony & Nunzio Provenzano, Andrettas and Gabriel Briguglio) betrayed the membership of Local 560, and along with the remaining individual defendants, violated 18 U.S.C. §§ 1962(b), (c), and (d). The district court enjoined defendants Andretta and Briguglio from any future contacts of any kind with Local 560 and removed current members of Local 560's Executive Board found to have violated RICO in favor of a trusteeship. In that regard, the district court found it particularly significant that the members of the Executive Board aided and abetted the creation and maintenance of a climate of intimidation by knowingly appointing and reappointing associates of the Provenzano Group with criminal records and/or propensity for violence.

[vi] **772.101  Short title.**--This chapter shall be known as the "Civil Remedies for Criminal Practices Act."

[vii] **772.104  Civil cause of action.**--

(1)  Any person who proves by clear and convincing evidence that he or she has been injured by reason of any violation of the provisions of s. 772.103 shall have a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts.

(2)  As an alternative to recovery under subsection (1), any person who proves by clear and convincing evidence that he or she has been injured by reason of any violation of the provisions of s. 772.103 due to sex trafficking or human trafficking shall have a cause of action for threefold the amount gained from the

8

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

8

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

sex trafficking or human trafficking and in any such action is entitled to minimum damages in the amount of $200 and reasonable attorney's fees and court costs in the trial and appellate courts.

(3)  In no event shall punitive damages be awarded under this section. The defendant shall be entitled to recover reasonable attorney's fees and court costs in the trial and appellate courts upon a finding that the claimant raised a claim which was without substantial fact or legal support. In awarding attorney's fees and costs under this section, the court shall not consider the ability of the opposing party to pay such fees and costs. Nothing under this section shall be interpreted as limiting any right to recover attorney's fees or costs provided under other provisions of law.
**History.**--s. 3, ch. 86-277; s. 1180, ch. 97-102; s. 3, ch. 2006-168.

[viii] **772.103  Prohibited activities.**--It is unlawful for any person:

(1)  Who has with criminal intent received any proceeds derived, directly or indirectly, from a pattern of criminal activity or through the collection of an unlawful debt to use or invest, whether directly or indirectly, any part of such proceeds, or the proceeds derived from the investment or use thereof, in the acquisition of any title to, or any right, interest, or equity in, real property or in the establishment or operation of any enterprise.

(2)  Through a pattern of criminal activity or through the collection of an unlawful debt, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise or real property.

(3)  Employed by, or associated with, any enterprise to conduct or participate, directly or indirectly, in such enterprise through a pattern of criminal activity or the collection of an unlawful debt.

(4)  To conspire or endeavor to violate any of the provisions of subsection (1), subsection (2), or subsection (3).

**See Fla Statute 772 definitions** ... (3)  "Enterprise" means any individual, sole proprietorship, partnership, corporation, business trust, union chartered under the laws of this state, or other legal entity, or any unchartered union, association, or group of individuals associated in fact although not a legal entity; and the term includes illicit as well as licit enterprises and governmental, as well as other, entities.

(4)  "Pattern of criminal activity" means engaging in at least two incidents of criminal activity that have the same or similar intents, results, accomplices, victims, or methods of commission or that otherwise are interrelated by distinguishing characteristics and are not isolated incidents; provided that the last of such incidents occurred within 5 years after a prior incident of criminal activity. For the purposes of this chapter, the term "pattern of criminal activity" shall not include two or more incidents of fraudulent conduct arising out of a single contract or transaction against one or more related persons.

(5)  "Real property" means any real property or any direct or indirect interest in such real property. An interest in any lease of or mortgage upon real property shall be considered an interest in such real property.

(6)  "Related persons" means, as to natural persons, persons who are related by blood within the second degree or who are married and, as to other persons, persons which are substantially under the same direction, ownership, or control, either directly or indirectly.

9

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

9

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments** ... (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

[ix] **Fla Chap 817 Part 1 - For Use in 12.1 RICO Statement -  All Links Active  - See 3rd Attached PDF**

**Also ... 817.03 Making false statement to obtain property or credit.**--Any person who shall make or cause to be made any false statement, in writing, relating to his or her financial condition, assets or liabilities, or relating to the financial condition, assets or liabilities of any firm or corporation in which such person has a financial interest, or for whom he or she is acting, with a fraudulent intent of obtaining credit, goods, money or other property, and shall by such false statement obtain credit, goods, money or other property,

**Also ... 817.034 Florida Communications Fraud Act.**--

(1) LEGISLATIVE INTENT.--

(a) The Legislature recognizes that schemes to defraud have proliferated in the United States in recent years and that many operators of schemes to defraud use communications technology to solicit victims and thereby conceal their identities and overcome a victim's normal resistance to sales pressure by delivering a personalized sales message.

(b) It is the intent of the Legislature to prevent the use of communications technology in furtherance of schemes to defraud by consolidating former statutes concerning schemes to defraud and organized fraud to permit prosecution of these crimes utilizing the legal precedent available under federal mail and wire fraud statutes.

(2) SHORT TITLE.--This section may be cited as the "Florida Communications Fraud Act."

(3) DEFINITIONS.--As used in this section, the term:

(a) "Communicate" means to transmit or transfer or to cause another to transmit or transfer signs, signals, writing, images, sounds, data, or intelligences of any nature in whole or in part by mail, or by wire, radio, electromagnetic, photoelectronic, or photooptical system.

(b) "Obtain" means temporarily or permanently to deprive any person of the right to property or a benefit therefrom, or to appropriate the property to one's own use or to the use of any other person not entitled thereto.

(c) "Property" means anything of value, and includes:

1. Real property, including things growing on, affixed to, or found in land;

2. Tangible or intangible personal property, including rights, privileges, interests, and claims; and

Statutes & Constitution :View Statutes :->2008->Ch0817->Section 034 : flsenate.gov
http://www.flsenate.gov/Statutes/index.cfm?App...SEC034.HTM&Title=->2008->Ch0817->Section%20034 (1 of 3) [8/27/2008 2:02:39 PM]
Statutes & Constitution :View Statutes :->2008->Ch0817->Section 034 : flsenate.gov

3. Services.

(d) "Scheme to defraud" means a systematic, ongoing course of conduct with intent to defraud one or more persons, or with intent to obtain property from one or more persons by false or fraudulent pretenses, representations, or promises or willful misrepresentations of a future act.

(e) "Value" means value determined according to any of the following:

1.a. The market value of the property at the time and place of the offense, or, if such cannot be satisfactorily ascertained, the cost of replacement of the property within a reasonable time after the offense.

b. The value of a written instrument that does not have a readily ascertainable market value, in the case of an instrument such as a check, draft, or promissory note, is the amount due or collectible or is, in the case of any other instrument which creates, releases, discharges, or otherwise affects any valuable legal right, privilege, or obligation, the greatest amount of economic loss that the owner of the instrument might reasonably

10

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

10

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments …** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

suffer by virtue of the loss of the instrument.

c. The value of a trade secret that does not have a readily ascertainable market value is any reasonable value representing the damage to the owner, suffered by reason of losing an advantage over those who do not know of or use the trade secret.

2. If the value of property cannot be ascertained, the trier of fact may find the value to be not less than a certain amount; if no such minimum value can be ascertained, the value is an amount less than $300.

3. Amounts of value of separate properties obtained in one scheme to defraud, whether from the same person or from several persons, shall be aggregated in determining the grade of the offense under paragraph (4)(a).

(4) OFFENSES.--

(a) Any person who engages in a scheme to defraud and obtains property thereby is guilty of organized fraud, punishable as follows:

1. If the amount of property obtained has an aggregate value of $50,000 or more, the violator is guilty of a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

2. If the amount of property obtained has an aggregate value of $20,000 or more, but less than $50,000, the violator is guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

3. If the amount of property obtained has an aggregate value of less than $20,000, the violator is guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b) Any person who engages in a scheme to defraud and, in furtherance of that scheme, communicates with any person with intent to obtain property from that person is guilty, for each such act of communication, of communications fraud, punishable as follows:

1. If the value of property obtained or endeavored to be obtained by the communication is valued at $300 or more, the violator is guilty of a third degree felony, punishable as set forth in s. 775.082, s. 775.083, or s. 775.084.

2. If the value of property obtained or endeavored to be obtained by the communication is valued at less than $300, the violator is guilty of a misdemeanor of the

http://www.flsenate.gov/Statutes/index.cfm?App...SEC034.HTM&Title=->2008->Ch0817->Section%20034 (2 of 3) [8/27/2008 2:02:39 PM]
Statutes & Constitution :View Statutes :->2008->Ch0817->Section 034 : flsenate.gov

first degree, punishable as set forth in s. 775.082 or s. 775.083.

(c) Notwithstanding any contrary provisions of law, separate judgments and sentences for organized fraud under paragraph (a) and for each offense of communications fraud under paragraph (b) may be imposed when all such offenses involve the same scheme to defraud.

[x] **Rule 9. Pleading Special Matters**

(b) Fraud or Mistake; Condition of Mind.

In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake. Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally.

[xi] From the RICO Complaint …

11

---

_**Common English Definitions of conspiracy include …**_ Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future … The Online Britannica Encyclopedia

11

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments** … (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

**THE ALPHA ENTERPRISE** consists of Defendants DAVID MISCAVIGE AND TOM CRUISE who direct the overall activities openly or otherwise of all of the following: THE CHURCH OF SCIENTOLOGY INTERNATIONAL (CSI), THE SCIENTOLOGY OFFICE OF SPECIAL AFFAIRS INTERNATIONAL, BRIDGE PUBLICATIONS INT'L, INC., SCIENTOLOGY MISSIONS INTERNATIONAL, INC., WORLD INSTITUTE OF SCIENTOLOGY MISSIONS ENTERPRISES, INC., CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., CHURCH OF SCIENTOLOGY OF FLORIDA, INC. , CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE, INC., CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., CHURCH OF SPIRTUAL TECHNOLOGY, INC., SCIENTOLOGY MISSIONS INTERNATIONAL INC., as well as the remaining members of the "3200 DOES" PLA vs. SCIENTOLOGY COPYRIGHT CASE DEFENDANTS**, for the alleged purpose of conducting a purported, international, para-religious conglomerate of entities operating under the RELIGIOUS TECHNOLOGY CENTER (Command Post for The International Scientology Crime Syndicate) which has caused the above and below individuals and groups to have acted and to continue to act in a criminal fashion, in derogation of all of their obligations under the IRS Code for Non-Profit Organizations.**

12

*Common English Definitions of conspiracy include* … Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future … The Online Britannica Encyclopedia

12

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments** ... (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

**THE BETA ENTERPRISE** consists of Defendants MIKE ELLIS, MICHAEL MIDDLETON, HOWARD FARRAN, WILLIAM RICHARD HOWARD, ANNEMARIE GRIFFIN, DOUGLAS NESS, FLORA NESS, MARC SCHWARTZ, SCOTT BRODY, EUGENE M. INGRAM, DAVID LUBOW a/k/a DAIVD LEBEAU, DAVID CORNELL, MARILYN PISANI, and LISA DASHMAN as agents and/or Investigators and operating under the CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., for the alleged purpose of procuring and disseminating false and defamatory allegations involving the Plaintiffs. **These defendants tortuously interfered with Plaintiffs advantageous contractual relationships with Plaintiffs' clients and caused Plaintiffs to be victimized by multiple frivolous suits. Defendants' objective was to bring about economic ruin to Plaintiffs thereby impairing Plaintiff's ability to protect Plaintiffs exclusive licensing of the Les Dane Book coveted by CSI and the entire International Scientology Crime Syndicate .**

13

**THE GAMMA ENTERPRISE** consists of DENTALTOWN.COM, LLC., GOOGLE,  YAHOO,, ECONOMIC RESEARCH GROUP FLORIDA, ECONOMIC

*Common English Definitions of conspiracy include ...* Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

13

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments …** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

RESEARCH GROUP NEW YORK, INSTANT DATA RESEARCH, INC., MICHAEL

MAROON, SCOTT INKS, CRAIG J. RYAN, WARREN MCSHANE, DAVID CORNELL,

JIM SCHULTZ as additional Defendants who **placed and/or allowed**

**defamatory material regarding the Plaintiffs to remain on their websites**

**notwithstanding Plaintiff's advice that the websites were carrying and**

**thereby disseminating false defamatory matters in derogation of Plaintiff's**

**rights.**

14

**THE DELTA ENTERPRISE** consists of Defendants NORMAN F.

TAYLOR, GARY SOTER, ROBERT BRUCE AMIDON, JOHN ARRASTIA, SIMEON DANIEL

BRIER, EDWARDS, ANGELL PALMER & DODGE, LLP., DANIEL DASHMAN, HELENA

KEMPNER KOBRIN, MOXON & KOBRIN, KENDRICK LICHTY MOXON, AVA

PAQUETTE, ANTOINETTE THEODOSSAKOS, GARY WOODFIELD, STEVEN SAMILOW,

DAVID SCHINDLER, THOMAS MEEKS, ZUCKERMAN SPAEDER LAW FIRM, KENNY

NACHWALTER LAW FIRM, MICHAEL NACHWALTER, WILLIAM HART,AMERICAN

ARBITRATION ASSOCIATION, PROSKAUER ROSE LAW FIRM, LATHAM & WATKINS,

LLP  are attorneys and/or law firms through their various entities have either

***Common English Definitions of conspiracy include …*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future … The Online Britannica Encyclopedia

14

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments** ... (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

**defamed prosecuted meritless claims and/or deliberately obscured facts as well manipulated court proceedings so as to deny the Plaintiffs due process or to expose it to unnecessary legal expense and/or public ridicule outside of the Court system and upon an abuse of process within the Court system**

### xiii DEFENDANTS FELT OBLIGED TO ACT ILLEGALLY OVER AND OVER

7. The Defendant Syndicate's motivation in perpetrating the conspiracy was <u>at first, simply to avoid paying fair royalties to the Estate of author</u>, Leslie Achilles Dane (deceased in 1990). **15**

8. As of March 1994 the Plaintiffs contracted with the Dane Estate to exclusively represent the Estate of Leslie Achilles Dane through his surviving spouse Lois (Betty) Dane..

9. The Plaintiffs repeatedly signaled to the Defendant Syndicate by their actions that

(a) they were not able to be bought off by the Syndicate's efforts to make them betray their fiduciary duty to their client, the Dane Estate;

(b) the Plaintiffs were not able to be easily sued into non-existence (The Defendant Syndicate's ultimate, current and continuing goal regarding the Plaintiffs); and

(c) the Plaintiffs were not able to be frightened and/or easily made willing to simply give up trying to operate their own business enterprise unrelated to any (ill)legitimate business interests of the Defendant

**_Common English Definitions of conspiracy include ..._** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

15

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

Syndicate, which business-operation attempts were made however, all but impossible by the activities recounted in this Complaint.

10. All of the aforementioned conspiracy occurred  IN THE FACE OF THE LARGEST SINGLE COVERT DEFAMATION PLOT POSSIBLY IN THE HISTORY OF THE INTERNET and continues presently as, perpetrated by Defendant Syndicate.  To further these ends, the International Scientology Crime Syndicate Conspiracy escalated into ultimately nine (9) additional operational tentacles (phases), making ten (10) in all,  as diagrammed on page 32 of this complaint.

# PART III - THE PLAINTIFFS IDENTIFY THESE DEFENDANTS AS *CO-CONSPIRATORS*

16

11. As the Complaint will specify, the Defendant individual and group conspiracy members who have committed and continue to commit the various tortious acts against  Plaintiffs are connected .

12. Attached to this complaint as composite Exhibit A. is a Forensic Probability Analysis and was completed by a professional Forensic Statistician..  In the tradition of how now-scientifically-accepted  DNA analysis is employed to establish either paternity or culpability for a crime, a Forensic Probability Analysis calculates the probability[xiii] that each occurrence in a series of proven-factual events are likely to be independent of those previous and following.

13. This Forensic Probability Analysis calculation can be made for any number of sequenced events, whether 2 events in a sequence or 102 events; since **the math involved takes into account the probability of each new event added to the sequence**. By calculating how "independent" events-in-a-sequence "probably"

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

16

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

_are_, one simultaneously and automatically calculates the converse: _how likely it is that sequential events are NOT independent of one another._

14. This mathematical method of calculating progressive probabilities is well-established **and over 250 years old and is thus scientifically and universally accepted scientific principle.**   When applied to the events detailed in this complaint, an independent Forensic Statistician (Exhibit A) determined that the chance that the Defendant Syndicate , their co-conspirator individuals and groups acted independent of one another against the Plaintiffs, was computed, clearly and stunningly as …

## _"LESS THAN ONE IN ONE TRILLION"!_

## PART IV - THE CONSPIRACY GREW LARGER & MORE ELABORATE … WHY

# 17

15  Commencing in 1994 and through the present,  Plaintiffs continued to demonstrate their persistence at representing the interests of the Dane Estate, via ensuing litigation brought by the Plaintiffs against Defendant  Syndicate in three separate lawsuits – all in defense of the rights of the Dane Estate.

16  . Collectively, as time went on, the Plaintiffs' suits threatened to expose not only (a) the Defendant's tortious actions in derogation of rights and interests of the Dane agents and Estate, but also (b) to expose the Defendant Syndicate's disingenuous and fraudulently-represented international _corporate structure_, and also (c) threatened to expose  Defendant Syndicate's decades-long, direct and indirect, deliberate efforts **to corrupt courts and courtrooms from California to Florida**, at both State and Federal level (via the efforts of, but not limited to a network of corrupted lawyers and operatives such as black-bag-action

_**Common English Definitions of conspiracy include ...**_ Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

17

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

"specialist", Defendant "Private Investigator" Eugene Ingram, [*a disgraced and dismissed, former LAPD officer who once operated a brothel), who upon information and belief, may still have an outstanding warrant out in Florida against him*]. )

17.  Defendant Ingram has been used for decades (before these matters, unbeknownst to Plaintiffs), by Defendant International Scientology Crime Syndicate to conceive and carry out "black bag campaigns" against government officials and fancied enemies along with opposing litigants of Defendant Syndicate, including mayors [in one case, creating a false "car accident" to attempt to disgrace a mayor of Clearwater, FL (1975-76) where Defendant Syndicate was experiencing resistance to locating its international "retreat" ] quite in addition to its efforts to attempt to intimidate and harass judges[xiii], opposing counsel[xiii] and opposing litigants (the Internet is rife with annotated court documents and references too numerous to even footnote here) as well as any high-profile and occasionally even low-profile once-they-have-exited, former members).

18.  In the instant matter, the Defendant Syndicate **has ploughed in excess of $1 million** (the amount which they have admitted to spending alleged documentation of which has been submitted by them to the Federal Copyright Court and which is likely to be  about 1/3 of what they have actually expended) **into strategies and tactics mounted** for the purpose of extinguishing the Plaintiffs (economically and if necessary, factually), but the Defendant Syndicate has to-date failed to erase the Plaintiffs. Documentation of these submitted dollar amounts are in the possession of the Plaintiffs.

# PART V - THE INITIAL CIRCUMSTANCES CONNECTING THE PARTIES

**_Common English Definitions of conspiracy include ..._** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

18

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

19. Dane's sales training book (originally named *Effective Sales Closing Techniques* written in 1971) took on within Scientology, after 1971, *dogma-like status* throughout the expanding Defendant International Scientology Crime Syndicate.

20, A world away from author Les Dane's almost pastoral existence, the Defendant International Scientology Crime Syndicate's founder, Lafayette Ronald Hubbard, a/k/a Ron Hubbard upon information and belief, was better than 21 years deep into disseminating worldwide a type of (organizational as well as individual) *mind control* over the Syndicate's increasing membership[xiii], dating back to 1950 when he first became widely known for his alleged "research", up to and through the early 1960's when he first began referring to himself in Syndicate documents as *"Source"*, Hubbard's thereafter official, self-assigned "ecclesiastical " moniker.  Dane's and the Syndicate's "worlds" came together when …

## 19

21.  HUBBARD DECIDED, IN 1971 TO ANOINT DANE'S BOOK[xiii] AS THE *"SALES AND CASH FLOW BIBLE"* OF THE DEFENDANT INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE.  THAT EVENT, 37 YEARS AGO, SET IN MOTION ALL OF THE SUBSEQUENT EVENTS WHICH ARE THE SUBJECT MATTER OF THIS COMPLAINT.

# PART VI - THE NATURE OF THE INTERNATIONAL SCIENTOLOGY CRIME SYNDICATE

22. As self-proclaimed *"Source"*, Hubbard's de facto authoritarian authority within the Defendant Syndicate was couched in an ingeniously promoted-as-virtually-infallible, impenetrable and unassailable

*Common English Definitions of conspiracy include ...* Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

19

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

dogmatic "sheath": the <u>inviolable and unchallengeable always-promoted, repeated and viciously defended</u> ***CREDIBILITY*** **OF HUBBARD'S SO-CALLED "RESEARCH".**

23. In short, if Hubbard claimed to have researched *a tenet*, any member was expected to follow *that tenet* and <u>trust</u> *that tenet* and <u>apply</u> *that tenet* – UPON PAIN, ULTIMATELY OF EX-COMMUNICATION. Excommunication and/or "formal disconnection from the group" became a member's fate if any number of myriad Scientology "procedures" couldn't recover or reclaim or rehabilitate a straying member's lack of **acceptance** of  these *"researched" tenets*; or if that acceptance failed to form in the first place or, if once formed, it later began to dissipate or disappear – then a member was ultimately pointed toward and eventually escorted through the membership "exit" door.

24.  <u>The Defendant International Scientology Crime Syndicate is relevant to this case because ONCE THE DANE BOOK WAS ORDERED BY RON HUBBARD INTO THE SYNDICATE'S "MANAGEMENT DOGMA" IN 1971 THE DANE BOOK BECAME  SUBSUMED INTO DEFENDANT *SYNDICATE "DOGMA".*</u>

25.  <u>After Dane's passing, the Dane Estate and its agents, the Plaintiffs, refused to buckle under to Hubbard's followers' ongoing hijacking of the Estate's intellectual property, **Defendant Syndicate framed its Machiavellian plans for the Plaintiffs as a "fight to the death", using every trick, illicit asset, illicit resource and trap from their half-century-old bag of "operations" regarding judicial interference and "dirty tricks" playbook, and through its stable of operatives.**</u>

20

### *xiv* PART VII - THE SYNDICATE'S "S.O.P." OF DECEPTION & FAMILY DISRUPTION

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

20

**RULE 12.1 CIVIL RICO CASE STATEMENT**
Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.
**Comments** ... (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.
Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

26. IN THIS CASE, THE DEFENDANTS AND THEIR CO-CONSPIRATORS WILL, FROM THE MOMENT THIS COMPLAINT IS FILED, SEEK TO ASSERT COMPLETE REVERSALS OF OBVIOUS AND DOCUMENTED FACT SO AS TO MISDIRECT THIS COURT AND ULTIMATELY THE JURY AWAY FROM A CLEAR PERCEPTION AND COMPREHENSION OF THEIR CAST-IN-INSTITUTIONALIZED-DOGMATIC-*STONE* CRIMINAL ACTS.

27. A typical and excellent example, one of numerous, planned and repeated false public utterances, and by no means isolated, occurred very recently on the morning of May 8, 2008 at approximately 8:40am eastern daylight time when a designated agent and spokesman for Defendant Scientology, Tommy Davis was being interviewed by CNN. Asked about the much publicly criticized Syndicate "policy" of disconnection, Davis said REPEATEDLY and EMPHATICALLY that ***"no such [disconnection] policy existed"***. Exhibit B (attached below) plainly and uncontradicted-elsewhere-in-that-or-any-other-Syndicate-document information contravenes that public statement on CNN. One finds the very extant, bona fide Scientology "scripture" concerning both THE "TENET" AND "POLICY" OF DISCONNECTION in its very title [one of multiple such "bulletins", many of them listed on the scripture's title page] including an instructional recipe for when, how and why to "disconnect" while a Scientologist. This is, within Defendant Syndicate punctuated by the admonition that *if one won't "disconnect" when one should, one will sooner or later be "disconnected from"*.

**21**

28. Not just by coincidence, IN THE INSTANT MATTER, "DISCONNECTION" PLAYS AN ENORMOUS ROLE. SPECIFICALLY, IN 2000, WHEN WORD CAME TO THE PLAINTIFFS (This message turned out to be one of the seminal acts in the Defendants conspiracy,) THAT THE "*CHURCH*" OF

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

21

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

SCIENTOLOGY WANTED TO *DISCUSS with the Plaintiffs* "ACQUIRING RIGHTS TO THE DANE BOOK" (the catalyzing event of the main tactical acts of the conspiracy).[xiv]

29.   Since Plaintiff LETTERESE was, as of 6 years earlier, a "disconnected-from" ex-member of Defendant "Church" of Scientology, the offer from Defendant Syndicate for Plaintiff Letterese to obtain "easier and expedited" re-entry into the "group" was dangled before him, as will be borne out in evidence submitted in this case, in a blatant but unsuccessful attempt to induce him to act in derogation of the best interests of his clients, the Dane Estate – if Plaintiffs would just give Defendant Syndicate "a good deal (derogative to the Estate's and its agents' interests) on" the rights to "THE BOOK".

# 22

## PART VIII - THE SYNDICATE'S DOGMA DEMANDS THAT ITS REPRESENTATIVES "INSTITUTIONALLY"  DISSEMBLE AND DECEIVE …

30.        Defendant Syndicate lies whenever it is expedient to avoid scrutiny – unswervingly and often; and in doing so, entirely relies on the perceived-to-be short attention span of both the media and the courts regarding the Defendant Syndicate's assorted, intentionally contradictory and false, yet seemingly "passionate" assertions – each of which is DESIGNED TO DENY ANY OPPONENT DUE PROCESS when in litigation, by seducing courts to eliminate or ignore and/or misinterpret factual evidence of Defendant Syndicate's  obvious, intentional, endless and egregious acts.

31.         Hence, The International Scientology Crime Syndicate gets the public opinion advantage of the "very public embarrassment and defamation" which they level

---

***Common English Definitions of conspiracy include ...*** Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ... The Online Britannica Encyclopedia

22

**RULE 12.1 CIVIL RICO CASE STATEMENT**

Except as otherwise ordered by a judge of this Court in a particular case or except pursuant to written stipulation of all affected parties, in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961-1968 or §§ 772.101-772.104, Fla.Stat., the party filing the RICO claim shall, within thirty (30) days of the filing (including filing upon removal or transfer), serve a RICO Case Statement.

**Comments ...** (1998) Rule 12.1, modeled on section 41.54 of the Manual for Complex Litigation, Third (1995), is designed to establish uniform and efficient procedure for handling civil RICO claims asserted under federal and Florida law.

Consistent with counsel's obligations under Fed.R.Civ.P. 11 to make a reasonable inquiry prior to filing a pleading, the RICO Case Statement shall include the facts relied upon to initiate the RICO claim. In particular, the statement shall be in a form which uses the numbers and letters set forth below, unless filed as part of an amended pleading (in which case the allegations of the amended pleading shall reasonably follow the organization set out below), and shall provide in detail and with specificity the following information:

---

against any and every opponent, though most often covertly, through intermediaries (e.g. the co-conspirators in this case) as well as when brought before judicial authorities – which from the start discredits individuals and groups who bring clear evidence of incontrovertible fact and has upon  information and belief, produced uneven, biased and contrary-to-law "results" before State and Federal courts for the Plaintiffs and ultimately the Dane Estate.

32, In the International Scientology Crime Syndicate's founder's own words ...

which is precisely what has and continues to occur by Defendants against

Plaintiffs:

23

 " *The purpose of the [law]suit is to harass and discourage rather than to win. ¶ The law can be used very easily to harass, and enough harassment on somebody who is simply on the thin edge anyway, well knowing that he is not authorized, will generally be sufficient to cause his professional decease. If possible, of course, ruin him utterly.*

— L. Ron Hubbard

*A Manual on the Dissemination of Material*

*1955*

*Common English Definitions of conspiracy include ...* Cabal, conspiratorial association between religious, political, or tribal officials; Conspiracy (civil), agreement between two or more natural persons to break the law at some time in the future; Conspiracy (crime), agreement between two or more natural persons to break the law at some time in the future ...  The Online Britannica Encyclopedia

23