UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-61109/ZLOCH-SNOW

PETER LETTERESE, individually and
CREATIVE DESPERATION, INC., (CDI)
a Florida corporation, f/k/a PETER
LETTERESE & ASSOCIATES, INC.,
(PL&A),

    Plaintiffs.

v.

THE CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC. (CSI), *et al.*

    Defendants.
_____/

## MOTION TO STRIKE PLAINTIFFS' NOTICE OF JOINDER

Defendants Bridge Publications, Inc., and Church of Scientology International, Inc., move this court pursuant to Federal Rule of Civil Procedure 12(f) to strike from the record Plaintiffs' Notice of Joinder of Plaintiff MGSI Inc. as Plaintiff of August 26, 2008 [D.E. 11], and state as grounds the following:

As described by Judge Ungaro in the related case of *Creative Desperation, Inc., et al. v. Moxon, et al.*, Case No. 08-CV-60984-UNGARO (filed June 27, 2008), Plaintiffs "notice" fails to explain the interest of MGSI in the case, parties may not in any event be joined by mere notice (*see* Fed. R. Civ. P. 21), and Plaintiffs have not amended their complaint to include MGSI. All of these are equally true in the instant case. A copy of Judge Ungaro's order striking Plaintiffs' notice of joinder in that case is attached hereto as Exhibit A.

A proposed order striking Plaintiffs' notice of joinder in this case is attached hereto as Exhibit B.

13957813.1

WHEREFORE, Defendants Bridge Publications, Inc., and Church of Scientology International, Inc., request that this Court GRANT their motion and STRIKE Plaintiffs' notice.

Dated September 16, 2008.

Respectfully submitted,

| | |
|---|---|
| *s/. Helena K. Kobrin* | *s/. Matthew Davidson* |
| Helena K. Kobrin (0259713) | Thomas Meeks |
| HKKOBRIN@aol.com | Fla. Bar No. 314323 |
| **MOXON & KOBRIN** | Matthew Davidson |
| 3055 Wilshire Blvd., Suite 900 | Fla. Bar No. 713821 |
| Los Angeles, California 90010 | e-mail: tmeeks@carltonfields.com |
| Telephone: (213) 487-4468 | e-mail: mdavidson@carltonfields.com |
| Facsimile: (213) 487-5385 | **CARLTON FIELDS, P.A.** |
| | 4000 International Place |
| | 100 S.E. Second Street |
| | Miami, Florida 33131-2114 |
| | Telephone: (305) 530-0050 |
| | Facsimile: (305) 530-0055 |

*Attorneys for Defendants Church of Scientology International and Bridge Publications*

13957813.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 16, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/. *Thomas Meeks*
                 Thomas Meeks

## SERVICE LIST
## CASE NO. 08-CIV-61109/ZLOCH-SNOW

Charles D. Franken
e-mail: frankencdf.aol.com
**Charles D. Franken, P.A.**
8181 W. Broward Boulevard
Suite # 360
Plantation, FL 33324
Tel: 954-476-7200
Fax: 954-424-0297
*Attorney for Plaintiffs*
(via Notice of Electronic Filing)