UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-08-60984-CIV-UNGARO

CREATIVE DESPERATION, INC., *et al.*,
    Plaintiffs,

v.

KENDRICK L. MOXON, *et al.*,
    Defendants.

_____/

## ORDER STRIKING NOTICE

THIS CAUSE is before the Court upon the parties' Notice of Joinder of Plaintiff MGSI Inc. as Plaintiff, filed on August 26, 2008 (D.E. 21).

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. In their Notice, the Plaintiffs inform the Court that MGSI Inc. is a party of interest without any explanation of how MGSI Inc. is connected to the case an controversy. Parties may not be joined by mere notice. Further, Plaintiffs have failed to amend their complaint to include MGSI Inc. Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties' Notice (D.E. 21) is STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2008.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record