UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-61109/ZLOCH-SNOW

PETER LETTERESE, individually and
CREATIVE DESPERATION, INC., (CDI)
a Florida corporation, f/k/a PETER
LETTERESE & ASSOCIATES, INC.,
(PL&A),

    Plaintiffs.

v.

THE CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC. (CSI), *et al.*

    Defendants.
_____/

## ORDER STRIKING PLAINTIFFS' NOTICE OF JOINDER

This matter being before the Court on Defendants Bridge Publications, Inc., and Church of Scientology International, Inc.'s, motion to strike Plaintiffs' Notice of Joinder of Plaintiff MGSI Inc. as Plaintiff of August 26, 2008 [D.E. 11], the Court being familiar with the pertinent material in the case file and otherwise advised in the premises, it is hereby ORDERED and ADJUDGED:

Defendants' motion is GRANTED. Plaintiffs' Notice of Joinder [D.E. 11] is STRICKEN, and MGSI Inc. is not presently a party to this case.

Done and ordered in chambers at Ft. Lauderdale, Florida, this ____ day of _____, 2008.

                                                      _____
                                                      United States District Judge

*cc: Counsel of record*