```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

               CASE NO. 08-61109-CIV-ZLOCH
```

PETER LETTERESE and
CREATIVE DESPERATION, INC.,

    Plaintiffs,

vs.                                         **OMNIBUS ORDER**

CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC., et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants Simeon Brier And Edwards Angell Palmer & Dodge LLP's Motion To Stay Proceedings, Or In The Alternative, Motion For Extension Of Time To Respond To Complaint (DE 8), Defendants Simeon Brier And Edwards Angell Palmer & Dodge LLP's Amended Motion To Stay Defendants' Response, Or In The Alternative, Motion For Extension Of Time To Respond To Complaint (DE 10), and Plaintiffs' Motion To Extend Time To Respond To Defendants' Motion To Dismiss (DE 20). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    Plaintiffs represent that on September 8, 2008, the Honorable John K. Olson entered an oral ruling converting Plaintiff Creative Desperation, Inc.'s Chapter 11 proceeding Case. No. 08-19067-BKC-JKO to a Chapter 7 proceeding. Further, Judge Olson has prohibited Charles David Franken, Esquire from taking any action

in the above-styled cause, aside from filing the instant Motion (DE 20). Therefore, the Court will grant Plaintiffs an extension of time to for Chapter 7 Trustee, Marika Toltz to secure counsel to represent Plaintiffs. Additionally, the Court will grant Defendants Simeon Brier and Edwards Angell Palmer & Dodge LLP an extension of time to file their response to Plaintiffs' Complaint (DE 1).

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendants Simeon Brier And Edwards Angell Palmer & Dodge LLP's Motion To Stay Proceedings, Or In The Alternative, Motion For Extension Of Time To Respond To Complaint (DE 8), Defendants Simeon Brier And Edwards Angell Palmer & Dodge LLP's Amended Motion To Stay Defendants' Response, Or In The Alternative, Motion For Extension Of Time To Respond To Complaint (DE 10) be and the same is hereby **GRANTED** as follows;

2. By noon on Wednesday, October 15, 2008, Defendants Simeon Brier and Edwards Angell Palmer & Dodge LLP shall file a response to the Complaint (DE 1);

3. Plaintiffs' Motion To Extend Time To Respond To Defendants' Motion To Dismiss (DE 20) be and the same is hereby **GRANTED**;

4. By noon on Friday, September 26, 2008, the attorney selected by Chapter 7 Trustee Marika Toltz to act as Plaintiff/Debtor's counsel shall file a Notice Of Appearance with

this Court; and

    5. By <u>noon</u> on <u>Friday, October 3, 2008</u>, Plaintiffs shall file a Response to Defendants' Motion To Dismiss (DE 12).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of September, 2008.

                                          */s/ William J. Zloch*
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record