**TAB 3**

GARY S. SOTER (Bar No. 67622)
WASSERMAN, COMDEN, CASSELMAN & PEARSON L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162 • (818) 996-8266

Attorneys for Defendant
BRIDGE PUBLICATIONS, INC., a California corporation

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| PETER LETTERESE, an individual and PETER LETTERESE AND ASSOCIATES, INC., a foreign corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGE PUBLICATIONS, INC., a California corporation and DOES 1 through 10, <br><br> Defendants. | CASE NO. BC295950 <br><br> Case Assigned to Judge <br><br> [Complaint Filed: May 19, 2003] <br><br> **CROSS-COMPLAINT OF BRIDGE PUBLICATIONS, INC. FOR DECLARATORY RELIEF** <br><br> Discovery Cut-off: None <br> Motion Cut-off: None <br> Trial Date: None |
| BRIDGE PUBLICATIONS, INC. <br><br> Cross-Complainant, <br><br> v. <br><br> PETER LETTERESE, an individual and PETER LETTERESE AND ASSOCIATES, INC., a foreign corporation; and DOES 1 through 5, inclusive, <br><br> Cross-Defendants. | |

BRIDGE PUBLICATIONS, INC. ALLEGES:

/ / / / /

## FIRST CAUSE OF ACTION

### (For Declaratory Relief versus All Cross-Defendants)

1. Cross-Complainant BRIDGE PUBLICATIONS, INC. (hereinafter referred to as "BRIDGE") is a California corporation, duly organized under the laws of the State of California.

2. BRIDGE is informed and believes and thereon alleges that cross-defendant PETER LETTERESE is an individual residing within the County of Broward, State of Florida.

3. Cross-Complainant is informed and believes and thereon alleges that cross-defendant PETER LETTERESE AND ASSOCIATES, INC. is a Florida corporation, duly organized under the laws of the State of Florida. [The LETTERESE parties are referred to collectively as "LETTERESE."]

4. On May 19, 2003, LETTERESE filed in this court a verified complaint for interference with contractual relations; unfair competition; injunctive and declaratory relief against cross-complainant. That complaint is incorporated herein by reference as though fully set forth herein.

5. Paragraph 33 of the LETTERESE complaint alleges that an actual, present and probable future controversy has arisen and now exists between plaintiff and the defendants. The LETTERESE parties contend that BRIDGE may not contact or communicate with Dane regarding the complete body of literary and other works created by author Les Dane. BRIDGE contends that it does have the right to communicate with the Dane family.

6. Cross-Complainant therefore seeks a judicial declaration of the party's rights and obligations.

WHEREFORE, cross-complainant prays for judgment as follows:

1. For a judicial determination of cross-complainants' rights to communicate with the Danes;

2. For costs of suit incurred herein;

3. For such other and further relief as this court deems just and proper.

DATED: July 2, 2003

WASSERMAN, COMDEN, CASSELMAN & PEARSON L.L.P.

By: /s/ Gary S. Soter
GARY S. SOTER
Attorneys for Defendant
BRIDGE PUBLICATIONS, INC., a California corporation