**TAB 5**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Richard A. Marcus    (Bar # 183140)<br>Law Offices of Richard A. Marcus<br>28494 Westinghouse Place, Suite 204<br>Valencia, California 91355 | (661) 257-8877<br>FAX NO.:<br>(661) 775-9423 | **ORIGINAL FILED**<br><br>MAR - 1 2004<br><br>LOS ANGELES<br>SUPERIOR COURT |
| ATTORNEY FOR (Name): | | |

Insert name of court and name of judicial district and branch court, if any:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
CENTRAL

PLAINTIFF/PETITIONER: Peter Letterese & PL&A

DEFENDANT/RESPONDENT: Bridge Publications, Inc., a California Corporation and Does 1 through 10

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [ ] Personal Injury, Property Damage, or Wrongful Death<br>  [ ] Motor Vehicle    [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[X] Other (specify): Interf. with K, Decl & Inj. relief | BC 295950 |

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice     (2) [X] Without prejudice

   b. (1) [X] Complaint           (2) [ ] Petition
      (3) [X] Cross-complaint filed by (name): Bridge Publications, Inc.   on (date): July 3, 2003
      (4) [ ] Cross-complaint filed by (name):                              on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: February 27, 2004

Richard A. Marcus
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney or party without attorney for:
[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date: February 27, 2004

Gary Soter
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

**If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [X] Defendant/Respondent
[X] Cross-complainant

(To be completed by clerk)

3. [ ] Dismissal entered as requested on (date): 3-1-04
4. [ ] Dismissal entered on (date):                as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

Date: 3-1-04                                   Clerk, by M. Boxxx, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) (Rev. January 1, 1997)
Mandatory Forms

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233
Judicial Council Forms for HotDocs™