**TAB 10**

1  Kendrick L. Moxon, SBN 128240
   MOXON & KOBRIN
2  3055 Wilshire Blvd., Suite 900
   Los Angeles, CA 90010
3  Telephone: (213) 487-4468
   Facsimile: (213) 487-5385
4
   Attorneys for Cross-complainant
5
   BRIDGE PUBLICATIONS, INC. and
6  CHURCH OF SCIENTOLOGY
   INTERNATIONAL
7
   Gary S. Soter SBN 67622
8  PEARSON, SOTER, WARSHAW
    & PENNY, LLP
9  15165 Ventura Blvd., Suite 400
   Sherman Oaks, CA 91403
10 Telephone: (818) 788-8300
   Facsimile: (818) 788-8104
11
   Attorneys for Cross-complainant
12
   BRIDGE PUBLICATIONS, INC.
13

**FILED**
LOS ANGELES SUPERIOR COURT

MAY 2 3 2007

JOHN A. CLARKE, CLERK
BY OSCAR R. CHAVEZ, DEPUTY

14            SUPERIOR COURT OF THE STATE OF CALIFORNIA
15                   FOR THE COUNTY OF LOS ANGELES

16 PETER LETTERESE AND                )  Case No. PC034730
   ASSOCIATES, INC.,                  )  (transferred to this Department)
17                                     )
                  Plaintiff,          )  Related to dismissed Case No.
18                                     )  BC295950
          vs.                          )
19                                     )
   DOES 1 through 700,                 )  **DEFAULT JUDGMENT**
20                                     )
                  Defendants.         )     [proposed]
21 _____    )
                                       )
22 CHURCH OF SCIENTOLOGY               )
   INTERNATIONAL,                      )
23                                     )
                  Cross-complainant,  )
24                                     )
          vs.                          )
25                                     )
   PETER LETTERESE and PETER          )
26 LETTERESE & ASSOC., INC.           )
                                       )
27                Cross-defendants.   )
   _____    )
28

1    In Consideration of the Renewed Motion for Sanctions for Cross-defendant's

2    Violation of Court Order, filed by Cross-complainants Church of Scientology

3    International ("CSI") and Bridge Publications, Inc., ("Bridge") the Opposition of Peter

4    Letterese & Associates ("PL&A"), related motions and memoranda filed by the parties,

5    the history of this litigation, the records and papers on file and the oral argument held

6    before the Court on February 13, 2006, it is hereby

7    ORDERED AND ADJUDGED that Cross-complainants' Motion is GRANTED.

8    The court Orders the Answers of PL&A to the two Cross-complaints stricken and that

9    PL&A stands in default of the cross-complaints.

10    On October 13, 2006, PL&A was served with a declaration indicating that the

11    cross-complainants' damages were in excess of $250,000 arising out of the filing of the

12    *Peter Letterese & Associates v. Does* action in this court and in excess of another

13    $400,000 in damages arising out of PL&A's filing of the *Peter Letterese & Associates v.*

14    *WISE, et al.. 04-61178,* U.S.D.C., S.D. Florida, copyright action.  On April 30, 2007,

15    cross-complainants served a Statement of Damages on PL&A asserting the amount of

16    damages at $278,932.37.  Cross-complainants' subsequent prove-up declarations and

17    other evidence demonstrated damages to cross-complainants in the amount of

18    $266,900.27.

19    The breakdown of these damages is $180,438.60 fees incurred in the instant

20    underlying case between April 8, 2004 and November 16, 2004; $48,461.67 incurred in

21    *Peter Letterese & Associates v. WISE, et al.* copyright action in Florida between

22    September 8, 2004 and February 28, 2005; and $38,000 sanctions Bridge Publications

23    Inc. would have obtained in the case of *Peter Letterese & Associates, Inc. and Peter*

24    *Letterese v. Bridge Publications, Inc.,* Case No. BC 295950, L.A.S.C.

25    Finding the evidence submitted by cross-complainants sufficient as a matter of

26    law, the Court finds the amount of $266,900.27 to be an appropriate default damage, and

27    awards this amount to cross-complainants, Church of Scientology International and

28    Bridge Publications, Inc., payable by Peter Letterese & Associates.

1    Cross-complainants are required to file this Order in connection with any fee

2  application filed in the *Peter Letterese & Associates v. WISE, et al.* copyright action in

3  Florida.

4  Dated: May **23**, 2007

5

6  _Judith C Chirlin_

7  Superior Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21          THE DOCUMENT TO WHICH THIS CERTIFICATE IS
           ATTACHED IS A FULL, TRUE AND CORRECT COPY
22          OF THE ORIGINAL ON FILE AND OF RECORD IN
           MY OFFICE.
23

24         ATTEST **JUN 0 8 2007**

25              JOHN A. CLARKE

           Executive Officer/Clerk of the Superior
26          Court of California, County of Los Angeles.

           By _P. M. Johnson_, Deputy
27              P. JOHNSON

28

---

3
Judgment