UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-61109/ZLOCH-SNOW

PETER LETTERESE, individually and
CREATIVE DESPERATION, INC., (CDI)
a Florida corporation, f/k/a PETER
LETTERESE & ASSOCIATES, INC.,
(PL&A),

    Plaintiffs.

v.

THE CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC. (CSI),
SCIENTOLOGY OFFICE OF SPECIAL
AFFAIRS INTERNATIONAL, 3200 DOE
SCIENTOLOGY COPYRIGHT CASE
DEFENDANTS, TOM CRUISE SIMEON
DANIEL BRIER, ROBERT BRUCE
AMIDON, JOHN ARRASTIA, EDWARDS
ANGELL PALMER & DODGE LLP, SCOTT
BRODY, DAVID CORNELL, DANIEL D.
DASHMAN, LISA DASHMAN, WILLIAM
HART, MIKE ELLIS, HOWARD FARRAN,
ANNE MARIE GRIFFIN, STEVEN
SAMILOW, WILLIAM RICHARD
HOWARD, EUGENE M. INGRAM, SCOTT
INKS, HELENA KEMPNER KOBRIN,
MOXON & KOBRIN, DAVID LUBOW a/k/a
DAVID LEBEAU, EUGENE INGRAM,
MICHAEL MAROON, IAN MCSHANE,
THOMAS MEEKS, DAVID MISCAVAGE,
MICHAEL NACHWALTER, MICHAEL
MIDDLETON, KENDRICK LICHTY
MOXON, AVA PAQUETTE, DOUGLAS
NESS, FLORA NESS, CRAIG J. RYAN,
MARC SCHWARTZ, NORMAN F.
TAYLOR, ANTOINETTE
THEODOSSAKOS, GARY WOODFIELD,
BRIDGE PUBLICATIONS, MARILYN
PISANI, CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION, INC.,

NOTICE OF FILING DECLARATION
OF GARY S. SOTER IN SUPPORT OF
MOTION TO DISMISS

14014198.1

CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE, INC., CHURCH OF SCIENTOLOGY OF FLORIDA, INC,, CHURCH OF SPIRITUAL TECHNOLOGY, INC., DENTALTOWN.COM LLC, ECONOMIC RESEARCH GROUP FLORIDA, ECONOMIC RESEARCH GROUP INC. NY, STEVEN SAMILOW, DAVID SCHINDLER, JIM SCHULTZ, GARY SOTER, AMERICAN ARBITRATION ASSOCIATION, INSTANT DATA RESEARCH, INC., SCIENTOLOGY MISSIONS INTERNATIONAL, INC., WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INC., GOOGLE, PROSKAUER ROSE, YAHOO, ZUCKERMAN SPAEDER, LATHAM & WATKINS, LLP.

       Defendants.
_____/

Defendant Gary Soter hereby files his declaration in support of his motion to dismiss the Complaint filed by plaintiffs Peter Letterese ("Letterese") and Creative Desperation, Inc. ("CDI").

Respectfully submitted,

| | |
|---|---|
| s/. Helena K. Kobrin | s/. Thomas Meeks |
| Helena K. Kobrin (0259713) | Thomas Meeks (314323) |
| HKKOBRIN@aol.com | e-mail: tmeeks@carltonfields.com |
| **MOXON & KOBRIN** | Matthew Davidson (713821) |
| 3055 Wilshire Blvd., Suite 900 | e-mail: mdavidson@carltonfields.com |
| Los Angeles, California 90010 | **CARLTON FIELDS, P.A.** |
| Telephone: (213) 487-4468 | 4000 International Place |
| Facsimile: (213) 487-5385 | 100 S.E. Second Street |
| | Miami, Florida 33131-2114 |
| | Telephone: (305) 530-0050 |
| | Facsimile: (305) 530-0055 |

*Attorneys for Defendants Church of Scientology International and Bridge Publications*

2

14014198.1

**CERTIFICATE OF SERVICE**

I hereby certify that on 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      *s/     Thomas Meeks*
                                                      Thomas Meeks

14014198.1

SERVICE LIST

Case No. 08-60984/UNGARO-SIMONTON

Charles D. Franken, Esq.
Law offices of Charles D. Franken
8181 West Broward Blvd., Suite 360
Plantation, FL 33324
Tel: 954-476-7200
Fax: 954-424-0297
Email: frankencdf@aol.com
*Counsel for Peter Letterese and*
 *former counsel for CDI*
(via Notice of Electronic Filing)

John H. Genovese, Esq.
Genovese Joblove & Battista
100 S.E. Second St., 44th Floor
Miami, Florida 33131-2158
Tel: (305) 372-2462
Fax: (305) 349-2310
Email: jgenovese@gjb-law.com
*Counsel for CDI*
(via Notice of Electronic Filing)

Simeon Daniel Brier, Esq.
Edwards Angell Palmer & Dodge LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401-5552
Email: sbrier@eaplaw.com
*Attorney for Simeon Brier and Edwards Angell Palmer & Dodge LLP*
(via Notice of Electronic Filing)

4

14014198.1