IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 0.08-CV-61109 WJZ
JUDGE ZLOCH

CREATIVE DESPERATION INC. ET AL:

    Plaintiff(s),

vs.

CHURCH OF SCIENTOLOGY INTER-
NATIONAL ET AL

    Defendant(s).

---

**PLAINTIFF PETER LETTERSE MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS, MOTION TO STRIKE CIVIL RICO AND MOTION FOR SANCTIONS AND REQUEST FOR 30 DAY STAY; MOTION TO ENLARGE TIME FOR SERVICE UPON ALL DEFENDANTS THROUGH DECEMBER 31, 2008**

Plaintiff PETER LETTERESE files this Motion to Extend time to Respond to Defendants Brier, Edwards motion to dismiss DE 27; motion to strike Civil Rico statement DE 21; Defendant Church of Scientology and Bridge Publications motions to dismiss DE 12; and motion for sanctions DE 24; and Defendant Soter Motion to dismiss DE 25, 26 (none of the deadlines imposed by the Court have expired) and for a temporary stay of this proceeding for 30 days and to extend the time period for service upon all defendants until December 31, 2008 as follows:

1. On September 9, 2008 the United States Bankruptcy Court entered an order converting Plaintiff Creative Desperation Inc. Chapter 11 proceeding 08-19067 BKC JKO to a Chapter 7 proceeding. The Bankruptcy Court further did not authorize the undersigned attorney to take any further action in this proceeding for Plaintiff CDI except to provide a notice to the Court. A copy of the Court order is attached.

2. It is black letter law that Plaintiff CDI as a corporation, can not operate without counsel. The Chapter 7 Trustee

has been appointed by the Clerk of the Bankruptcy Court. The Chapter 7 Trustee has not as of the filing of this motion filed any appearance or taken any action in this proceeding.

3. The undersigned is not permitted to continue representation of Plaintiff CDI at this time and thus Plaintiff CDI has no counsel at present. The undersigned attorney remains in a quandary as the undersigned is prohibited to appear for Plaintiff CDI by the bankruptcy court ruling but still obligated to this Court to respond for Plaintiffs as lead counsel until substituted and to protect the rights of Plaintiffs.

4. Plaintiff Peter Letterese filed a Chapter 13 bankruptcy Case No 08-19642 BKC JKO. The Bankruptcy Court has conducted 2 hearings on September 15 and 23, 2008 but has not entered an order dismissing or converting the pending Chapter 13. If the Chapter 13 is converted, a Chapter 7 Trustee will be required to be appointed. If the Chapter 13 case is dismissed, Peter Letterese intends to proceed with the litigation.

5. Although each Plaintiff has their own claims in this case, the interests of the Plaintiffs are similar as to the facts and witnesses and thus the actions of the Plaintiffs should be aligned to avoid duplication of efforts, issues involving the pleadings, and discovery.

6. Based upon the uncertainty of the Creative Desperation Inc. Trustee's actions in this case and based upon the uncertainty of the legal status of Peter Letterese in his bankruptcy it is requested in the interests of justice:

   a. stay this case for 30 days to allow the Chapter 7 Trustee

for the Plaintiff CDI to obtain representation and to evaluate the case and determine how the Trustee intends to proceed.

b. stay this case for 30 days after the Bankruptcy Court rules upon the pending motion to dismiss or convert the Chapter 13 filed by Peter Letterese so that efforts will be made by the proper party, either Peter Letterese or the Chapter 13 trustee and not expended where the efforts may be avoided by a Bankruptcy Trustee.

c. provide the opportunity for the Chapter 7 Trustee to coordinate with the legal representative of Peter Letterese on the case to avoid duplication of effort or contrary actions.

d. extend the time deadlines for all pending motions for 15 days after the stay is lifted.

e. extend the deadline to serve all defendants not served until December 31, 2008 (the present deadline is November 12, 2008).

7. This Court has granted an initial extension DE 23. However the present delay by the Bankruptcy Court in ruling on the pending motions in the Chapter 13 case and inaction to date by the Chapter 7 Trustee in the Plaintiff CDI bankruptcy has caused this additional motion to be filed by Plaintiff Peter Letterese to seek to protect his rights.

8. It is expected Defendants may oppose this motion. This motion seeks a short extension which does not prejudice the rights of the Defendants. Defendants Church, Bridge, Brier and Edwards caused the conversion motions to be filed; thus they cannot complain of the delays for the actions they commenced. Defendant Soter is represented by the same attorneys in this case with Church

and was the state counsel for Defendant Bridge Publications.

WHEREFORE the Plaintiff PETER LETTERESE respectfully request that this Court to stay this case for 30 days of the later of the Chapter 7 Trustee notice of appearance for Plaintiff CDI or the Bankruptcy Court ruling on Plaintiff Peter Letterese Chapter 13 status; to extend the time period for 15 days after the lifting of the stay for Plaintiffs responding to Defendants Brier, Edwards motion to dismiss DE 27; motion to strike Civil Rico statement DE 21; Defendant Church of Scientology and Bridge Publications motions to dismiss DE 12; and motion for sanctions DE 24; and Defendant Soter Motion to dismiss DE 25, 26; to extend the deadline for service upon defendants until December 31, 2008 and other relief as this Court deems proper.

I hereby certify that a true and correct copy of the foregoing was sent by electronic filing this 26 day of September 2008 and also mailed to all parties who have been served on the attached service list.

U.S. Department of Justice
Office of the United States Trustee Suite 1204
51 S.W. First Avenue
Miami, FL 33130

Thomas Meeks
Carlton Fields

Simeon Brier
Edwards Angell

Marika Tolz

                                    CHARLES D. FRANKEN PA
                                    Attorney for Plaintiff Letterese
                                    8181 W. Broward Blvd
                                    Suite 360
                                    Plantation, Fl 33324

```
                    Tel (954) 476-7200
                    Fax (954) 424-0297
            By: _____
                CHARLES D. FRANKEN  FBN 224251
```