UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61109-CIV-ZLOCH

PETER LETTERESE and
CREATIVE DESPERATION, INC.,

    Plaintiffs,

vs.                                            O R D E R

CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC., et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Peter Letterese's Motion To Extend Time To Respond To Defendants Motion To Dismiss, Motion To Strike Civil Rico And Motion For Sanctions And Request For 30 Day Stay; Motion To Enlarge Time For Service Upon All Defendants Through December 31, 2008 (DE 28). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** that the instant Motion (DE 28) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. To the extent the instant Motion (DE 28) seeks an extension of time within which to respond to Defendants' Motions (DE Nos. 12, 21, 22, 24, 25 & 27), it be and the same is hereby **GRANTED**, and Plaintiff Peter Letterese shall file his responses to said Motions by noon on October 24, 2008; and

2. In all other respects, the instant Motion (DE 28), be and

the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this  1st  day of October, 2008.

                                                                 */s/ William J. Zloch*
                                                               WILLIAM J. ZLOCH
                                                               United States District Judge

Copies furnished:

All Counsel of Record