UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-61109/ZLOCH-SNOW

PETER LETTERESE AND ASSOCIATES, INC.,
a Florida corporation,

    Plaintiff,

vs.

THE CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., et al.,

    Defendants.

_____/

**NOTICE OF FILING**
**MOTION TO ENFORCE AUTOMATIC STAY IN U.S. BANKRUPTCY COURT -**
**SOUTHERN DISTRICT OF FLORIDA - CASE NO. 08-19067-BKC-JKO**

The Chapter 7 Trustee for the Estate of Creative Desperation, Inc., Marika Tolz, through undersigned counsel, hereby files this Notice of Filing Motion to Enforce Automatic Stay in <u>In re: Creative Desperation, Inc. f/k/a Peter Letterese & Associates, Inc.</u>, Debtor, in the U.S. Bankruptcy Court - Southern District of Florida; Case No. 08-19067-BKC-JKO

**Dated October 9, 2008**

    Respectfully submitted,

    /s/ John H. Genovese
    John H. Genovese
    Florida Bar No. 280852
    Email: jgenovese@gjb-law.com
    Barry H. Gruher
    Florida Bar No. 960993
    Email: bgruher@gjb-law.com
    Genovese Joblove & Battista, P.A.
    4400 International Place
    100 S.E. 2nd Street
    Miami, Florida 33131
    Telephone: (305) 349-2300
    Facsimile: (305) 349-2310

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ John H. Genovese
                John H. Genovese

**SERVICE LIST**
**Peter Letterese, et. al. v. The Church of Scientology International, Inc., et al.,**
**Case No. 08-CIV-61109/ZLOCH-SNOW**

John H. Genovese, Esq.
jgenovese@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 International Place
100 SE 2nd Street
Miami, Florida 33131-2114
Telephone:    (305) 349-2300
Facsimile:    (305) 349-2310
*Attorneys for Chapter 7 Trustee Marika Tolz*

Thomas Meeks, Esq.
tmeeks@carltonfields.com
Matthew Thomas Davidson
mdavidson@carltonfields.com
Carlton Fields, P.A.
4000 International Place
100 S.E. 2nd Street
Miami, Florida 33131-2114
Telephone:    (305) 530-4063
Facsimile:    (305) 530-0055
*Attorneys for Defendants Church of*
*Scientology International and Bridge Publications*

Charles D. Franken, Esq.
frankencdf@aol.com
8181 West Broward Boulevard, Suite 360
Plantation, Florida 33324
Telephone:    (954) 476-7200
Facsimile:    (954) 424-0297
*Attorney for Plaintiff*

Simeon Daniel Brier, Esq.
sbrier@eapdlaw.com
Edwards Angell Palmer & Dodge LLP
One North Clematis Street, Suite 400
West Palm Beach , FL 33401-5552
Telephone:    (561) 833-7700
Facsimile:    (561) 655-8719
*Attorneys for Defendant Daniel Brier*