UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61109-CIV-ZLOCH

PETER LETTERESE and CREATIVE
DESPERATION, INC.,

    Plaintiffs,

vs.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC., et al.,

    Defendants.
_____/

ORDER STAYING ACTION AS TO
PLAINTIFF CREATIVE DESPERATION
A/K/A PETER LETTERESE &
ASSOCIATES

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause is subject to an automatic stay as to Plaintiff Creative Desperation, Inc. due to the status of Creative Desperation, Inc.'s bankruptcy case, which has been converted from a Chapter 11 proceeding to a Chapter 7 proceeding. See Case No. 08-19067-BKC-JKO.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **STAYED** as to Plaintiff Creative Desperation, Inc. a/k/a Peter Letterese & Associates, Inc.;

    2. The above-styled cause shall be re-opened upon Motion by either party, or upon the Court's own Motion as to Plaintiff Creative Desperation, Inc. a/k/a Peter Letterese & Associates,

Inc.; and

3. This Order shall not prejudice the rights of any party to this litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record