```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-61109-CIV-ZLOCH
```

PETER LETTERESE, individually
and CREATIVE DESPERATION, INC.,
a Florida corporation f/k/a
PETER LETTERESE & ASSOCIATES,
INC.,

      Plaintiffs,

vs.                                   **FINAL ORDER OF DISMISSAL**

THE CHURCH OF SCIENTOLOGY
INTERNATIONAL, INC., et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal (DE 65), filed herein by Plaintiff, Alan J. Perlman, Trustee, and Defendants, Church of Scientology International and Bridge Publications, Inc.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   The Stipulation Of Dismissal (DE 65) filed herein by the Plaintiff, Alan J. Perlman, Trustee, and Defendants, Church of Scientology International and Bridge Publications, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.   The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this       9th       day of August, 2010.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record